# United States Bankruptcy Court
## Southern District of New York

In re    Mars FX US LP                                                                              Case No.

_____
Debtor(s)                                          Chapter        11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer  of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:    March 20, 2026                          /s/  Luke Furler
                                                          Luke Furler /Chief Restructuring Officer
                                                          Signer/Title

2017 Joseph Shamah Exempt Trust
David Rosenblatt
1 E Broward Blvd, Suite 915
Fort Lauderdale, FL 33301


2017 Maki N. Bara FamilyTrust
6045 Montemalaga Drive
Rancho Palos Verdes, CA 90275


ACFIRM LLC
4030 Leighton Point Road
Calabasas, CA 91302


Adela Etcharren
Address details not on file


Advanta IRA Administration, LLC
FBO Leonard Rhee IRA #1525394
Ronald Teed Advanta IRA Administration,
Largo, FL 33773


Advanta IRA Services, LLC
FBO Yasmyne Mohammed IRA 8008649
Yasmyne Mohammed 13191 Starkey Road, Sui
Largo, FL 33773


AGMS Non-Grantor Trust LLC
R. Scott Pulsifer
1840 E Warm Springs Road, Suite 105
Las Vegas, NV 89119


Air Gourmet, Inc.
Barry Saven
8635 Kittyhawk Avenue
Los Angeles, CA 90045


Alan and Sharon McClymonds
281 West Hills Road
New Canaan, CT 06840


Alan and Sharon McClymonds
281 West Hills Road
New Canaan, CT 06840


Alan Robert McClymonds
281 West Hills Road
New Canaan, CT 06840


Albert Cho & Jin Ho
116 Lottie Lane
Campbell, CA 95008


Alto IRA Custodian FBO Jonathan Tran
FBO Jonathan Tran Roth IRA
500 11th Ave N
Nashville, TN 37203

Alto IRA Custodian FBO Tom Miner
FBO Tom Miner Roth IRA
500 11th Ave N
Nashville, TN 37203

AltoIRA Custodian FBO Garret Smith
FBO Garrett Smith Roth IRA
500 11th Ave N
Nashville, TN 37203

Altoira Custodian FBO Stephen Varon
FBO Stephen Varon ROTH IRA
500 11th Ave N.
Nashville, TN 37203

Altoira Empire Trust Custodian
FBO Stephen Varon Traditional IRA
500 11th Ave N, Nashville
Nashville, TN 37203

Amit Patel
2385 Oak Grove Meadows
Decatur, GA 30033

Anand Christopher
1112 S East Avenue
Oak Park, IL 60304

Anand Murthy
526 N. Canon Drive
Beverly Hills, CA 90210

Andy Li
749 Arguello Blvd
San Francisco, CA 94118

Anish Patel
310 E. Providencia Avenue, #201
Burbank, CA 91502

Anna Makarechian Marital Trust
Paul Makarechian
100 Gibson Drive
Bozeman, MT 59718

Anne Lainer Marquit
1072 S Point Street
Los Angeles, CA 90035

Annie S. Totah
11500 Highland Farm Road
Potomac, MD 20854

Anthony Dwight Chapman Living Trust
2390 Flat Rock Road
Watkinsville, GA 30677

Ariella Milobsky/Michael Milobsky
9940 E. Progress Circle
Englewood, CO 80111

Aspect Partners, LP
545 Dutch Valley Road, Suite A
Atlanta, GA 30306

Atdhe Matoshi & Britton Tullo
131 Cat Rock Rd.
Cos Cob, CT 06807

Barry W. Krowne
11424 Doral Avenue
Porter Ranch, CA 91326

Ben Monir Zarhoud
1137 N Central Avenue, Apt 323
Glendale, CA 91202

Ben Tak Chu
470 Prospect Terrace
Pasadena, CA 91103

Bernadetta Ursini
607 Ridgewood Court
Oak Brook, IL 60523

Bhenoy Dembla
6700 Indian Creek Drive, #1204
Miami Beach, FL 33141

BOSS KET LLC
Address details not on file

BOTD, LLC
16217 Kittridge Street
Van Nuys, CA 91405

Bradley A Levin & Jennifer L Levin
25551 Prado de Oro
Calabasas, CA 91302

Brett Levkoff
2189 NW 59th Street
Boca Raton, FL 33496

C&L Wilson Family Trust
Christopher Wilson
4928 Radford Avenue
Valley Village, CA 91607

Cary Gumbert and Cynthia Gumbert
1 Holly Circle
Weston, MA 02493

CCH Family Irrevocable Trust
CCH Family Irrevocable Trust Dated Decem
6300 Powers Ferry Road, Suite 600-329
Atlanta, GA 30339


Chelsea International Series A Fund, LLC
30 N Gould Street, Suite R
Sheridan, WY 82801


Chhugani Family Trust dated 12/22/2012
1000 Venetian Way, Unit 107
Miami Beach, FL 33139


Chrismer Enterprises LLC
58 Canton Street, Unit 202
Alpharetta, GA 30009


Christopher Tomongin and Janelle Horibe
433 Marine Avenue, Unit A
Manhattan Beach, CA 90266


Chungku Rhee
2733 Piantino Circle
San Diego, CA 92108


CK West Inc.
Tom Kim
1500 Esperanza Street
Los Angeles, CA 90023


Co-Trustees, Dan Li Revocable Trust
Co-Trustees, Dan Li Revocable Trust u/t/
143 Reade Street, Apt 11C
New York, NY 10013


Cohen New York, Inc.
620 Avenue I
Brooklyn, NY 11230


Composition Wealth, LLC
Address details not on file


Crista Vallis Partners, LLC
Hamlin Au
1118 Riders Court
Sparks, NV 89436


Da Pony LLC
Daniel Lee
10908 Willow Heights Drive
Las Vegas, NV 89135


Dan Li Revocable Trust
143 Reade Street, Apt 11C
New York, NY 10013

Daniel Kenneth Geren
14 Hope Farm Road
Greenwich, CT 06830


Daniel Kim
1308 Canterbury Lane
Fullerton, CA 92831


Daniel Levy
896 East 8th Street
Brooklyn, NY 11230


Daniel Petrucci
700 Baldwin Palm Avenue
Fort Lauderdale, FL 33324


Daron L. Walton
2409 N. Carroll Avenue
Southlake, TX 76092


David C. Blatte
22 Woodhollow Road
Roslyn Heights, NY 11577


David Hwang
309 Nancy Way
La Canada Flintridge, CA 91011


David J. Choi
191 Starlight Crest Drive
La Canada Flintridge, CA 91011


David J. Choi_Children
191 Starlight Crest Drive
La Canada Flintridge, CA 91011


David J. Choi_November 2020
191 Starlight Crest Drive
La Canada Flintridge, CA 91011


David Lee
191 Starlight Crest Drive
Irvine, CA 92603


David Madson
700 Broadway East, Unit 216
Seattle, WA 98102


David Van Sant
5061 Kings Close
Alpharetta, GA 30004


David Wonkyu Choi
2785 W. Monroe Place
Anaheim, CA 92801

DMT Retirement LLC - Roth IRA
2149 Mooreview Street
Henderson, NV 89012


DMT Retirement LLC - IRA
2149 Mooreview Street
Henderson, NV 89012


DripRock Holdings LLC
Michael Barker
626 Wilshire Blvd, Suite 200
Los Angeles, CA 90017


Dushyant Mehra
80 Riverside Blvd. 12E
New York, NY 10069


Earl Jans
18252 Joel Brattain
Yorba Linda, CA 92886


Edward Haddad
866 East 8th Street
Brooklyn, NY 11230


Eelin Jans
2937 Black Pine Court
Yorba Linda, CA 92886


Elite Henry Partners, LLC
16217 Kittridge St.
Van Nuys, CA 91406


Ellen Li Legacy Trust
Min Lin
4349 20th Street
San Francisco, CA 94114


Elliot Schildkrout Revocable Trust
11 Burning Tree Road
Great Barrington, MA 01230


