**Fill in this information to identify the case:**

Debtor name    Mars FX US LP

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   26-22287

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4/6/2026

**X** /s/   Luke Furler
Signature of individual signing on behalf of debtor

Luke Furler
Printed name

Chief Restructuring Officer
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    Mars FX US LP

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   26-22287

☐ Check if this is an amended filing

## Official Form 206Sum

### Summary of Assets and Liabilities for Non-Individuals     **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................    $       0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................    $       5,131.39

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................    $       5,131.39

| Part 2: | **Summary of Liabilities** |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $       0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $       0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    **+**$       14,684,319.52

4. **Total liabilities** ............................................................................................................................
    Lines 2 + 3a + 3b       $       14,684,319.52

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      Mars FX US LP

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    26-22287

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.   Go to Part 2.
   ☒ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Legacy Trust | | 1783 | $4,209.23 |
| 3.2. | Northern Trust | | 0010 | $922.16 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                     $5,131.39

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☒ No.   Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

    ☐ No.   Go to Part 4.
    ☒ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Mars FX US LP | Case number *(If known)* 26-22287 |
|---|---|---|
| | Name | |

| 11b. Over 90 days old: | 14,076,927.02 | - | 14,076,927.02 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 415,000.00 | - | 415,000.00 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| $0.00 |
|---|

## Part 4:   Investments

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2

| Debtor | Mars FX US LP | Case number *(If known)* | 26-22287 |
|---|---|---|---|
| | Name | | |

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   Mars FX US LP
_____   Case number *(If known)*  26-22287
   Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,131.39 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**   *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,131.39 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $5,131.39 |

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Mars FX US LP___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF NEW YORK___

Case number (if known) ___26-22287___

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___ Mars FX US LP

United States Bankruptcy Court for the: ___ SOUTHERN DISTRICT OF NEW YORK

Case number (if known) ___ 26-22287

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** Air Gourmet, Inc. 8635 Kittyhawk Avenue Los Angeles, CA 90045 | **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☒ Unliquidated ☐ Disputed | $11,580.76 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** Alan and Sharon McClymonds 281 West Hills Road New Canaan, CT 06840 | **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☒ Unliquidated ☐ Disputed | $50,293.62 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** Alan Robert McClymonds 281 West Hills Road New Canaan, CT 06840 | **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☒ Unliquidated ☐ Disputed | $20,581.34 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** Alto IRA Custodian FBO Garrett Smith Roth 500 11th Ave N, Suite 79 Nashville, TN 37203 | **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☒ Unliquidated ☐ Disputed | $6,426.63 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** Anand Murthy 526 N. Canon Drive Beverly Hills, CA 90210 | **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☒ Unliquidated ☐ Disputed | $36,462.87 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Mars FX US LP | Case number (if known) | 26-22287 |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,316.15 |
|---|---|---|---|

Anthony Dwight Chapman Living Trust
2390 Flat Rock Road
Watkinsville, GA 30677-3154

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,316.15 |
|---|---|---|---|

Arjun Batra and Nisha Batra
107 Sound Court
Northport, NY 11768

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,312.98 |
|---|---|---|---|

Atdhe Matoshi & Britton Tullo
131 Cat Rock Rd
Cos Cob, CT 06807

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,264.61 |
|---|---|---|---|

Barry W. Krowne
11424 Doral Avenue
Porter Ranch, CA 91326

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,632.31 |
|---|---|---|---|

Ben Tak Chu
470 Prospect Terrace
Pasadena, CA 91103

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,971.13 |
|---|---|---|---|

Bernadetta Ursini
607 Ridgewood Court
Oak Brook, IL 60523

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,633.43 |
|---|---|---|---|

Bhenoy Dembla
6700 Indian Creek Drive,#124
Miami Beach, FL 33141

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,632.31 |
|---|---|---|---|

C&L Wilson Family Trust
4928 Radford Avenue
Valley Village, CA 91607

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Debtor     Mars FX US LP _____     Case number (if known)     26-22287 _____
           Name

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $150,000.00 |
|---|---|---|---|
| | Cigno Holding LLP | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Money loaned | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,903.09 |
|---|---|---|---|
| | Cohen New York, Inc.<br>620 Avenue I<br>Brooklyn, NY 11230 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $51,869.77 |
|---|---|---|---|
| | Dan Li Revocable Trust<br>143 Reade Street, Apt 11C<br>New York, NY 10013 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,580.76 |
|---|---|---|---|
| | Daniel Levy<br>896 East 8th Street<br>Brooklyn, NY 11230 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,527.05 |
|---|---|---|---|
| | Daniel Petrucci<br>700 Baldwin Palm Avenue<br>Fort Lauderdale, FL 33324 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,896.92 |
|---|---|---|---|
| | Daron L. Walton<br>2409 N. Carroll Avenue<br>Southlake, TX 76092 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,316.07 |
|---|---|---|---|
| | David C. Blatte<br>22 Woodhollow Road<br>Roslyn Heights, NY 11577 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $43,841.47 |
|---|---|---|---|
| | David J. Choi<br>191 Starlight Crest Drive<br>La Canada Flintridge, CA 91011 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

Debtor    Mars FX US LP                                                    Case number (if known)    26-22287
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23,161.53** |
|---|---|---|---|

David Van Sant
5061 Kings Close
Alpharetta, GA 30004

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _                    **Basis for the claim:** _

**Last 4 digits of account number** _              Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,790.37** |
|---|---|---|---|

David Wonkyu Choi
2785 W. Monroe Place
Anaheim, CA 92801

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _                    **Basis for the claim:** _

**Last 4 digits of account number** _              Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,790.38** |
|---|---|---|---|

Edward Haddad
866 East 8th Street
Brooklyn, NY 11230

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _                    **Basis for the claim:** _

**Last 4 digits of account number** _              Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,485.22** |
|---|---|---|---|

Ellen Li Legacy Trust
143 Reade Street, Apt 11C
New York, NY 10013

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _                    **Basis for the claim:** _

**Last 4 digits of account number** _              Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$579,553.77** |
|---|---|---|---|

Elliot Schildkrout Revocable Trust
11 Burning Tree Road
Great Barrington, MA 01230

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _                    **Basis for the claim:** _