Elliot Totah
2942 Upton St. NW
Washington, DC 20008


Emagen Investment Group, Inc.
4001 Inglewood Avenue, Building 101 Offi
Redondo Beach, CA 90278


Equity Trust Company
Equity Trust Company Custodian
FBO Joseph Hong IRA 3 Hillview Drive
Newtown, PA 18940

Erica R. Hermann
1070 Park Ave. Apt 4B
New York, NY 10128


Eunice Rhee and Michael Kim Family Trust
Michael Kim
716 Palm Drive
Glendale, CA 91202


Fabiano Silveira Aguilar
9935 NE 13 Avenue
Miami, FL 33138


FBO Kristina Demoura-Diaz RJM 069902
1835 High Trail
Atlanta, GA 30339


FMT Co as Cust FBO John S. Lee
FMT Co as Cust FBO John S Lee - IRA Roll
2150 Boardway, Apt 6F
New York, NY 10023


FMT CO bo Clarice E Freeman
FMT CO Cust fbo Clarice E Freeman IRA Re
6740 Ashbrook Drive, Apt 209
Lincoln, NE 68516


FMT Co Cust fbo Ali Rezaian
FMT Co Cust fbo Ali Rezaian IRA Regular
420 Lovell Avenue
Mill Valley, CA 94941


FMT CO Cust FBO Coleman Leviter
FMT CO Cust FBO Coleman Leviter IRA
30 Bayberry Court
Beacon Falls, CT 06403


FMT CO Cust FBO Cynthia Astone IRA
155 Windermere Ave, Unit 802
Ellington, CT 06029


FMT CO Cust FBO Dan Zuckerman IRA
FMT CO Cust FBO Dan Zuckerman - IRA Regu
1343 Monument Street
Pacific Palisades, CA 90272


FMT CO Cust fbo Daniel R. Pauley IRA
729 Park Avenue
Belleville, IL 62220


FMT CO Cust fbo David G Feldman IRA
2007 Thayer Avenue
Los Angeles, CA 90025

FMT CO Cust FBO David R Militello
FMT CO Cust FBO David R Militello IRA Re
1913 Leaders Lane
Leander, TX 78641


FMT CO Cust fbo Dev Kapadia IRA Rollover
150 East 72nd Street, Apt 4N
New York, NY 10021


FMT CO Cust fbo Eduardo Fernando Garcia
FMT CO Cust fbo Eduardo Fernando Garcia
19608 Moorshire Drive
Cerritos, CA 90703


FMT CO Cust fbo Faryan Andrew
FMT CO Cust fbo Faryan Andrew Afifi - IR
1378 Las Canoas Road
Pacific Palisades, CA 90272


FMT CO Cust FBO Gail E Staron
FMT CO Cust FBO Gail E Staron - IRA ROLL
179 Tryon Street
South Glastonbury, CT 06073


FMT Co Cust fbo Gene S Han IRA
455 S Rossmore Avenue
Los Angeles, CA 90020


FMT CO Cust fbo Gina Chathaparampil IRA
9619 Woburn Road
Charlotte, NC 28277


FMT CO Cust FBO Glenda Aye IRA Rollover
6005 Wolf Street
Belleville, IL 62223


FMT Co Cust fbo Gregory J Yim
FMT Co Cust fbo Gregory J Yim IRA ROLLOV
1414 Lawrence Street
El Cerrito, CA 94530


FMT CO Cust fbo Gregory P Labadie
FMT CO Cust fbo Gregory P Labadie IRA Re
305 Via Anita
Redondo Beach, CA 90277


FMT Co Cust fbo Hyun Woo Bae ROTH IRA
743 S. Burlingame
Los Angeles, CA 90049


FMT Co Cust fbo Jacquelyn A. Mallmann
FMT Co Cust fbo Jacquelyn A. Mallmann IR
102 Fishermans Cove
Camdenton, MO 65020

FMT CO Cust FBO James C. Frasca Traditio
FMT CO Cust FBO James C. Frasca Traditio
7924 N. Lane Avenue
Kansas City, MO 64158


FMT CO Cust FBO James G Holder ROTH IRA
1155 Red Hawk Ridge Lane
O Fallon, IL 62269


FMT Co Cust fbo James Michael Allen IRA
5125 Alta Canyada Road
La Canada Flintridge, CA 91011


FMT Co Cust fbo Jane M Baker
FMT Co Cust fbo Jane M Baker IRA ROLLOVE
434 Lemonwood Drive
Fallbrook, CA 92028


FMT CO Cust FBO Jatin Mehta Rollover IRA
9126 SVL Box
Victorville, CA 92395


FMT CO Cust FBO John Tamashaitis
FMT CO Cust FBO John Tamashaitis - IRA R
6 John Street
Enfield, CT 06082


FMT Co Cust fbo Jonathan Park IRA
632 Loma Alta Drive
Flower Mound, TX 75022


FMT Co Cust fbo Joseph Harvier IRA
30 Fox Hill Drive
Little Silver, NJ 07739


FMT CO Cust fbo Judith A Schutzenhofer
20 Lindenwood Drive
Collinsville, IL 62234


FMT CO Cust fbo Julie Half IRA Rollover
349 Wind Grove Road
Saint Louis, MO 63122


FMT CO Cust fbo Justin Toby Noblin IRA
1406 W Meadow Loop Road
Park City, UT 84098


FMT CO Cust fbo Kathleen Parakilas IRAFM
12 Joseph Farm Road
Broad Brook, CT 06016


FMT CO Cust fbo Keith Perry ROTH IRA
297 Laurel Ridge Lane
North Kingstown, RI 02852

FMT CO Cust FBO Kendall Burgdorf IRA
10215 Madison Oaks Road
Festus, MO 63028


FMT CO Cust FBO Kristine E Holder
FMT CO Cust FBO Kristine E Holder ROTH I
1155 Red Hawk Ridge Lane
O Fallon, IL 62269


FMT CO cust fbo Kyung Ju Lee ROTH IRA
19608 Moorshire Drive
Cerritos, CA 90703


FMT CO Cust FBO Ladimir J. Aubrecht Jr.
FMT CO Cust FBO Ladimir J. Aubrecht Jr.
95 Burns Farm Blvd
Edwardsville, IL 62025


FMT Co Cust fbo Leonie de Picciotto ROTH
11970 Modjeska Place
Los Angeles, CA 90066


FMT Co Cust FBO Linda K Haas IRA
415 Kacey Lane
Ballwin, MO 63021


FMT CO Cust FBO Lissette Cartagena
FMT CO Cust FBO Lissette Cartagena IRA R
27 White Birch Road
East Hampton, CT 06424


FMT CO Cust fbo Melanie Blum IRA regular
349 Connecticut Street
San Francisco, CA 94107


FMT CO Cust fbo Michael A Janovicz
FMT CO Cust fbo Michael A Janovicz IRA R
509 Clubside Drive
Venice, FL 34293


FMT CO Cust fbo Michael D Cok IRA Regula
3300 Harper Puckett Road
Bozeman, MT 59718


FMT CO Cust fbo Michael F Bieg – IRA
2527 Greenbriar Ridge Drive
Saint Louis, MO 63122


FMT CO Cust FBO Omer Latif - IRA Regular
4859 Oakwood Avenue
La Canada Flintridge, CA 91011


FMT CO Cust FBO Omer Latif - ROTH IRA
4859 Oakwood Avenue
La Canada Flintridge, CA 91011

FMT CO Cust FBO Omer M Latif
FMT CO Cust FBO Omer M Latif - IRA ROLLO
4859 Oakwood Avenue
La Canada Flintridge, CA 91011


FMT CO Cust fbo Paul Hoainhan M Truong
FMT CO Cust fbo Paul Hoainhan M Truong I
1293 Prince Court
32746


FMT CO Cust fbo Paul Vallina IRA Regular
101 Bittersweet Lane
Belleville, IL 62221


FMT CO Cust fbo Peter Marshall Rollover
46B Wiggin Farm Road
Moultonborough, NH 03254