**Last 4 digits of account number** _              Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,128.57** |
|---|---|---|---|

FMT CO Cust
fbo Michael F Bieg - IRA
2527 Greenbriar Ridge Drive
Saint Louis, MO 63122

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _                    **Basis for the claim:** _

**Last 4 digits of account number** _              Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,632.31** |
|---|---|---|---|

FMT CO Cust
FBO Ladimir J Aubrecht Jr IRA Rollover
95 Burns Farm Blvd.
Edwardsville, IL 62025

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _                    **Basis for the claim:** _

**Last 4 digits of account number** _              Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,474.23** |
|---|---|---|---|

FMT CO Cust Aria Irvani IRA 656459885
22 Cielo Prado
Mission Viejo, CA 92692

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _                    **Basis for the claim:** _

**Last 4 digits of account number** _              Is the claim subject to offset?    ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    Mars FX US LP _____    Case number (if known)    26-22287 _____
　　　　　Name

| | | |
|---|---|---|
| **3.30** | **Nonpriority creditor's name and mailing address** | $2,316.15 |
| | FMT CO Cust fbo Ahmad Reza Malekzadeh | |
| | 2106 Windward Lane | |
| | Newport Beach, CA 92660 | |

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| | | |
|---|---|---|
| **3.31** | **Nonpriority creditor's name and mailing address** | $2,827.91 |
| | FMT CO Cust FBO Alan Bastarache -IRA Reg | |
| | 58 Harness Drive | |
| | Somers, CT 06071 | |

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| | | |
|---|---|---|
| **3.32** | **Nonpriority creditor's name and mailing address** | $2,418.62 |
| | FMT CO Cust FBO Brian A Niedzwiecki | |
| | 103 Drew Ct. | |
| | Catlin, IL 61817 | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| | | |
|---|---|---|
| **3.33** | **Nonpriority creditor's name and mailing address** | $5,790.37 |
| | FMT Co cust fbo Carol A Kynion IRA | |
| | 11033 Street Route 143 | |
| | Maryville, IL 62062 | |

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| | | |
|---|---|---|
| **3.34** | **Nonpriority creditor's name and mailing address** | $3,474.23 |
| | FMT CO Cust fbo Cheryl Donahue Rollover | |
| | 950 Taft Street | |
| | Pismo Beach, CA 93449 | |

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| | | |
|---|---|---|
| **3.35** | **Nonpriority creditor's name and mailing address** | $2,779.39 |
| | FMT CO Cust fbo Clarice E Freeman IRA RG | |
| | 6740 Ashbrook Drive, Apt. 29 | |
| | Lincoln, NE 68516 | |

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| | | |
|---|---|---|
| **3.36** | **Nonpriority creditor's name and mailing address** | $4,632.31 |
| | FMT CO Cust FBO Coleman Leviter IRA | |
| | 30 Bayberry Court | |
| | Beacon Falls, CT 06403 | |

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| | | |
|---|---|---|
| **3.37** | **Nonpriority creditor's name and mailing address** | $5,790.37 |
| | FMT CO Cust FBO Craig Keane IRA Regular | |
| | 11990 Adoncia Way, Apt 124 | |
| | Fort Myers, FL 33912 | |

As of the petition filing date, the claim is: *Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

Debtor    Mars FX US LP                                                      Case number (if known)      26-22287
_____
Name

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,474.23 |
|---|---|---|---|

FMT CO Cust FBO Cynthia Astone IRA
155 Windermere Ave,Unit 82
Ellington, CT 06029

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,316.15 |
|---|---|---|---|

FMT CO Cust fbo David G Feldman IRA
2007 Thayer Avenue
Los Angeles, CA 90025

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,474.24 |
|---|---|---|---|

FMT CO Cust fbo Faryan Andrew Afifi IRA
1378 Las Canoas Road
Pacific Palisades, CA 90272

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,166.17 |
|---|---|---|---|

FMT CO Cust FBO Gail E Staron
179 Tryon Street
South Glastonbury, CT 06073

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,474.23 |
|---|---|---|---|

FMT Co Cust fbo Gene S Han IRA
455 S Rossmore Avenue
Los Angeles, CA 90020

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,316.15 |
|---|---|---|---|

FMT CO Cust FBO Glenda Aye IRA Rollover
6005 Wolf Street
Belleville, IL 62223

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,316.15 |
|---|---|---|---|

FMT Co Cust fbo Gregory J Yim IRA
1414 Lawrence Street
El Cerrito, CA 94530

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,474.24 |
|---|---|---|---|

FMT CO Cust fbo Gregory P Labadie IRA
305 Via Anita
Redondo Beach, CA 90277

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Debtor    Mars FX US LP                                              Case number (if known)      26-22287
          Name

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,316.15 |

FMT Co Cust fbo Jacquelyn A Mallmann IRA
102 Fishermans Cove
Camdenton, MO 65020

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,317.60 |

FMT CO Cust FBO James G Holder ROTH IRA
1155 Red Hawk Ridge Lane
O Fallon, IL 62269

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,316.15 |

FMT Co Cust fbo James Michael Allen IRA
5125 Alta Canyada Road
La Canada Flintridge, CA 91011

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,474.24 |

FMT Co Cust fbo Jane M Baker IRA R/O
434 Lemonwood Drive
Fallbrook, CA 92028

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,474.24 |

FMT CO Cust FBO Jatin Mehta Rollover IRA
19272 Estancia Way
Apple Valley, CA 92308

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,109.08 |

FMT CO Cust FBO John Tamashaitis IRA R/O
6 John Street
Enfield, CT 06082

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,474.23 |

FMT CO Cust fbo Judith A Schutzenhofer
20 Lindenwood Drive
Collinsville, IL 62234

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,790.38 |

FMT CO Cust fbo Julie Half IRA Rollover
349 Wind Grove Road
Saint Louis, MO 63122