FMT CO Cust FBO Phillip Anderson ROTH IR
45 Revonah Circle
Stamford, CT 06905


FMT CO Cust FBO Raymond A Renner Jr.
FMT CO Cust FBO Raymond A Renner Jr ROTH
P.O. Box 20216
Jasper, GA 30143


FMT CO Cust fbo Richard Fink IRA Regular
4990 Lake Pointe Circle
Santa Rosa, CA 95403


FMT CO Cust fbo Richard Vollaro IRA
59 Root Road
Somers, CT 06071


FMT Co Cust fbo Robert Burns IRA
12 Sanfords Bridge Road
East Haddam, CT 06423


FMT CO Cust fbo Robert J LaDuca
FMT CO Cust fbo Robert J LaDuca IRA Roll
1501 Angelus Avenue
Los Angeles, CA 90026


FMT CO Cust fbo Robert Mallmann IRA
102 Fisherman's Cove
Camdenton, MO 65020


FMT Co Cust FBO Roberta L Brookshire IRA
116 Grand Teton Drive
Saint Peters, MO 63376


FMT CO Cust FBO Saadia R Chaudhary
FMT CO Cust FBO Saadia R Chaudhary - IRA
4859 Oakwood Avenue
La Canada Flintridge, CA 91011

FMT CO Cust FBO Saadia R Chaudhary
FMT CO Cust FBO Saadia R Chaudhary ROTH
4859 Oakwood Avenue
La Canada Flintridge, CA 91011

FMT CO Cust fbo Scott Nelson IRA
282 The Prado NE
Atlanta, GA 30309

FMT CO Cust fbo Shanaz Azad Rollover IRA
17224 Buck Drive
Orland Park, IL 60467

FMT CO Cust fbo Shari L Preiss
777 Georgian Road
La Canada Flintridge, CA 91011

FMT Co Cust FBO Shelly J Niedzwiecki
FMT Co Cust FBO Shelly J Niedzwiecki IRA
103 Drew Ct
Catlin, IL 61817

FMT Co Cust fbo Stephanie S Malench IRA
1001 Saint Louis Street
Edwardsville, IL 62025

FMT CO Cust fbo Stephen Buxbaum
FMT CO Cust fbo Stephen Buxbaum IRA Regu
4666 Sierra Tree Lane
Irvine, CA 92612

FMT CO Cust FBO Steve Clark Jeffries
FMT CO Cust FBO Steve Clark Jeffries Rol
2 Brenton Court
Lake Saint Louis, MO 63367

FMT CO Cust fbo Steven D. Preiss
777 Georgian Road
La Canada Flintridge, CA 91011

FMT CO Cust fbo Steven Fuhrman IRA
8159 Hutchinson Ct.,
Delray Beach, FL 33446

FMT CO Cust fbo Stevens Anthony Carey
FMT CO Cust fbo Stevens Anthony Carey Ro
1901 Avenue of the Stars, Suite 1200
Los Angeles, CA 90067

FMT CO Cust fbo Stuart Alan Levine IRA
3065 Danalda Drive
Los Angeles, CA 90064

FMT Co Cust fbo Tammy Boyle - IRA Regula
782 Shenipsit Lake Road
Tolland, CT 06084

FMT CO Cust fbo Tariq Jalil IRA SEPP
658 Santa Clara Avenue
Venice, CA 90291

FMT Co cust fbo Te Hua Wang IRA Rollover
3306 Sage Street
Tustin, CA 92782

FMT CO Cust fbo Terry Beall IRA Regular
6967 Corte Lusso
Rancho Santa Fe, CA 92091

FMT CO Cust fbo Thomas M Pilla
FMT CO Cust fbo Thomas M Pilla IRA Rollo
12710 Dundee Lane
Naples, FL 34120

FMT Co Cust FBO Timothy Thompson
FMT Co Cust FBO Timothy Thompson IRA Rol
1590 Norwood Circle
Saint Paul, MN 55122

FMT CO Cust fbo Vinod Srinivasan IRA
175 Kingswood Drive
Avon, CT 06001

FMT CO Cust fbo William C. Deckert Jr.
1155 Red Hawk Ridge Lane
O Fallon, IL 62269

FMT CO Cust fbo Zsuzsanna Polgar
FMT CO Cust fbo Zsuzsanna Polgar IRA Reg
1293 Prince Court
Lake Mary, FL 32746

FMT CO Cust Philip Fessler IRA
1921 Havermeyer Lane, Unit B
Redondo Beach, CA 90278

FMT CO FBO Aaron J. Cregger
FMT CO Cust FBO Aaron J. Cregger IRA
12774 Wynfield Pines Ct
Saint Louis, MO 63131

FMT CO fbo Ahmad Reza Malekzadeh
FMT CO Cust fbo Ahmad Reza Malekzadeh IR
2106 Windward Lane
Newport Beach, CA 92660

FMT CO fbo Ajay Patel
FMT CO Cust fbo Ajay Patel IRA Rollover
108 Shady Arbor
Irvine, CA 92618

FMT CO FBO Alan Bastarache
FMT CO Cust FBO Alan Bastarache - IRA Re
58 Harness Drive
Somers, CT 06071


FMT CO FBO Amir Ali Monsefi
FMT CO Cust FBO Amir Ali Monsefi IRA Rol
4173 Regal Oak Drive
Encino, CA 91436


FMT CO fbo Amy M Evans
FMT CO Cust fbo Amy M Evans IRA Regular
2016 Heathermere Way
Roswell, GA 30075


FMT CO fbo Aria Irvani
FMT CO Cust Aria Irvani IRA 656459885
22 Cielo Prado
Mission Viejo, CA 92692


FMT CO fbo Balfoure Brenes
FMT CO Cust fbo Balfoure Brenes Rollover
11893 Tiara Street
Valley Village, CA 91607


FMT CO fbo Bonnie Wongtrakool
FMT CO Cust fbo Bonnie Wongtrakool ROTH
800 S Oakland Avenue
Pasadena, CA 91106


FMT CO fbo Bradley A Levin
FMT CO Cust fbo Bradley A Levin IRA
2551 Prado de Oro
Calabasas, CA 91302


FMT CO FBO Brian A Niedzwiecki
FMT CO Cust FBO Brian A Niedzwiecki Trad
103 Drew Ct.
Catlin, IL 61817


FMT CO fbo Brian W Niehaus
FMT CO Cust fbo Brian W Niehaus IRA Roll
8277 Possum Hill Road
Worden, IL 62097


FMT Co fbo Carol A Kynion
FMT Co cust fbo Carol A Kynion IRA
11033 Street Route 143
Marine, IL 62061


FMT CO fbo Cheryl Donahue
FMT CO Cust fbo Cheryl Donahue Rollover
950 Taft Street
Pismo Beach, CA 93449

FMT CO FBO Craig Keane
FMT CO Cust FBO Craig Keane IRA Regular
11990 Adoncia Way, Apt 1204
Fort Myers, FL 33912

FMT Co FBO Steve Rasmussen
FMT Co as Cust FBO Steve Rasmussen - IRA
1717 Glenleven Terrace
West Des Moines, IA 50266

Forge Trust Services CFBO Scott Pickett
Forge Trust Services CFBO Scott Pickett
3211 N Poinsettia Avenue
Manhattan Beach, CA 90266

Frederick X Rescigno Jr. Revocable Tst
Fred X Rescigno Jr.
4725 Virginia Street
Oakwood, GA 30566