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?    ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Mars FX US LP | Case number (if known) | 26-22287 |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address**<br>FMT CO Cust fbo Justin Toby Noblin IRA<br>1406 W Meadow Loop Road<br>Park City, UT 84098 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | $3,474.24 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address**<br>FMT CO Cust fbo Keith Perry ROTH IRA<br>297 Laurel Ridge Lane<br>North Kingstown, RI 02852 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | $3,474.24 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address**<br>FMT Co Cust fbo Leonie de Picciotto ROTH<br>11970 Modjeska Place<br>Los Angeles, CA 90066 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | $2,316.15 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address**<br>FMT Co Cust FBO Linda K Haas IRA<br>415 Kacey Lane<br>Ballwin, MO 63021 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | $6,948.46 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address**<br>FMT CO Cust FBO Lissette Cartagena IRA R<br>27 White Birch Road<br>East Hampton, CT 06424 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | $3,531.09 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address**<br>FMT CO Cust fbo Michael A Janovicz<br>509 Clubside Drive<br>Venice, FL 34293 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | $4,632.31 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address**<br>FMT CO Cust fbo Michael D Cok IRA Regula<br>3300 Harper Puckett Road<br>Bozeman, MT 59718 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | $3,474.24 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address**<br>FMT CO Cust fbo Paul Hoainhan M Truong<br>1585 Cherry Lake Way<br>Lake Mary, FL 32746 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | $2,316.15 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

Debtor    Mars FX US LP
_____    Case number (if known)    26-22287
Name

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,316.15
FMT CO Cust fbo Paul Vallina IRA Regular
101 Bittersweet Lane
Belleville, IL 62221

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _    **Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,474.24
FMT CO Cust fbo Peter Marshall Rollover
46B Wiggin Farm Road
Moultonborough, NH 03254

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _    **Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00
FMT CO Cust FBO Phillip Anderson ROTH IR
45 Revonah Circle
Stamford, CT 06905

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _    **Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,783.53
FMT CO Cust FBO Phillip Anderson ROTH IR
45 Revonah Circle
Stamford, CT 06905

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _    **Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,147.35
FMT CO Cust FBO Raymond A Renner Jr
ROTH
154 Fairway Court
Jasper, GA 30143

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _    **Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,474.24
FMT CO Cust fbo Richard Fink IRA Regular
4990 Lake Pointe Circle
Santa Rosa, CA 95403

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _    **Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,474.24
FMT CO Cust fbo Robert J LaDuca IRA Roll
1501 Angelus Avenue
Los Angeles, CA 90026

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _    **Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,316.15
FMT CO Cust fbo Robert Mallmann IRA
102 Fisherman's Cove
Camdenton, MO 65020

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _    **Basis for the claim:** _

**Last 4 digits of account number** _    Is the claim subject to offset?    ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Mars FX US LP                                                                Case number (if known)    26-22287
               Name

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,632.31 |
|------|---|---|---|

FMT Co Cust FBO Roberta L Brookshire IRA
116 Grand Teton Drive
Saint Peters, MO 63376

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _                                    **Basis for the claim:** _

**Last 4 digits of account number** _                              Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,474.24 |
|------|---|---|---|

FMT CO Cust fbo Shanaz Azad Rollover IRA
17224 Buck Drive
Orland Park, IL 60467

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _                                    **Basis for the claim:** _

**Last 4 digits of account number** _                              Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,316.15 |
|------|---|---|---|

FMT Co Cust fbo Stephanie S Malench IRA
1001 Saint Louis Street
Edwardsville, IL 62025

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _                                    **Basis for the claim:** _

**Last 4 digits of account number** _                              Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,474.23 |
|------|---|---|---|

FMT CO Cust fbo Stephen Buxbaum IRA Reg
4666 Sierra Tree Lane
Irvine, CA 92612

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _                                    **Basis for the claim:** _

**Last 4 digits of account number** _                              Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,474.23 |
|------|---|---|---|

FMT CO Cust fbo Stevens Anthony Carey
1901 Avenue of the Stars, Suite 12
Los Angeles, CA 90067

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _                                    **Basis for the claim:** _

**Last 4 digits of account number** _                              Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,316.15 |
|------|---|---|---|

FMT CO Cust fbo Stuart Alan Levine IRA
3065 Danalda Drive
Los Angeles, CA 90064

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _                                    **Basis for the claim:** _

**Last 4 digits of account number** _                              Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,474.24 |
|------|---|---|---|

FMT CO Cust fbo Tariq Jalil IRA SEPP
658 Santa Clara Avenue
Venice, CA 90291

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _                                    **Basis for the claim:** _

**Last 4 digits of account number** _                              Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,474.24 |
|------|---|---|---|

FMT Co cust fbo Te Hua Wang IRA Rollover
3306 Sage Street
Tustin, CA 92782

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _                                    **Basis for the claim:** _

**Last 4 digits of account number** _                              Is the claim subject to offset?    ☒ No    ☐ Yes

---

Debtor    Mars FX US LP                                          Case number (if known)    26-22287
_____
Name

| | | |
|---|---|---|
| **3.78** | **Nonpriority creditor's name and mailing address**<br>FMT CO Cust fbo Terry Beall IRA Regular<br>6967 Corte Lusso<br>Rancho Santa Fe, CA 92091 | **As of the petition filing date, the claim is:** *Check all that apply.* $3,474.24<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| **3.79** | **Nonpriority creditor's name and mailing address**<br>FMT CO Cust fbo Thomas M Pilla IRA Rollo<br>12710 Dundee Lane<br>Naples, FL 34120 | **As of the petition filing date, the claim is:** *Check all that apply.* $2,316.15<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| **3.80** | **Nonpriority creditor's name and mailing address**<br>FMT Co Cust FBO Timothy Thompson IRA Rol<br>1590 Norwood Circle<br>Saint Paul, MN 55122 | **As of the petition filing date, the claim is:** *Check all that apply.* $3,474.24<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| **3.81** | **Nonpriority creditor's name and mailing address**<br>FMT CO Cust fbo William C Deckert Jr<br>1155 Red Hawk Ridge Lane<br>O Fallon, IL 62269 | **As of the petition filing date, the claim is:** *Check all that apply.* $4,632.31<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| **3.82** | **Nonpriority creditor's name and mailing address**<br>FMT CO Cust fbo Zsuzsanna Polgar IRA<br>1585 Cherry Lake Way<br>Lake Mary, FL 32746 | **As of the petition filing date, the claim is:** *Check all that apply.* $2,316.15<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| **3.83** | **Nonpriority creditor's name and mailing address**<br>Frank E. Morgan II<br>102 Main Street<br>East Hampton, NY 11937 | **As of the petition filing date, the claim is:** *Check all that apply.* $5,790.37<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| **3.84** | **Nonpriority creditor's name and mailing address**<br>Friedman Family Trust<br>691 Allegro Court<br>Simi Valley, CA 93065 | **As of the petition filing date, the claim is:** *Check all that apply.* $5,790.38<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes |

| | | |
|---|---|---|
| **3.85** | **Nonpriority creditor's name and mailing address**<br>Greater Horizons<br>1055 Broadway Blvd., Suite 130<br>Kansas , MO 64105 | **As of the petition filing date, the claim is:** *Check all that apply.* $75,440.41<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?    ☒ No    ☐ Yes |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Debtor    Mars FX US LP                            Case number (if known)    26-22287
       Name

| 3.86 | **Nonpriority creditor's name and mailing address**<br>Gregory & Kelly Dell<br>1425 Windjammer Way<br>Hollywood, FL 33019 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | $132,474.36 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.87 | **Nonpriority creditor's name and mailing address**<br>Haber Survivor's Trust<br>12380 Ridge Circle<br>Los Angeles, CA 90049-1151 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | $6,986.64 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.88 | **Nonpriority creditor's name and mailing address**<br>Hanami Holdings LLC<br>59 Montowese Street, Suite 3,<br>Branford, CT 06405 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | $16,213.08 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.89 | **Nonpriority creditor's name and mailing address**<br>Hongtech Holdings LLC<br>30 N. Gould Street, Suite R<br>Sheridan, WY 82801 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | $142,518.49 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.90 | **Nonpriority creditor's name and mailing address**<br>Ian Framson<br>24826 Earls Court<br>Calabasas, CA 91302 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | $5,790.37 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.91 | **Nonpriority creditor's name and mailing address**<br>INC Technologies, Inc., DBA INCTech<br>1212 S. Victory Blvd.<br>Burbank, CA 91502 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | $13,896.92 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.92 | **Nonpriority creditor's name and mailing address**<br>J & S Investments<br>16217 Kittridge Street<br>Van Nuys, CA 91406 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | $23,161.53 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.93 | **Nonpriority creditor's name and mailing address**<br>Jack H. Yannuzzi & Alice Siess<br>98 Southfield Avenue, Apt 23<br>Stamford, CT 06902 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | $6,948.46 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Mars FX US LP              Case number (if known)    26-22287
        Name

| | | |
|---|---|---|
| **3.94** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    $31,873.63 |
| | James and Linda Lippman 1998 Trust<br>317 N. Rockingham Ave<br>Los Angeles, CA 90049 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |
| **3.95** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    $20,620.48 |
| | James Paick & Alexis Hanalani Lee<br>1315 N Howard Street<br>Glendale, CA 91207 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |
| **3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    $127,947.86 |
| | Jiayi Chen<br>19 Trinity Place<br>Warren, NJ 07059 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |
| **3.97** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    $5,790.37 |
| | Jinhe You Revocable Trust<br>43110 Christy Street<br>Fremont, CA 94538 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |
| **3.98** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    $5,790.37 |
| | John G. Bowen<br>7128 Lodgepole Court<br>Evergreen, CO 80439 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |
| **3.99** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    $29,651.30 |
| | John Oswald<br>3732 Aspen Point<br>Park City, UT 84098 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |
| **3.100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    $6,323.25 |
| | Jonathan Park<br>632 Loma Alta Drive<br>Flower Mound, TX 75022 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |
| **3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    $1,100,000.00 |
| | Jorge A. Castellano<br>2448 SW 114th Avenue<br>Miami, FL 33165 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    Mars FX US LP
              Name

Case number (if known)    26-22287

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $69,484.58
---|---|---|---
| Joseph Paul Young Jr. | |
| 4725 Merlendale Drive | ☒ Contingent |
| Atlanta, GA 30327 | ☒ Unliquidated |
| | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,812.47
---|---|---|---
| Jung Il Choi and Soo Za Choi Revocable | |
| 18 Windward Way | ☐ Contingent |
| | ☐ Unliquidated |
| Buena Park, CA 90621 | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23,161.54
---|---|---|---
| JVJ Holdings, LP | |
| 16217 Kittridge Street | ☒ Contingent |
| Van Nuys, CA 91406 | ☒ Unliquidated |
| | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $75,440.41
---|---|---|---
| Karen P. Zimmer | |
| 419 Boxwood Road | ☒ Contingent |
| Bryn Mawr, PA 19010 | ☒ Unliquidated |
| | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,621.26
---|---|---|---
| Katherine McChesney Smith Trust | |
| fbo Michael Courts McChesney Jr. | |
| 93 Lenwood Blvd. | ☒ Contingent |
| Charleston, SC 29401 | ☒ Unliquidated |
| | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $37,596.60
---|---|---|---
| Kenny Li & Sanly Yuen | |
| 820 Mission Street, Suite Unit 107 | ☒ Contingent |
| South Pasadena, CA 91030 | ☒ Unliquidated |
| | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $16,213.07
---|---|---|---
| Kevin J. Tobin | |
| 303 W. Division Street, Apt 616 | ☒ Contingent |
| Chicago, IL 60610 | ☒ Unliquidated |
| | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,790.38
---|---|---|---
| Keystone Realty Firm | |
| 18017 Sky Park Circle,#C | ☒ Contingent |
| Irvine, CA 92614 | ☒ Unliquidated |
| | ☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Debtor    Mars FX US LP _____    Case number (if known)    26-22287 _____
          Name

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $312,000.00 |
|---|---|---|---|

KFW Mars, LP
12191 W. Linebaugh Avenue, Suite 769
Tampa, FL 33626

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,573.40 |
|---|---|---|---|

Kim Family Trust, dated June 3, 2015
Steve & Nanci Kim, Trustees
2430 Castro Street
San Francisco, CA 94131

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,146.80 |
|---|---|---|---|

KRAP Trust YJP LLC
1925 Lovering Avenue
Wilmington, DE 19806

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78,432.75 |
|---|---|---|---|