Friedman Family Trust
691 Allegro Court
Simi Valley, CA 93065

Frisco County Inc.
Tom Kim
1500 Esperanza Street
Los Angeles, CA 90023

Fuyuki Fujiwara
Yoyogi 5-34-24-401, Shibuya
Tokyo 151-0053 Japan

G & O Management LLC
Elad Benisti
1520 Penmar Avenue
Venice, CA 90291

Gary Madson
1806 Bellevue Way N.E.
Bellevue, WA 98004

Gateway Telnet Inc.
1212 Victory Blvd
Burbank, CA 91502

Givens Family Trust
520 Newport Center Drive, 8th Floor,
Newport Beach, CA 92660

Goodin Trust
4316 Jerdon Court
Las Vegas, NV 89129

Greater Horizons
1055 Broadway Blvd., Suite 130
Kansas , MO 64105

Greater Horizons
Katie Gray
1055 Broadway Blvd, Suite 130
Kansas City, MO 64105


Gregory & Kelly Dell
1425 Windjammer Way
Hollywood, FL 33019


Gregory & Kelly Dell
1425 Windjammer Way
Hollywood, FL 33019


Grouch Real Estate, LLC
2870 Peachtree Road NW, #885
Atlanta, GA 30305


GST Exempt Trust FBO Axler Mylo Picache
GST Exempt Trust FBO Axler Mylo Picache
5901 Piedmont Drive
Englewood, CO 80111


GST Exempt Trust FBO Felix Aldo
GST Exempt Trust FBO Felix Aldo Picache
5901 Piedmont Drive
Englewood, CO 80111


GST Exempt Trust FBO Raffi Sami Picache
GST Exempt Trust FBO Raffi Sami Picache
5901 Piedmont Drive
Englewood, CO 80111


Haber Survivor's Trust
Sharon Haber
12380 Ridge Circle
Los Angeles, CA 90049


Hanami Holdings LLC
1-3-1-2205 Motoazabu
Minato-ku, Tokyo 106-0046, Japan


Hinesh Patel
5330 Lennox Avenue
Van Nuys, CA 91401


Hongtech Holdings LLC
30 N. Gould Street, Suite R
Sheridan, WY 82801


Hongtech Holdings LLC
Hongtech Holdings LLC Friends & Family R
Joseph Hong 30 N Gould St, Ste R, Ste R
Sheridan, WY 82801

Hongtech Holdings LLC Friends & Family
Hongtech Holdings LLC Friends & Family R
Joseph Hong 30 N Gould St, Ste R, Ste R
Sheridan, WY 82801


Huong T.Khuu
26 Circle Drive
Greenwich, CT 06830


Hyewon Kim Choi
191 Starlight Crest Drive
La Canada Flintridge, CA 91011


Hyewon Kim Choi - Feb 2022
191 Starlight Crest Drive
La Canada Flintridge, CA 91011


Hykeem Carter
16217 Kittridge Street
Van Nuys, CA 91406


Ian Framson
24826 Earls Court
Calabasas, CA 91302


INC Technologies, Inc., DBA INCTech
1212 S. Victory Blvd
Burbank, CA 91502


IRA FTC CFBO Jeffrey Yim
1 Willow Place
Albertson, NY 11507


Irrevocable Intervivos Trust-Hermann
Irrevocable Intervivos Trust Agreement o
Philip S Hermann & Erica R Hermann 1070
New York, NY 10128


Izabella Zerbinatti
6000 Collins Avenue, Apt 130
Miami Beach, FL 33140


J & S Investments
J & S Investments, a California General
Scott Weiss 16217 Kittridge Street
Van Nuys, CA 91406


Jack H. Yannuzzi & Alice Siess
98 Southfield Avenue, Apt 203
Stamford, CT 06902


Jacob Alexander Thomas and Karisma Thoma
354 Glenn Circle
Decatur, GA 30030

Jacob Hadden
2495 Sharondale Drive NE
Atlanta, GA 30305


Jae Choi
26 Circle Drive
Greenwich, CT 06830


Jae Young Choi
26 Circle Drive
Greenwich, CT 06830


James and Linda Lippman 1998 Trust
James Lippman
11766 Wilshire Blvd, #1500
Los Angeles, CA 90025


James Ming Chen and Heather Elaine Worla
6017 Sleepy Hollow Lane
East Lansing, MI 48823


James Paick & Alexis Hanalani Lee
1315 N Howard Street
Glendale, CA 91207


Jay Lloyd Brubaker 2016 Gift Trust
Martha Duran
16217 Kittridge Street
Van Nuys, CA 91406


JH Realty Advisors Inc
Jae Yong Ho
277 Via Buena Ventura
Redondo Beach, CA 90277


Jiayi Chen
19 Trinity Place
Warren, NJ 07059


Jiayi Chen
19 Trinity Place
Warren, NJ 07059


Jinhe You Revocable Trust
10335 Stern Avenue
Cupertino, CA 95014


JLC FP, LLC
2870 Peachtree Road NW, #885
Atlanta, GA 30305


JLC Investments, Inc.
2870 Peachtree Road NW, #885
Atlanta, GA 30305

John & Alaina Lee Joint Living Trust
The John Junghwan Lee and Alaina Heekyun
4846 Yearling Glen Road
San Diego, CA 92130

John Chungsuk Kang
18153 Joel Brattain Drive
Yorba Linda, CA 92886

John G. Bowen
7128 Lodgepole Court
Evergreen, CO 80439

John Ho and Elizabeth Lee
8015 Oak Creek Dr.
Pleasanton, CA 94588

John Lee & Joy Lee
125 Hurlbut, Suite #103
Pasadena, CA 91105

John Oswald
3732 Aspen Point
Park City, UT 84098

John S. Lee
2150 Broadway, Apt 6F
New York, NY 10023

Johnny Heejoon Koo
20007 Villa Palazzo
Yorba Linda, CA 92886

Jonathan Lofton Clay Inherited IRA
2870 Peachtree Road NW, #885
Atlanta, GA 30305

Jonathan Park
632 Loma Alta Drive
Flower Mound, TX 75022

Jonathan Tran Revocable Living Trust
Jonathan Tran Revocable Living Trust DTD
201 Mateo Street
San Francisco, CA 94131

Joon Kim
125 East 84th Street, Apt 6A,
New York, NY 10028

Jorge A. Castellano
2448 SW 114th Avenue
Miami, FL 33165

Jorge A. Castellano
2448 SW 114th Avenue
Miami, FL 33165


Joseph Edmund Daniel Jr.
106 Victoria Drive
Lagrange, GA 30240


Joseph Paul Young Jr.
4725 Merlendale Drive
Atlanta, GA 30327


Joseph Paul Young, Jr.
4725 Merlendale Drive
Atlanta, GA 30327


Joseph Williams Daniel
5309 Garnaby Lane
Peachtree Corners, GA 30092


Joshua Kaplan
920 S Plymouth Blvd.
Los Angeles, CA 90019


Josie Toler Bilbo Trust
Jonathan L Clay
2870 Peachtree Road NW, #885
Atlanta, GA 30305


Joy Lee
125 Hurlbut, Unit 103
Pasadena, CA 91105


Jung Il Choi and Soo Za Choi
Jung Il Choi and Soo Za Choi Revocable L
18 Windward Way
Buena Park, CA 90621


JVJ Holdings, LP
16217 Kittridge Street
Van Nuys, CA 91406


Kalpana Singh Rhodes
1625 Clemson Circle
La Jolla, CA 92037


Kapadia Private Investments LLC
150 East 72nd Street, Apt 4N
New York, NY 10021


Kaplan Family Trust
Joshua Kaplan
920 S Plymouth Blvd
Los Angeles, CA 90019

Karen P. Zimmer
419 Boxwood Road
Bryn Mawr, PA 19010


Kartik Shenoy
12025 La Palmera Avenue
Las Vegas, NV 89138


Katherine McChesney Smith Trust
Katherine McChesney Smith Trust fbo Mich
Max McChesney 93 Lenwood Blvd
Charleston, SC 29401


Kathryn Madson
654 West Olympic Place, #303
Seattle, WA 98119


Kavita D. Javer
121 Wesley Avenue NE
Atlanta, GA 30307


Kenneth P. Griggs
110 East 36th Street, Apt 9B
New York, NY 10016


Kenneth Picache and Tamara Totah Picache
5901 Piedmont Drive
Englewood, CO 80111


Kenny Li & Sanly Yuen
820 Mission St Unit 107
South Pasadena, CA 91030


Kevin J. Tobin
303 W. Division Street, Apt 616
Chicago, IL 60610


Keystone Realty Firm
Samir Rai, 18017 Sky Park Circle, #C
Irvine, CA 92614


KFW Mars LP
c/o Bradley Stevens
12191 W. Linebaugh Avenue, Suite 769
Tampa, FL 33626