Krypton Fund Services (USA) Inc.
4555 Mansell Road, Suite 300
Alpharetta, GA 30022

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,971.60 |
|---|---|---|---|

Lavare Group Inc.
209 Glen Cove Rd., Ste 410
Carle Place, NY 11514

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,514.68 |
|---|---|---|---|

Leonard Rhee and Catherine Rhee
3401 Hartford Lane
Frisco, TX 75033

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,754.30 |
|---|---|---|---|

Life Jaunts Trust
Peak Trust Company, Trustee,184 E Warm
Springs Rd, Ste 15,
Las Vegas, NV 89119

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,316.15 |
|---|---|---|---|

Lindenberg Property LLC
4924 Balboa Blvd, Suite 365
Encino, CA 91316

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Mars FX US LP | Case number (if known) | 26-22287 |
|---|---|---|---|
| | Name | | |

---

**3.118** | **Nonpriority creditor's name and mailing address**
Lippman SLAT Investments LLC
11766 Wilshire Blvd,#15
Los Angeles, CA 90025

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $31,873.63

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address**
Little Debs, Inc.
137 Ampere Avenue
Oakhurst, NJ 07755

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $5,790.38

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address**
LKS Trust
20058 Ventura Blvd,#199
Woodland Hills, CA 91364

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $11,580.76

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address**
LNG Management Co LLC
555 W 5th Street, 35th Floor
Los Angeles, CA 90013

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $25,146.81

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address**
Louis J. Berg
9313 SE 36th Street
Mercer Island, WA 98040

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $5,790.37

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address**
Mark B. Kabins Nevada Irrevocable Trust
2008 Redbird Drive
Las Vegas, NV 89134

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $69,484.59

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address**
Mark Chong Kim
846 S. Norton Avenue
Los Angeles, CA 90005

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $50,293.62

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address**
Mars Weiss Investments, LLC
16217 Kittridge Street
Van Nuys, CA 91406

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*    $400,000.00

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| Debtor | Mars FX US LP | Case number (if known) | 26-22287 |
|---|---|---|---|
| | Name | | |

---

**3.126** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,790.37
Marshall H Mizrahi
2065 E 1st Street
Brooklyn, NY 11223

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $23,161.53
Martin Basiri
31 Helen Avenue
Kitchener Ontario N2P2E7, Canada

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $75,440.42
Mary B. Matthews Revocable Trust
6306 Masters Blvd.
Orlando, FL 32819

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $87,850.21
MFT MGR LLC
6306 Masters Blvd
Orlando, FL 32819

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17,371.15
MHG QOZB LLC
1900 Casey Key Road
Nokomis, FL 34275

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,790.37
Michael A. Sims Revocable Trust
10820 Blue Palm Street
Fort Lauderdale, FL 33324

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,286.71
Michael Ursini
721 Thomas Street
Oak Park, IL 60302

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $22,003.45
Minah Lee
6311 Stonehill Drive
Dallas, TX 75254

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Debtor    Mars FX US LP
_____
Name

Case number (if known)    26-22287
_____

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,790.38 |
|---|---|---|---|

Nancy Sutton Family 2019 Grantor Trust
2036 E 5th Street
Brooklyn, NY 11223

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,062.17 |
|---|---|---|---|

NFS LLC
fbo Declaration of Trust for Bradford L. Roller
18412 Wildblue Blvd
Fort Myers, FL 33913

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,948.46 |
|---|---|---|---|

NFS LLC
FBO Revocable Trust Agreement of Julie A
Mulford
1215 Silver Oak Court
Park City, UT 84060

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,713.37 |
|---|---|---|---|

NFS LLC
FBO The Camille PB Trust Dated July 11, 2023
82 Old Dike Rd
Trumbull, CT 06611

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,790.37 |
|---|---|---|---|

NFS LLC
fbo The Babak & Sheila Yaghmai Trust
428 16th Street
Santa Monica, CA 90402

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,790.37 |
|---|---|---|---|

NFS LLC FBO 1997 Fateh Family Trust
631 N La Jolla Avenue
Los Angeles, CA 90048

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,615.34 |
|---|---|---|---|

NFS LLC FBO Alex and Zeneyda Cabral
115 Hillside Avenue
Bergenfield, NJ 07621

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Debtor    Mars FX US LP                                                    Case number (if known)    26-22287
          Name

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,283.05 |
|---|---|---|---|
| | NFS LLC FBO Balfoure Brenes & Anh Nguyen<br>11893 Tiara Street<br>Valley Village, CA 91607 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,316.15 |
|---|---|---|---|
| | NFS LLC FBO CIG & RRG, LP<br>16816 Edgar Street<br>Pacific Palisades, CA 90272 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,632.31 |
|---|---|---|---|
| | NFS LLC fbo Clyde Owen<br>12 Tinker Trail<br>North Granby, CT 06060 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,327.16 |
|---|---|---|---|
| | NFS LLC fbo Corrao Family Living Trust<br>10212 N 109th Place<br>Scottsdale, AZ 85259 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,316.15 |
|---|---|---|---|
| | NFS LLC fbo Dennis A Savat & Sara Savat<br>9878 Richmond Calvalry Drive<br>Saint Louis, MO 63123 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $411,032.60 |
|---|---|---|---|
| | NFS LLC FBO Dennis L. Fournie<br>115 Red Fox Road<br>Belleville, IL 62223 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,474.24 |
|---|---|---|---|
| | NFS LLC fbo Douglas Macleod<br>9002 259th Avenue<br>Salem, WI 53168 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,474.23 |
|---|---|---|---|
| | NFS LLC fbo Dr. Janna Von Gaddenschmidt<br>6180 Stormy Mountain Court<br>Parker, CO 80134 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    Mars FX US LP
_____
Name

Case number (if known)    26-22287
_____

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,541.53 |
|---|---|---|---|

NFS LLC FBO Eric D Stolze &
Jennifer L Kezele
2157 McGregor Circle
O Fallon, MO 63368