KFW Mars, LP
12191 W. Linebaugh Avenue, Suite 769
Tampa, FL 33626


Kim Family Trust
Kim Family Trust, dated June 3, 2015 Ste
2430 Castro Street
San Francisco, CA 94131

Kirit and Purnima Patel Family Trust
30138 Villa Alturas Drive
Temecula, CA 92592

Kiritkumar Patel
9455 Sun Meadow Court
Rancho Cucamonga, CA 91730

Koin Kapital LLC
Animesh Ravani
1016 W. Jackson Blvd, Suite 509
Chicago, IL 60607

Kolson Family Trust
Kolson Family Trust dated February 23, 2
28 Merano
Mission Viejo, CA 92692

KRAP Trust YJP LLC
David Park
6957 Niumalu Loop
Honolulu, HI 96825

Krypton Fund Services (USA) Inc.
4555 Mansell Road, Suite 300
Alpharetta, GA 30022

Krystle Mobayeni Schildkrout 2022 Trust
11 N Moore Street, Apt 7A
New York, NY 10013

L & L Lainer Revocable Trust
10788 Bellagio Road
Los Angeles, CA 90077

Laager Holdings LLC
40 Hazel Road
Dover, DE 19901

Lavare Group Inc.
209 Glen Cove Rd Ste 410
11514

Leo Chen
320 Harbor Blvd, #505
Destin, FL 32541

Leonard Rhee and Catherine Rhee
3401 Hartford Lane
Frisco, TX 75033

Lienau Family Trust
49925 Canyon View Drive
Palm Desert, CA 92260

Life Jaunts Trust
Peak Trust Company, Trustee
1840 E Warm Springs Rd, Ste 105
Las Vegas, NV 89119


Lindenberg Property LLC
Peleg Lindenberg
4921 Rubio Avenue
Encino, CA 91436


Lippman SLAT Investments LLC
11766 Wilshire Blvd, #1500
Los Angeles, CA 90025


Little Debs, Inc.
Joseph Mizrahi
1803 E 2nd Avenue
Brooklyn, NY 11223


LKS Trust
Lori Steinberg
20058 Ventura Blvd, #199,
Woodland Hills, CA 91364


LNG Management Co LLC
555 W 5th Street, 35th Floor
Los Angeles, CA 90013


Louis J. Berg
9313 SE 36th Street
Mercer Island, WA 98040


Louis S. Cannataro
20 Morton Drive, Lavallette
Lavallette, NJ 08735


Madison Trst Co., FBO Anne-Marie Asner
Madison Trust Company Custodian FBO Anne
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trst Company FBO Jamie B. Mandel
Madison Trust Company Custodian FBO Jami
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Tru Co. FBO Rawinder Ramnathsing
Madison Trust Company Custodian FBO Rawi
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Co., FBO Akilan Arumugham
Madison Trust Company Custodian FBO Akil
401 E 8th Street, Suite 200
Sioux Falls, SD 57103

Madison Trust Co., FBO Francine Frankel
Madison Trust Company Custodian FBO Fran
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Co., FBO Gary Lynn Madson
Madison Trust Company Custodian FBO Gary
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Co., FBO Malora Prendivill
Madison Trust Company Custodian FBO Malo
401 E 8th St., Suite 200
Sioux Falls, SD 57103


Madison Trust Co., fbo Thomas Lee Gegax
Madison Trust Company FBO Thomas Lee Geg
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Co., FBO William Maslovsky
Madison Trust Company Custodian FBO Will
401 E. 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Alan Goodin
Madison Trust Company Custodian FBO Alan
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Albert Hwang
Madison Trust Company Custodian FBO Albe
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Anthony Choe
Madison Trust Company Custodian FBO Anth
401 East 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Atdhe Matoshi
Madison Trust Company Custodian FBO Atdh
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Brian Loo
Madison Trust Company Custodian FBO Bria
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Caroline Bae
Madison Trust Company Custodian FBO Caro
401 E 8th Street, Suite 200
Sioux Falls, SD 57103

Madison Trust Company FBO Daniel Geren
Madison Trust Company Custodian FBO Dani
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Daniel Lee
Madison Trust Company Custodian FBO Dani
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO David Brubaker
Madison Trust Company Custodian FBO Davi
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO David Choi
Madison Trust Company Custodian FBO Davi
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO David Lee
Madison Trust Company Custodian FBO Davi
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO David Nadler
Madison Trust Company Custodian FBO Davi
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO David Nadler
Madison Trust Company Custodian FBO Davi
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Glenn Spitz
Madison Trust Company Custodian FBO Glen
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Grace Pyun
Madison Trust Company Custodian FBO Grac
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Gregory M Dell
Madison Trust Company FBO Gregory M Dell
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Gwynne Lee
Madison Trust Company Custodian FBO Gwyn
401 E 8th Street, Suite 200
Sioux Falls, SD 57103

Madison Trust Company FBO Haoning Ding
Madison Trust Company Custodian FBO Haon
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Huong Khuu
Madison Trust Company Custodian FBO Huon
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Hyewon Choi
Madison Trust Company Custodian FBO Hyew
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Hyun Bae
Madison Trust Company Custodian FBO Hyun
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Hyun Bae
Madison Trust Company Custodian FBO Hyun
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Jae Choi
Madison Trust Company Custodian FBO Jae
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Janat Ibraev
Madison Trust Company Custodian FBO Jana
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Jiayi Chen
Madison Trust Company Custodian FBO Jiay
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Joel Litvin
Madison Trust Company Custodian FBO Joel
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Jonathan Spitz
Madison Trust Company Custodian FBO Jona
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Kevin J Tobin
Madison Trust Company Custodian FBO Kevi
401 E 8th Street, Suite 200
Sioux Falls, SD 57103

Madison Trust Company FBO Michael Chapin
Madison Trust Company Custodian FBO Mich
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Michael Lev
Madison Trust Company Custodian FBO Mich
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Mitchell Spitz
Madison Trust Company Custodian FBO Mitc
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Mitchell Spitz
Madison Trust Company Custodian FBO Mitc
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Noel Diaz
Madison Trust Company Custodian FBO Noel
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Peter Park
Madison Trust Company Custodian FBO Pete
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Philip Hermann
Madison Trust Company Custodian FBO Phil
401 E 8th St., Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Philip Hermann
Madison Trust Company Custodian FBO Phil
401 E 8th St., Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Ruth Lipson
Madison Trust Company Custodian FBO Ruth
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Sanja Lezaja
Madison Trust Company Custodian FBO Sanj
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Scott J. Weis
Madison Trust Company Custodian FBO Scot
401 E 8th Street, Suite 200
Sioux Falls, SD 57103

Madison Trust Company FBO Wei Jiang
Madison Trust Company Custodian FBO Wei
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust Company FBO Woo Jae Lee
Madison Trust Company Custodian FBO Woo
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Trust FBO Andrew An
Madison Trust Co Cust FBO Andrew An M240
465 Winthrop Road
San Marino, CA 91108


Madison Tst Co. FBO Amanda Spitz Moonit
Madison Trust Company FBO Amanda Spitz M
401 E 8th Street, Suite 200
Sioux Falls, SD 57103


Madison Tst Co., Mary Elizabeth Madson
Madison Trust Company Custodian FBO Mary
401 E 8th Street, Suite 200,
Sioux Falls, SD 57103


Mafatbhai H & Kirti M Patel
9455 Sun Meadow Court
Rancho Cucamonga, CA 91730


Mainstar Trust FBO James Keith Ennis
Mainstar Trust, Custodian FBO James Keit
470 Prospect Terrace
Pasadena, CA 91103