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,316.15 |
|---|---|---|---|

NFS LLC FBO George MT Ferrill
600 Mount Nebo Avenue
Greenville, IL 62246

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,580.76 |
|---|---|---|---|

NFS LLC fbo Golden Lion Grantor Trust
805 Cord Circle
Beverly Hills, CA 90210

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,724.73 |
|---|---|---|---|

NFS LLC fbo HGS Enterprises, Inc.
209 Route 184
North Stonington, CT 06359

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,474.24 |
|---|---|---|---|

NFS LLC fbo Janice Fischer
1622 SW Waterside Court
Oak Harbor, WA 98277

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,257.14 |
|---|---|---|---|

NFS LLC FBO JAR Venture Group LP
5753 Highway 85N PMB 6349
Crestview, FL 32536

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,790.38 |
|---|---|---|---|

NFS LLC FBO Jaro Nowicki
179 Tryon Street
South Glastonbury, CT 06073

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,632.31 |
|---|---|---|---|

NFS LLC fbo Jeffrey H Rush Jr Revocable
734 Champeix Lane
Saint Louis, MO 63141

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| Debtor | Mars FX US LP | Case number (if known) | 26-22287 |
|---|---|---|---|
| | Name | | |

---

**3.157** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $55,518.00

NFS LLC FBO John S. Falcetta
2053 Cedarwood Trail
Belleville, IL 62226

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,648.35

NFS LLC FBO John S. Falcetta
2053 Cedarwood Trail
Belleville, IL 62226

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,192.08

NFS LLC fbo Kanda Vallina
101 Bittersweet Lane
Belleville, IL 62221

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,580.76

NFS LLC FBO Martin T. Hubbard
1311 Hartman Lane
Belleville, IL 62221

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,474.23

NFS LLC fbo Mohsen Shabahang Trust
2220 Avenue of the Stars,Number 25
Los Angeles, CA 90067

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,474.24

NFS LLC FBO Nicole Schmitt Revocable Tru
301 22nd Street NW
Austin, MN 55912

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,316.15

NFS LLC fbo Niel Hutchinson
12324 Greenbrier Way,
Bradenton, FL 34202

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,053.26

NFS LLC fbo Patrick and Virginia McCall
1908 Kimball Street
Philadelphia, PA 19146

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Debtor    Mars FX US LP _____    Case number (if known)    26-22287 _____
          Name

| | |
|---|---|
| **3.165** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    $12,462.47 |

3.165    **Nonpriority creditor's name and mailing address**
NFS LLC fbo Patrick J Northcutt
3711 Thicket Drive
Belleville, IL 62221

As of the petition filing date, the claim is: *Check all that apply.*    $12,462.47

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

3.166    **Nonpriority creditor's name and mailing address**
NFS LLC FBO Robert L Gold
16816 Edgar Street
Pacific Palisades, CA 90272

As of the petition filing date, the claim is: *Check all that apply.*    $2,316.15

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

3.167    **Nonpriority creditor's name and mailing address**
NFS LLC fbo Stavros Papahristou
and Eleni Papahristou JWROS
116 Clearwood Place
Plantsville, CT 06479

As of the petition filing date, the claim is: *Check all that apply.*    $3,358.43

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

3.168    **Nonpriority creditor's name and mailing address**
NFS LLC fbo Steven R Wolf Revocable Trus
2752 Halsey Road
Topanga, CA 90290

As of the petition filing date, the claim is: *Check all that apply.*    $3,474.24

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

3.169    **Nonpriority creditor's name and mailing address**
NFS LLC FBO Stoyan Konaktchiev
22 Aspenwood Drive
Weatogue, CT 06089

As of the petition filing date, the claim is: *Check all that apply.*    $2,316.15

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

3.170    **Nonpriority creditor's name and mailing address**
NFS LLC fbo Susan Shabahang
2220 Avenue of the Stars, Number 25
Los Angeles, CA 90067

As of the petition filing date, the claim is: *Check all that apply.*    $3,474.23

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

3.171    **Nonpriority creditor's name and mailing address**
NFS LLC fbo The Cynthia Hwang Living Tru
595 Overlook Rim Drive
Henderson, NV 89012

As of the petition filing date, the claim is: *Check all that apply.*    $4,632.31

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

3.172    **Nonpriority creditor's name and mailing address**
NFS LLC fbo The Hunt Family Trust
17072 Baruna Lane
Huntington Beach, CA 92649

As of the petition filing date, the claim is: *Check all that apply.*    $3,474.24

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| Debtor | Mars FX US LP | Case number (if known) | 26-22287 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **3.173** | **Nonpriority creditor's name and mailing address** <br> NFS LLC fbo The Michael Bieg Revocable T <br> 2527 Greenbriar Ridge Drive <br> Saint Louis, MO 63122 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☐ Disputed | $4,004.01 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| **3.174** | **Nonpriority creditor's name and mailing address** <br> NFS LLC fbo The Patrick Gogerchin Family <br> 315 S Coast Highway 101,Suite U-213 <br> Encinitas, CA 92024 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☐ Disputed | $11,580.76 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| **3.175** | **Nonpriority creditor's name and mailing address** <br> NFS LLC FBO The Pilla Family Trust <br> 12710 Dundee Lane <br> Naples, FL 34120 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☐ Disputed | $100,000.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| **3.176** | **Nonpriority creditor's name and mailing address** <br> NFS LLC FBO The Pilla Family Trust <br> 12710 Dundee Lane <br> Naples, FL 34120 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☐ Disputed | $5,674.56 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| **3.177** | **Nonpriority creditor's name and mailing address** <br> NFS LLC fbo Wittig Mechanical LLC <br> 95 Colton Road <br> Somers, CT 06071 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☐ Disputed | $3,489.72 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| **3.178** | **Nonpriority creditor's name and mailing address** <br> Nivalis Capital, LLC <br> 3773 Howard Huges Parkway, Suite 5S <br> Las Vegas, NV 89169 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☐ Disputed | $26,228.74 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| **3.179** | **Nonpriority creditor's name and mailing address** <br> Novus Capital Partners LLC <br> 251 South Lake Avenue, 8th Floor <br> Pasadena, CA 91101 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☐ Disputed | $6,912,840.49 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |
| **3.180** | **Nonpriority creditor's name and mailing address** <br> Paola Sheth <br> 10339 McVine Avenue <br> Sunland, CA 91040 | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☐ Disputed | $9,264.61 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor __Mars FX US LP_____  Case number (if known) __26-22287_____
       Name