Mark B. Kabins Nevada Irrevocable Trust
2008 Redbird Drive
Las Vegas, NV 89134


Mark B. Kabins Nevada Irrevocable Trust
2008 Redbird Drive
Las Vegas, NV 89134


Mark Chong Kim
846 S. Norton Ave
Los Angeles, CA 90005


Mars Weiss Investments, LLC
16217 Kittridge Street
Van Nuys, CA 91406


Marshall H. Mizrahi
2065 E 1st Street
Brooklyn, NY 11223


Martin Basiri
31 Helen Avenue
Kitchener Ontario N2P2E7, Canada

Mary B. Matthews Revocable Trust
6306 Masters Blvd.
Orlando, FL 32819


Mary B. Matthews Revocable Trust
Bryan J Matthews
6306 Masters Blvd.
Orlando, FL 32819


Matthew & Christina Weiss
4933 Texhoma Ave.
Encino, CA 91316


Matthew Olaughlin
2610 Oak Park Drive
Fort Lauderdale, FL 33330


Maureen Miles
1050 Percy Warner Blvd.
Nashville, TN 37205


Max and Carrie Haber Family Living Trust
Max Haber
1263 Woodruff Street
Los Angeles, CA 90024


MFT MGR LLC
6306 Masters Blvd
Orlando, FL 32819


MFT MGR LLC
6306 Masters Blvd,
Orlando, FL 32819


Michael A. Sims Revocable Trust
10820 Blue Palm Street
Fort Lauderdale, FL 33324


Michael Min
2789 S Hillrise Drive
Walnut, CA 91789


Michael Ursini
721 Thomas Street
Oak Park, IL 60302


Michael Whang
2510 Via Artis Avenue
Los Angeles, CA 90039


Minah Lee
6311 Stonehill Drive
Dallas, TX 75254

Minjung Song
5048 Commonwealth Avenue
La Canada Flintridge, CA 91011


Murthy Family Trust
Gurudeep Murthy
1518 N Orange Grove Avenue
Los Angeles, CA 90046


Nancy Sutton Family 2019 Grantor Trust
Solomon A. Sutton
2036 E 5th Street
Brooklyn, NY 11223


Neil B. Hayes
1513 Asbury Avenue
Winnetka, IL 60093


Neil Kumar
9338 Sawtooth Way
San Diego, CA 92129


New Vision Trust Co CFBO Nicholas Cianci
New Vision Trust Co CFBO Nicholas Cianci
135 Broad Street
Asheville, NC 28801


Nextech LLC
1100 Cool River Drive
Southlake, TX 76092


NFS LLC FBO 1997 Fateh Family Trust
631 N La Jolla Avenue
Los Angeles, CA 90048


NFS LLC FBO Alex and Zeneyda Cabral
NFS LLC FBO Alex Cabral and Zeneyda Cabr
115 Hillside Avenue
Bergenfield, NJ 07621


NFS LLC fbo Babak & Sheila Yaghmai Trust
NFS LLC fbo The Babak & Sheila Yaghmai T
428 16th Street
Santa Monica, CA 90402


NFS LLC FBO Balfoure Brenes & Anh Nguyen
NFS LLC FBO Balfoure Brenes & Anh Nguyen
11893 Tiara Street
Valley Village, CA 91607


NFS LLC fbo Bradford L. Roller
NFS LLC fbo Declaration of Trust for Bra
18412 Wildblue Blvd.
Fort Myers, FL 33913

NFS LLC FBO Christos Christodoulou
2811 12th Avenue SE
Naples, FL 34117


NFS LLC FBO CIG & RRG, LP
16816 Edgar Street
Pacific Palisades, CA 90272


NFS LLC fbo Clyde Owen
12 Tinker Trail
North Granby, CT 06060


NFS LLC fbo Corrao Family Living Trust
Robert Corrao Jr & Natalie J Corrao
10212 N 109th Place
Scottsdale, AZ 85259


NFS LLC FBO David M Haas Trust
David Haas
2402 Country Club Court
High Ridge, MO 63049


NFS LLC FBO David Stolze
NFS LLC FBO Revocable Trust Agreement Da
16816 Edgar Street
Saint Louis, MO 63129


NFS LLC fbo Dennis A Savat & Sara Savat
9878 Richmond Calvalry
Saint Louis, MO 63123


NFS LLC FBO Dennis L. Fournie
115 Red Fox Road
Belleville, IL 62223


NFS LLC FBO Diane E Ryll
NFS LLC FBO Diane E Ryll Access Trust fo
Christopher Blane Osman 12412 Powerscour
Saint Louis, MO 63131


NFS LLC fbo Douglas Macleod
9002 259th Avenue
Salem, WI 53168


NFS LLC fbo Dr. Janna Von Gaddenschmidt
NFS LLC fbo Dr. Janna Von Gaddenschmidt
Janna Gadden 6180 Stormy Mountain Court
Parker, CO 80134


NFS LLC FBO Eric D Stolze & Jennifer L K
2157 McGregor Circle
O Fallon, MO 63368


NFS LLC FBO George MT Ferrill
600 Mount Nebo Avenue
Greenville, IL 62246

NFS LLC fbo Golden Lion Grantor Trust
Mi R Song
805 Cord Circle
Beverly Hills, CA 90210


NFS LLC fbo HGS Enterprises, Inc.
Harry Spanos
24 Colonial Drive
Waterford, CT 06385


NFS LLC FBO Hyon Chough
3090 Hidden Valley Lane
Santa Barbara, CA 93108


NFS LLC fbo Janice Fischer
1622 SW Waterside Court
Oak Harbor, WA 98277


NFS LLC FBO JAR Venture Group LP
Jeffrey A Renner, 1448 Sinclair Avenue
Chattanooga, TN 37408


NFS LLC FBO Jaro Nowicki
179 Tryon Street
South Glastonbury, CT 06073


NFS LLC fbo Jeffrey H Rush Jr.
NFS LLC fbo Jeffrey H. Rush Jr., Revocab
Jeffrey H. Rush Jr. 734 Champeix Lane
Saint Louis, MO 63141


NFS LLC fbo Jeffrey Touchette
65 Apricot Hill Lane
West Springfield, MA 01089


NFS LLC FBO Jo Ann Stolze Revocable Trus
4589 Austin Knoll Court
Saint Charles, MO 63304


NFS LLC FBO John S Falcetta
2053 Cedarwood Trail
Belleville, IL 62226


NFS LLC FBO John S. Falcetta
2053 Cedarwood Trail
Belleville, IL 62226


NFS LLC FBO Julie A Mulford Trust
NFS LLC FBO Revocable Trust Agreement of
2100 Park Avenue PO Box 680160
Park City, UT 84068


NFS LLC fbo Kanda Vallina
101 Bittersweet Lane
Belleville, IL 62221

NFS LLC fbo Katherine H Schaeffer Trust
23 Castle Drive
Florissant, MO 63034


NFS LLC FBO Kayne and Jennifer Bosma
NFS LLC FBO Kayne Bosma and Jennifer Bos
585 Arrowhead Drive
Orange, CT 06477


NFS LLC FBO Martin T. Hubbard
1311 Hartman Lane
Belleville, IL 62221


NFS LLC FBO Maurice A. Singer
NFS LLC FBO Maurice A. Singer Living Tru
3090 Hidden Valley Lane
Santa Barbara, CA 93108


NFS LLC FBO Michelle A. Millstone-Shroff
50 Colt Road
Summit, NJ 07901


NFS LLC fbo Mohsen Shabahang Trust
2220 Avenue of the Stars, Number 2005
Los Angeles, CA 90067


NFS LLC fbo Niel Hutchinson
12324 Greenbrier Way
Bradenton, FL 34202


NFS LLC fbo Patrick J Northcutt
1112 Keats Way Court
O Fallon, IL 62269


NFS LLC fbo Patrick/Virginia McCall
NFS LLC fbo Patrick McCall and Virginia
1908 Kimball Street
Philadelphia, PA 19146


NFS LLC FBO Robert L. Gold
16816 Edgar Street
Pacific Palisades, CA 90272


NFS LLC fbo Stavros/Eleni Papahristou
NFS LLC fbo Stavros Papahristou and Elen
116 Clearwood Place
Plantsville, CT 06479