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,029.38 |
|---|---|---|---|
| | Patricia Ann Smith<br>311 Camino Arroyo East<br>Danville, CA 94526 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,474.23 |
|---|---|---|---|
| | Patrick Kelly<br>802 W Alfred Street<br>Tampa, FL 33603 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,580.76 |
|---|---|---|---|
| | Perham Broumandfar<br>628 1/2 S Hill Street<br>Los Angeles, CA 90014 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $125,734.03 |
|---|---|---|---|
| | Perpetual Love Alternatives, LLC<br>3921 Alton Road, #465<br>Miami Beach, FL 33140 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $12,573.40 |
|---|---|---|---|
| | Peter Park<br>19462 Connemara Ct.<br>Yorba Linda, CA 92886 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $23,161.53 |
|---|---|---|---|
| | Plaza International L.P.<br>18340 Ventura Blvd, Suite 218<br>Tarzana, CA 91356 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $92,646.13 |
|---|---|---|---|
| | Pollak Family Irr. Trust Distribution<br>460 Monroe Street<br>Denver, CO 80206 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $83,744.41 |
|---|---|---|---|
| | Pollak Family Irrevocable Trust<br>460 Monroe Street<br>Denver, CO 80206 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| Debtor | Mars FX US LP | Case number (if known) | 26-22287 |
|---|---|---|---|
| | Name | | |

---

**3.189** | **Nonpriority creditor's name and mailing address**
Priya Patel & Samir Singh
6633 Avenida Mamana
La Jolla, CA 92037

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     $53,965.27

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address**
R.A. Ramnathsing
1375 Rachel Lane,
Tallahassee, FL 32308

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     $10,687.40

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address**
Rahmin & Sakinah Thobani
20440 W Albion Way
Northridge, CA 91326

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     $112,751.47

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address**
Raymond & Lara Costa
11861 Fox Hill Circle
Boynton Beach, FL 33473

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     $28,703.52

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address**
Raymond F. Gross
19222 SE 62nd Place
Issaquah, WA 98027

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     $3,474.24

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address**
Rich Rescigno
4570 Powers Ferry Road
Atlanta, GA 30327

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     $11,580.75

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.195** | **Nonpriority creditor's name and mailing address**
Richard Patrick Kincaid
1-3-1-2205 Motoazabu,Minato-ku, Tokyo
106-0046
Japan

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     $16,213.08

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.196** | **Nonpriority creditor's name and mailing address**
RJR Dynasty Trust
3060 Peachtree Road NW, Ste 155
Atlanta, GA 30305

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*     $23,161.54

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| Debtor | Mars FX US LP | Case number (if known) | 26-22287 |
|---|---|---|---|
| | Name | | |

---

**3.197** | **Nonpriority creditor's name and mailing address**
Robert Kraljevic
43 Coopers Pond Road
Stamford, CT 06905

**As of the petition filing date, the claim is:** *Check all that apply.*   **$2,859.42**

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address**
Ronald L. Caporale Exempt Trust
4487 Alcala Way
Palm Springs, CA 92262

**As of the petition filing date, the claim is:** *Check all that apply.*   **$11,580.76**

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.199** | **Nonpriority creditor's name and mailing address**
Safe Management LLC
3475 Piedmont Road, Suite 15,
Atlanta, GA 30305

**As of the petition filing date, the claim is:** *Check all that apply.*   **$4,632.31**

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address**
Samir I. Sheth
11218 Camarillo St Apt 106
North Hollywood, CA 91602-1253

**As of the petition filing date, the claim is:** *Check all that apply.*   **$17,371.16**

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address**
Sang Wuk Park / Jong Ae Park
18049 Joel Brattain Drive
Yorba Linda, CA 92886

**As of the petition filing date, the claim is:** *Check all that apply.*   **$3,797.17**

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address**
Sanjay Sheth
1052 E. Angeleno Ave
Burbank, CA 91501

**As of the petition filing date, the claim is:** *Check all that apply.*   **$5,790.38**

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address**
Shalyn R. Hockey 2012 Revocable Trust
4 Gooseberry Lane
Englewood, CO 80113

**As of the petition filing date, the claim is:** *Check all that apply.*   **$6,286.70**

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address**
Shi Wu & Wei Jiang
19 Trinity Place
Warren, NJ 07059

**As of the petition filing date, the claim is:** *Check all that apply.*   **$20,955.37**

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Mars FX US LP | Case number (if known) | 26-22287 |
|---|---|---|---|
| | Name | | |

---

**3.205** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23,889.47**

Shonali Ramnathsing
1375 Rachel Lane
Tallahassee, FL 32308

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31,433.51**

Stephen D. Varon
12308 235th Pl. NE
Redmond, WA 98053

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,602.77**

Steven Fuhrman
8159 Hutchinson Ct.
Delray Beach, FL 33446

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,474.24**

STRATA Trust Co FBO Lisa Jill Ashenmil
7901 Woodway Drive, Suite 2
Woodway, TX 76712

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.209** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,286.71**

Sudesh Mukhi and Sudha Mukhi
150 Christopher Court
Woodbury, NY 11797

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,255.37**

Sujay Jhaveri
228 Cumberland Street
Brooklyn, NY 11205

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,146.80**

Susan M. Park
4512 Littleton Place
La Canada Flintridge, CA 91011

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,790.37**

Sydney Li Legacy Trust
143 Reade Street, Apt. 11C
New York, NY 10013

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Debtor     Mars FX US LP
_____          Case number (if known)      26-22287
           Name