NFS LLC fbo Steven R Wolf
NFS LLC fbo Steven R Wolf Revocable Trus
Steven R. Wolf 2752 Halsey Road
Topanga, CA 90290


NFS LLC FBO Stoyan Konaktchiev
22 Aspenwood Drive
Weatogue, CT 06089

NFS LLC fbo Susan Shabahang
NFS LLC fbo Susan Shabahang Declaration
2220 Avenue of the Stars, Number 2005
Los Angeles, CA 90067


NFS LLC FBO The Camille PB Trust
NFS LLC FBO The Camille PB Trust Dated J
Matthew Wiley 82 Old Dike Rd.
Trumbull, CT 06611


NFS LLC fbo The Cynthia Hwang Living Tru
Cynthia Hwang
595 Overlook Rim Drive
Henderson, NV 89012


NFS LLC fbo The Hunt Family Trust
NFS LLC fbo The Hunt Family Trust dtd 3/
17072 Baruna Lane
Huntington Beach, CA 92649


NFS LLC fbo The Michael Bieg
NFS LLC fbo The Michael Bieg Revocable T
2527 Greenbriar Ridge Drive
Saint Louis, MO 63122


NFS LLC fbo The Patrick Gogerchin Family
Patrick Gogerchin
345 W. Channel Road
Santa Monica, CA 90402


NFS LLC FBO The Paul D Murphy Living Tst
71 Josiah Lane
Millstadt, IL 62260


NFS LLC FBO The Pilla Family Trust
12710 Dundee Lane
Naples, FL 34120


NFS LLC FBO The Pilla Family Trust
12710 Dundee Lane
Naples, FL 34120


NFS LLC fbo Wittig Mechanical LLC
David Wittig
95 Colton Road
Somers, CT 06071


NFS LLC FBO Zannis Gazis
39 Hallie Lane
Somers, CT 06071


Nicholas Cianci
4169 Via Marina, #305
Marina del Rey, CA 90292

Nick Skara
81 Havemeyer Place
Greenwich, CT 06830


Nivalis Capital, LLC
Hamlin Au
3773 Howard Huges Parkway, Suite 500S
Las Vegas, NV 89169


Novus Capital Partners LLC
251 South Lake Avenue, 8th Floor
Pasadena, CA 91101


Owen Chen Trust
Shi Wu
19 Trinity Place
Warren, NJ 07059


Pacific Premier FBO Jatin Dewanwala
Pacific Premier Trust Custodian FBO "Jat
517 Harbor PL
West New York, NJ 07093


Pacific Premier Tust Custodian FBO Ricar
1835 High Trail
Atlanta, GA 30339


Paola Sheth
10339 Mcvine Avenue
Sunland, CA 91040


Patricia Ann Smith
311 Camino Arroyo East
Danville, CA 94526


Patrick Kelly
802 W Alfred Street
Tampa, FL 33603


Perham Broumandfar
628 1/2 S Hill Street
Los Angeles, CA 90014


Perpetual Love Alternatives, LLC
3921 Alton Road, #465
Miami Beach, FL 33140


Perpetual Love Alternatives, LLC - Novus
Perpetual Love Alternatives, LLC - Novus
3921 Alton Road, #465
Miami Beach, FL 33140


Peter Park
19462 Connemara Ct.
Yorba Linda, CA 92886

Philip S. Hermann Account ESH
Philip S Hermann
1070 Park Avenue, Apt 4B
New York, NY 10128


Philip S. Hermann Account WMH
Philip S Hermann
1070 Park Avenue, Apt 4B
New York, NY 10128


Pollak Family Irr. Trust Distribution
460 Monroe Street
Denver, CO 80206


Pollak Family Irrevocable Trust
460 Monroe Street
Denver, CO 80206


Pollak Family Irrevocable Trust 12/13/21
Pollak Family Irrevocable Trust dated De
Steve C. Demby 460 Monroe Street
Denver, CO 80206


Pollak Family Irrevocable Trust DA 12/21
Pollak Family Irrevocable Trust dated De
Steve C. Demby 460 Monroe Street
Denver, CO 80206


Preiss Living Trust
777 Georgian Road
La Canada Flintridge, CA 91011


Pretesh M. Patel
9455 Sun Meadow Court
Rancho Cucamonga, CA 91730


Priya Patel & Samir Singh
6633 Avenida Mamana
La Jolla, CA 92037


Priya Patel & Samir Singh
6633 Avenida Mamana
La Jolla, CA 92037


Purnima D. Patel
2284 Praed Street
Riverside, CA 92503


QTS Partners, L.P. Friends & Family Rate
Ernest Chan
56 Niagara on the Green Blvd, Niagara-On


QTS Partners, L.P._Standard Rate
Ernest Chan
56 Niagara on the Green Blvd, Niagara-On

R.A. Ramnathsing
1375 Rachel Lane
Tallahassee, FL 32308


Rahim & Sakinah Thobani
20440 W Albion Way
Porter Ranch, CA 91326


Rahmin & Sakinah Thobani
20440 W Albion Way
Northridge, CA 91326


Rahul Mukhi
159 Hoyt Street
Brooklyn, NY 11217


Raymond and Lara Costa
11861 Fox Hill Circle
Boynton Beach, FL 33473


Raymond F. Gross
19222 SE 62nd Place
Issaquah, WA 98027


Reed and Suzanne Astley
3413 17th Avenue S
Seattle, WA 98144


Rich Rescigno IRA
4570 Powers Ferry Road
Atlanta, GA 30327


Richard Lee
1107 Creekside Drive
Fullerton, CA 92833


Richard Patrick Kincaid
1-3-1-2205 Motoazabu, Minato-ku
Tokyo 106-0046 Japan


Richard Sung-Jin Hahn
4962 Paseo De Vega
Irvine, CA 92603


Richard T. Grimm & Angie S Grimm
11 Lake Drive
Darien, CT 06820


RJR Dynasty Trust
3060 Peachtree Road NW, Ste 1550
Atlanta, GA 30305


RM Investment Trust
Reiko Moriguchi
3 Sheldrake Road
Greenwich, CT 06830

Robert and Catherine Lopez Family Trust
Catherine Lopez
16217 Kittridge Street
Van Nuys, CA 91406


Robert Eugene Casal
4314 Clyde Ct.
Reno, NV 89509


Robert Kraljevic
43 Coopers Pond Road
Stamford, CT 06905


Rocksteady Electric Holdings LP
545 Dutch Valley Road NE, Suite A
Atlanta, GA 30324


Roman Tsunder
3921 Alton Road, Suite 348
Miami Beach, FL 33140


Ronald L. Caporale Exempt Trust
4487 Alcala Way
Palm Springs, CA 92262


Safe Management LLC
Jochen Pelz
Daimlerweg 2, Geretsried Bavaria 82538 G


Sagar Parikh
113 1/2 Fleet Street
Marina del Rey, CA 90292


Samir I. Sheth
11218 Camarillo St., Apt. 106
North Hollywood, CA 91602-1253


Sandeep & Anju Chhugani Revocable Trust
Sandeep and Anju Chhugani Revocable Trus
1000 Venetian Way, Unit 107
Miami Beach, FL 33139


Sandeep Chhugani
1000 Venetian Way, #107
Miami Beach, FL 33139


Sang Wuk Park / Jong Ae Park
18049 Joel Brattain Drive
Yorba Linda, CA 92886


Sanja Lezaja
64 Pequot Lane
New Canaan, CT 06840

Sanjay Sheth
1052 E. Angeleno Ave.
Burbank, CA 91501

Scott Nelson and Starla Nelson
282 The Prado NE
Atlanta, GA 30309

Sergio Kitchens
P.O.Box 20286
Atlanta, GA 30325

Shalyn R. Hockey 2012 Revocable Trust
4 Gooseberry Lane
Englewood, CO 80113

Shi Wu & Wei Jiang
19 Trinity Place
Warren, NJ 07059

Shirish & Ramila Patel Family Trust
2659 Raven Circle
Corona, CA 92882

Shonali Ramnathsing
1375 Rachel Lane
Tallahassee, FL 32308

Simon Chungwon Kim`
4301 Los Feliz Blvd., Apt. #6
Los Angeles, CA 90027

Sonny Koo as Trustee for The SK Living T
2236 Watermarke Place
Ashland, IL 62612

Stephen D. Varon
Stephen D. Varon
827 Lake St. S., Unit 105
Kirkland, WA 98033

Steve Koo
1042 S. Kingsley Drive, Unit 102
Los Angeles, CA 90006

Steven Fuhrman
8159 Hutchinson Ct.
Delray Beach, FL 33446

Stormy Weather Trust
Craig Tingey
12144 Dorada Coast Avenue
Las Vegas, NV 89138

STRATA Trust Co FBO Lisa Jill Ashenmil
STRATA Trust Co FBO Lisa Jill Ashenmil I
7901 Woodway Drive, Suite 200
Woodway, TX 76712