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,580.76 |
|---|---|---|---|
| | T & E Von Der Ahe Living Trust<br>4532 Ben Avenue<br>Valley Village, CA 91607 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,903.83 |
|---|---|---|---|
| | TAR Irrevocable Trust<br>5301 Tay Court<br>Melbourne Beach, FL 32951 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,515.31 |
|---|---|---|---|
| | The Ajay and Anjana Patel Living Trust<br>108 Shady Arbor<br>Irvine, CA 92618 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,632.31 |
|---|---|---|---|
| | The Benzaken-Koosed Family Trust<br>15737 Royal Ridge Road<br>Sherman Oaks, CA 91403 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800,000.00 |
|---|---|---|---|
| | The Entrust Group - E. Schildkrout<br>11 Burning Tree Road<br>Great Barrington, MA 01230 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195,793.70 |
|---|---|---|---|
| | The Entrust Group, Inc. FBO T. Rosenberg<br>11 Burning Tree Road<br>Great Barrington, MA 01230 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,242.20 |
|---|---|---|---|
| | The Jeffrey Yim Living Trust<br>1 Willow Place<br>Albertson, NY 11507 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,573.40 |
|---|---|---|---|
| | The Lee - Whang Trust as Restated 6/13/1<br>13510 Lucca Dr.<br>Pacific Palisades, CA 90272 | ☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?    ☒ No    ☐ Yes | |

Debtor   __Mars FX US LP__   Case number (if known) __26-22287__
Name

| | | |
|---|---|---|
| **3.221** | **Nonpriority creditor's name and mailing address**<br>The Louis & Sandra Berkman Foundation<br>600 Grant Street, Suite 3230<br>Pittsburgh, PA 15219 | **As of the petition filing date, the claim is:** *Check all that apply.*   $145,851.48<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |
| **3.222** | **Nonpriority creditor's name and mailing address**<br>The MJT Living Trust<br>dated May 6, 2022 - Distribution Account<br>40 Hazel Road<br>Dover, DE 19901 | **As of the petition filing date, the claim is:** *Check all that apply.*   $3,772.03<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |
| **3.223** | **Nonpriority creditor's name and mailing address**<br>The Scott and Debra Weiss Family Trust<br>16217 Kittridge Street<br>Van Nuys, CA 91406 | **As of the petition filing date, the claim is:** *Check all that apply.*   $11,580.76<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |
| **3.224** | **Nonpriority creditor's name and mailing address**<br>The Silver Family Trust<br>9537 Texhoma Avenue<br>Northridge, CA 91325 | **As of the petition filing date, the claim is:** *Check all that apply.*   $6,948.46<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |
| **3.225** | **Nonpriority creditor's name and mailing address**<br>The Simon G Atik Trust<br>12325 Gorham Avenue<br>Los Angeles, CA 90049 | **As of the petition filing date, the claim is:** *Check all that apply.*   $9,264.62<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |
| **3.226** | **Nonpriority creditor's name and mailing address**<br>Thomas & Julie Light<br>13 Arrow Mountain Drive SE<br>Cartersville, GA 30121 | **As of the petition filing date, the claim is:** *Check all that apply.*   $4,632.31<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |
| **3.227** | **Nonpriority creditor's name and mailing address**<br>TMC Marketing, Inc.<br>4924 Balboa Blvd, Suite 385<br>Encino, CA 91316 | **As of the petition filing date, the claim is:** *Check all that apply.*   $4,632.31<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |
| **3.228** | **Nonpriority creditor's name and mailing address**<br>Tudor McLeod Preferred Access Fund LLC<br>281 N. Church Street<br>Wilmington, DE 19802 | **As of the petition filing date, the claim is:** *Check all that apply.*   $74,881.39<br><br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?   ☒ No   ☐ Yes |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor    Mars FX US LP
_____
              Name

Case number (if known)    26-22287
_____

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,790.37 |
| --- | --- | --- | --- |

Vinaben Patel
77 Wiltshire Drive
Avondale Estates, GA 30002

⊠ Contingent
⊠ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ⊠ No    ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
| --- | --- | --- | --- |

Volkan Polatol
5 Nicholas Lane
Southampton, MA 01073

⊠ Contingent
⊠ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ⊠ No    ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,742.29 |
| --- | --- | --- | --- |

William De La Pena, Trustee
111 South LaSenda Drive
Laguna Beach, CA 92651

⊠ Contingent
⊠ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ⊠ No    ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,433.50 |
| --- | --- | --- | --- |

Yusef M Kassim
37 Regency Place
Weehawken, NJ 07086

⊠ Contingent
⊠ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?    ⊠ No    ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
| --- | --- |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5.    Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ 14,684,319.52 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 14,684,319.52 |

**Fill in this information to identify the case:**

Debtor name     Mars FX US LP

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    26-22287

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name      Mars FX US LP

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    26-22287

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                         *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |
| 2.2 | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |
| 2.3 | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |
| 2.4 | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | |
| | | City          State          Zip Code | | | |

**Fill in this information to identify the case:**

Debtor name     Mars FX US LP

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    26-22287

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☒ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   | --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Mars FX US LP | Case number *(if known)* 26-22287 |
|---|---|---|

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page **2** |
|---|---|---|

| Debtor | Mars FX US LP | Case number *(if known)* 26-22287 |
|---|---|---|

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Mars FX US LP | Case number *(if known)* 26-22287 |
|---|---|---|

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒   No.
☐   Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒   No.
☐   Yes. Provide details below.

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page **4** |
|---|---|---|

| Debtor | Mars FX US LP | Case number *(if known)* 26-22287 |
|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.   Novus Capital Partners LLC
251 South Lake Avenue, 8th Floor
Pasadena, CA 91101 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26b.1.   Deloitte & Touche LLP
695 Town Center Drive, Suite 1000
Costa Mesa, CA 92626 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   Novus Capital Partners LLC
251 South Lake Avenue, 8th Floor
Pasadena, CA 91101 | |
| 26c.2.   Deloitte & Touche
695 Town Center Drive, Suite 1000
Costa Mesa, CA 92626 | |
| 26c.3.   Krypton Fund Services (USA) Inc.
850 New Burton Road, Suite 201
Dover, DE 19904 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | Mars FX US LP | Case number *(if known)* 26-22287 |
|---|---|---|

☒ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Novus Capital Partners LLC | 251 South Lake Avenue, 8th Floor Pasadena, CA 91101 | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Novus Capital Partners LLC | 251 South Lake Avenue, 8th Floor Pasadena, CA 91101 | | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Mars FX US LP | Case number *(if known)* | 26-22287 |
|---|---|---|---|

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      4/6/2026

/s/   Luke Furler                                                    Luke Furler
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      Chief Restructuring Officer

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☒ No
☐ Yes