Sudesh Mukhi and Sudha Mukhi
150 Christopher Court
Woodbury, NY 11797

Sujay Jhaveri
228 Cumberland Street
Brooklyn, NY 11205

Susan M. Park
4512 Littleton Place
La Canada Flintridge, CA 91011

Sydney Li Legacy Trust
Min Lin
4349 20th Street
San Francisco, CA 94114

T & E Von Der Ahe Living Trust
4532 Ben Avenue
Valley Village, CA 91607

TAGS 7, LLC
650 NE 32nd Street, #5001
Miami, FL 33137

Tal and Rachel Goldhamer
45 S Eudora Street
Denver, CO 80246

TAR Irrevocable Trust
5301 Tay Court
Melbourne Beach, FL 32951

TAR Irrevocable Trust
Kathy Goldstein
5301 Tay Court
Melbourne Beach, FL 32951

The 2013 Hahn Family Trust DTD 7/25/13
30416 Caspian Court
Agoura Hills, CA 91301

The Ajay and Anjana Patel Living Trust
Ajay Patel
108 Shady Arbor
Irvine, CA 92618

The Benzaken-Koosed Family Trust
Philip Koosed
15737 Royal Ridge Road
Sherman Oaks, CA 91403

The Brian and Diane Weisman Family Trust
109 Eldridge Avenue
Mill Valley, CA 94941


The Brian Andrew Toll Living Trust
101 N Woodburn Drive
Los Angeles, CA 90049


The Diaz Family Trust
Noel Diaz
18776 Maplewood Lane
Porter Ranch, CA 91326


The Entrust Group
The Entrust Group Custodian to Elliot Sc
11 Burning Tree Road
Jamaica Plain, MA 02130


The Entrust Group - E. Schildkrout
11 Burning Tree Road
Great Barrington, MA 01230


The Entrust Group Alan Robert McClymonds
The Entrust Group FBO Alan Robert McClym
281 West Hills Road
New Canaan, CT 06840


The Entrust Group, Inc. FBO T. Rosenberg
11 Burning Tree Road
Great Barrington, MA 01230


The Foundation for Spinal Restoration
Hyun Bae
2811 Wilshire Blvd, Suite 850
Santa Monica, CA 90403


The Himelstein Family Trust
Jake Himelstein
3013 S Beverly Drive
Los Angeles, CA 90034


The Jason & Amanda Weiss Family Trust
The Jason & Amanda Weiss Family Trust dt
4179 Prado de la Puma
Calabasas, CA 91302


The Jeffrey Yim Living Trust
Jeffrey Yim
1 Willow Place
Albertson, NY 11507


The Lee - Whang Trust as Restated 6/13/1
Robert Lee
13510 Lucca Dr
Pacific Palisades, CA 90272

The Louis & Sandra Berkman Foundation
600 Grant Street, Suite 3230
Pittsburgh, PA 15219


The Louis and Sandra Berkman Foundation
Stephen E. Paul
600 Grant Street, Suite 3230
Pittsburgh, PA 15219


The MJT Living Trust
The MJT Living Trust dated May 6, 2022 -
40 Hazel Road
Dover, DE 19901


The MJT Living Trust dated May 6, 2022
40 Hazel Road
Dover, DE 19901


The Paul Makarechian Revocable Trust
The Paul Makarechian Revocable Trust, da
100 Gibson Drive
Bozeman, MT 59718


The Reginald and Kathryn Humphrey Family
Kathryn Garrett Rise Humphrey, Trustee o
19215 Castlebay Lane
Porter Ranch, CA 91326


The Scott and Debra Weiss Family Trust
Scott J. Weiss
16217 Kittridge Street
Van Nuys, CA 91406


The Silver Family Trust
The Silver Family Trust dated February 2
9537 Texhoma Avenue
Northridge, CA 91325


The Simon G Atik Trust
12325 Gorham Avenue
Los Angeles, CA 90049


The Simon Vine Revocable Trust
52 Hendrie Avenue
Riverside, CT 06878


The Steven and Melanie Post Trust
Steven Post
12502 Milbank
Studio City, CA 91604


The Tom Kim Trust
Tom Kim
1500 Esperanza Street
Los Angeles, CA 90006

The Woo Revocable Trust
Moon Sook Woo
917 S. New Hampshire Avenue, #401
Los Angeles, CA 90006


Thomas & Julie Light
13 Arrow Mountain Drive SE
Cartersville, GA 30121


Titan Equity Group LLC
Michael Lehrer
551 5th Avenue, Suite 2500
Philadelphia, PA 19176


TMC Marketing, Inc.
Shay Tzur
4924 Balboa Blvd, Suite 385
Encino, CA 91316


TRV Capital Partners LLC
1000 Venetian Way
Miami Beach, FL 33139


Tudor McLeod Income Fund LLC
2810 N Church Street
Wilmington, DE 19802


Tudor McLeod Preferred Access Fund LLC
281 N. Church Street
Wilmington, DE 19802


Tudor McLeod Preferred Access Fund LLC
2810 N Church Street
Wilmington, DE 19802


Tutera Family Trust
Carol Ann Tutera
18975 North 101st Street
Scottsdale, AZ 85255


Tyrrell L Horibe Trust
Tyrrell L Horibe Trust 12261985 Residuar
433 Marine Avenue, Unit A
Manhattan Beach, CA 90266


Tyrrell L Horibe Trust dtd 12/26/85
Tyrrell L Horibe Trust dtd 12/26/85 RSDT
P.O. Box 983
Hermosa Beach, CA 90254


US Bank NA FBO Orion Master Fund LP
US Bank NA FBO Orion Master Fund LP (Dis
777 East Wisconsin Avenue, MK-WI-J1S
Milwaukee, WI 53202

USA Aadhyatma Vignan Foundation
Anil Patel
2164 Rocky View Road
Diamond Bar, CA 91765


Vernika Shukla
517 Harbor Place
West New York, NJ 07093


Victoria Chen Trust
Shi Wu
19 Trinity Place
Warren, NJ 07059


Vinaben Patel
77 Wiltshire Drive
Avondale Estates, GA 30002


Vinesh M. Patel
11933 Sagemont Drive
Rancho Cucamonga, CA 91739


Vivek V Mahtani
3265 Caney Creek Lane
Cumming, GA 30041


Volkan Polatol
5 Nicholas Lane
Southampton, MA 01073


Wang Family Trust
David Chih-Wen Wang and Claudia Wang, Tr
1259 Autumn Wind Way
Henderson, NV 89052


WGH Family I, LLLP
6300 Powers Ferry Road Suite 600-329
Atlanta, GA 30339


WGH Family I, LLLP Standard Allocation
6300 Powers Ferry Road, Suite 600-329
Atlanta, GA 30339


William De La Pena
William De La Pena, Trustee of the Husba


Yao Heng and Jon Levine
791 12th Avenue
San Francisco, CA 94118


Yoo Family Trust dated 10/10/2023
Bryan Yoo
1647 Morgan Lane
Redondo Beach, CA 90278

Yusef M Kassim
37 Regency Place
Weehawken, NJ 07086


Zachary Lainer Separate Property Trust
Zachary Lainer Separate Property Trust,
9101 David Avenue
Los Angeles, CA 90034