UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| MARS FX US LP, | Case No.: 26-22287 (KYP) |
| Debtor. | |

----------------------------------------------------------------x

**DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1009-1(a)**

Luke Anthony Furler, as Chief Restructuring Officer of Mars FX US LP (the "Debtor"), declares pursuant to 28 U.S.C. §1746 as follows:

**BACKGROUND**

1. On March 23, 2026 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court" or this "Court").

2. The Debtor is authorized to remain in possession of its property and manage its affairs pursuant to Bankruptcy Code §§ 1107(a) and 1108.

3. On April 6, 2026, filed its Schedules and Statement of Financial Affairs (ECF Doc. No. 11) (together, the "Schedules").

4. On April 27, 2026, the Debtor amended Schedule A/B and the Statement of Financial Affairs (ECF Doc. No. 21) (the "Amended Schedules").

5. Subsequent to filing the Amended Schedules, the Debtor received additional information regarding the claims of the Debtor's limited partners as listed on Schedule E/F.

6. Accordingly, after discussions with the Official Committee of Unsecured Creditors, the Debtor determined that it was appropriate to amend Schedule E/F to update the claims of its

limited partners to the correct amounts and ensure that all limited partner claims have been included in Schedule E/F.

7. All amended limited partner claims on the attached amended Schedule E/F include "Limited Partner Claim" as the basis for claim for ease of reference to these amended claims.

I declare under penalty of perjury that the foregoing is true and correct.

May 26, 2026

*s/ Luke Anthony Furler*
Luke Anthony Furler

**Fill in this information to identify the case:**

Debtor name Mars FX US LP

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) 26-22287

☒ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
2017 Joseph Shamah Exempt Trust
1 E Broward Blvd, Suite 915
Fort Lauderdale, FL 33301

**As of the petition filing date, the claim is:** *Check all that apply.* $842,122.09

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

3.2 **Nonpriority creditor's name and mailing address**
2017 Maki N. Bara FamilyTrust
6045 Montemalaga Drive
Rancho Palos Verdes, CA 90275

**As of the petition filing date, the claim is:** *Check all that apply.* $1,082,677.28

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

3.3 **Nonpriority creditor's name and mailing address**
2023 Hahn Family Trust
30416 Caspian Court
Agoura Hills, CA 91301

**As of the petition filing date, the claim is:** *Check all that apply.* $405,722.96

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

3.4 **Nonpriority creditor's name and mailing address**
ACFIRM LLC
4030 Leighton Point Road
Calabasas, CA 91302

**As of the petition filing date, the claim is:** *Check all that apply.* $322,800.46

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

3.5 **Nonpriority creditor's name and mailing address**
Advanta IRA Admin. LLC FBO Leonard Rhee
3401 Hartfod Lane
Frisco , TX 75033

**As of the petition filing date, the claim is:** *Check all that apply.* $319,655.74

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

**3.6** **Nonpriority creditor's name and mailing address**
Advanta IRA Services, LLC
FBO Yasmyne Mohammed
4790 140th Avenue North
Clearwater, FL 33762
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $221,460.83
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**
AGMS Non-Grantor Trust LLC
1840 E Warm Springs Road, Suite 105
Las Vegas, NV 89119
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $668,717.97
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**
Air Gourmet, Inc.
8635 Kittyhawk Avenue
Los Angeles, CA 90045
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $516,828.16
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**
Akilan Arumugham
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $507,146.66
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**
Alan and Sharon McClymonds
281 West Hills Road
New Canaan, CT 06840
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,073,082.33
☒ Contingent
☒ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**
Alan Goodin
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $376,560.59
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.12** **Nonpriority creditor's name and mailing address**
Alan Robert McClymonds
281 West Hills Road
New Canaan, CT 06840
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $848,354.55
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**
Albert Cho & Jin Ho
116 Lottie Lane
Campbell, CA 95008
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $414,959.32
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name
Case number (if known) 26-22287

3.14 **Nonpriority creditor's name and mailing address**
Albert Hwang
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $300,234.99
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
Alex Cabral and Zeneyda Cabral
115 Hillside Avenue
Bergenfield , NJ 07621
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $205,974.05
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
Alto IRA
Custodian FBO Garrett Smith Roth
500 11th Ave N, Suite 79
Nashville, TN 37203
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $264,902.86
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
Alto IRA Custodian
FBO Tom Miner Roth IRA
500 11th Ave N
Nashville, TN 37203
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,678,412.59
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.18 **Nonpriority creditor's name and mailing address**
Alto IRA Custodian
FBO Jonathan Tran Roth IRA
500 11th Ave N
Nashville, TN 37203
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $369,704.83
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.19 **Nonpriority creditor's name and mailing address**
Altoira Empire Trust Custodian
FBO Stephen Varon Traditional IRA
500 11th Ave N
Nashville, TN 37203
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,703,973.51
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.20 **Nonpriority creditor's name and mailing address**
Altoira Empire Trust Custodian
FBO Stephen Varon Roth IRA
500 11th Ave N
Nashville, TN 37203
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $638,100.48
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP Case number (if known) 26-22287
Name

3.21 **Nonpriority creditor's name and mailing address**
Amanda Spitz Moonitz
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $393,183.96
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.22 **Nonpriority creditor's name and mailing address**
Amit Patel
2385 Oak Grove Meadows
Decatur, GA 30033
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $434,554.91
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.23 **Nonpriority creditor's name and mailing address**
Anand Christopher
1112 S East Avenue
Oak Park, IL 60304
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $76,950.70
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.24 **Nonpriority creditor's name and mailing address**
Anand Murthy
526 N. Canon Drive
Beverly Hills, CA 90210
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,502,984.69
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.25 **Nonpriority creditor's name and mailing address**
Andy Li
749 Arguello Blvd
San Francisco, CA 94118
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $293,078.69
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.26 **Nonpriority creditor's name and mailing address**
Anish Patel
310 E. Providencia Avenue, #201
Burbank, CA 91502
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $634,496.63
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.27 **Nonpriority creditor's name and mailing address**
Anna Makarechian Marital Trust
100 Gibson Drive
Bozeman, MT 59718
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $271,197.23
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.28 **Nonpriority creditor's name and mailing address**
Anne Lainer Marquit
1072 S Point Street
Los Angeles, CA 90035
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $240,233.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.29 **Nonpriority creditor's name and mailing address**
Anne-Marie Asner
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $437,309.83
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.30 **Nonpriority creditor's name and mailing address**
Annie S. Totah
11500 Highland Farm Road
Potomac, MD 20854
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $634,677.22
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.31 **Nonpriority creditor's name and mailing address**
Anthony Choe
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $718,900.94
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.32 **Nonpriority creditor's name and mailing address**
Anthony Dwight Chapman Living Trust
2390 Flat Rock Road
Watkinsville, GA 30677
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $103,365.63
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.33 **Nonpriority creditor's name and mailing address**
Ariella and Michael Milobsky
9940 E. Progress Circle
Englewood, CO 80111
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $130,434.83
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.34 **Nonpriority creditor's name and mailing address**
Aspect Partners, LP
545 Dutch Valley Road, Suite A
Atlanta, GA 30306
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $233,608.97
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**
Atdhe Matoshi
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $301,437.42
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.36 **Nonpriority creditor's name and mailing address**
Balfoure Brenes & Anh Nguyen
11893 Tiara Street
Valley Village, CA 91607
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $154,857.27
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name
Case number (if known) 26-22287

3.37 **Nonpriority creditor's name and mailing address**
Barry W. Krowne
11424 Doral Avenue
Porter Ranch, CA 91326
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $413,462.53
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.38 **Nonpriority creditor's name and mailing address**
Ben Monir Zarhoud
1137 N Central Avenue, Apt 323
Glendale, CA 91202
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $787,850.68
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.39 **Nonpriority creditor's name and mailing address**
Ben Tak Chu
470 Prospect Terrace
Pasadena, CA 91103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $206,731.27
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.40 **Nonpriority creditor's name and mailing address**
Bernadetta Ursini
607 Ridgewood Court
Oak Brook, IL 60523
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $361,959.15
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.41 **Nonpriority creditor's name and mailing address**
Bhenoy Dembla
6700 Indian Creek Drive, #1204
Miami Beach, FL 33141
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $921,774.41
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.42 **Nonpriority creditor's name and mailing address**
BOTD, LLC
16217 Kittridge Street
Van Nuys, CA 91405
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,503,550.38
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.43 **Nonpriority creditor's name and mailing address**
Bradley A Levin & Jennifer L Levin
25551 Prado de Oro
Calabasas, CA 91302
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $222,743.05
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.44 **Nonpriority creditor's name and mailing address**
Brett Levkoff
2189 NW 59th Street
Boca Raton, FL 33496
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,808,876.60
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP Case number (if known) 26-22287
Name

3.45 **Nonpriority creditor's name and mailing address**
Brian Loo
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $158,209.54
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.46 **Nonpriority creditor's name and mailing address**
C&L Wilson Family Trust
4928 Radford Avenue
Valley Village, CA 91607
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $206,731.28
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.47 **Nonpriority creditor's name and mailing address**
Caroline Bae
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $71,738.90
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.48 **Nonpriority creditor's name and mailing address**
Cary Gumbert and Cynthia Gumbert
1 Holly Circle
Weston, MA 02493
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $518,116.67
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.49 **Nonpriority creditor's name and mailing address**
CCH Family Irrevocable Trust
Dated December 4, 2020
6300 Powers Ferry Road, Suite 600-329
Atlanta, GA 30339
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,158,813.12
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.50 **Nonpriority creditor's name and mailing address**
Chelsea International Series A Fund, LLC
30 N Gould Street, Suite R
Sheridan, WY 82801
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,545,581.13
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.51 **Nonpriority creditor's name and mailing address**
Chhugani Family Trust
1000 Venetian Way, Unit 107
Miami Beach, FL 33139
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $336,852.09
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.52 **Nonpriority creditor's name and mailing address**
Chrismer Enterprises LLC
58 Canton Street, Unit 202
Alpharetta, GA 30009
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $349,285.91
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name
Case number (if known) 26-22287

**3.53** **Nonpriority creditor's name and mailing address**
Christopher John Ackerman
and Julie Brown Ackerman
120 Beach Road
Glencoe, IL 60022

**As of the petition filing date, the claim is:** *Check all that apply.* $339,114.59

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.54** **Nonpriority creditor's name and mailing address**
Christopher Tomongin and Janelle Horibe
433 Marine Avenue, Unit A
Manhattan Beach, CA 90266

**As of the petition filing date, the claim is:** *Check all that apply.* $478,046.04

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.55** **Nonpriority creditor's name and mailing address**
Chungku Rhee
2733 Piantino Circle
San Diego, CA 92108

**As of the petition filing date, the claim is:** *Check all that apply.* $344,388.73

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.56** **Nonpriority creditor's name and mailing address**
Cigno Holding LLP

**As of the petition filing date, the claim is:** *Check all that apply.* $150,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Money loaned
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.57** **Nonpriority creditor's name and mailing address**
CK West Inc
1500 Esperanza Street
Los Angeles, CA 90023

**As of the petition filing date, the claim is:** *Check all that apply.* $420,370.77

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.58** **Nonpriority creditor's name and mailing address**
Co-Trustees Dan Li Revocable Trust
143 Reade Street, Apt 11C
New York, NY 10013

**As of the petition filing date, the claim is:** *Check all that apply.* $2,314,852.17

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.59** **Nonpriority creditor's name and mailing address**
Cohen New York, Inc.
620 Avenue I
Brooklyn, NY 11230

**As of the petition filing date, the claim is:** *Check all that apply.* $531,213.17

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.60** **Nonpriority creditor's name and mailing address**
Crista Vallis Partners, LLC
1118 Riders Court
Sparks, NV 89436

**As of the petition filing date, the claim is:** *Check all that apply.* $848,554.98

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP Case number (if known) 26-22287
Name

3.61 **Nonpriority creditor's name and mailing address**
Da Pony LLC
10908 Willow Heights Drive
Las Vegas, NV 89135
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,972,228.76
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.62 **Nonpriority creditor's name and mailing address**
Daniel Geren
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,531,520.48
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.63 **Nonpriority creditor's name and mailing address**
Daniel Kenneth Geren
14 Hope Farm Road
Greenwich, CT 06830
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $6,148,617.57
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.64 **Nonpriority creditor's name and mailing address**
Daniel Kim
1308 Canterbury Lane
Fullerton, CA 92831
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $329,455.54
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.65 **Nonpriority creditor's name and mailing address**
Daniel Lee
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,037,966.52
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.66 **Nonpriority creditor's name and mailing address**
Daniel Levy
896 East 8th Street
Brooklyn, NY 11230
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $516,828.15
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.67 **Nonpriority creditor's name and mailing address**
Daniel Petrucci
700 Baldwin Palm Avenue
Fort Lauderdale, FL 33324
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $425,174.55
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.68 **Nonpriority creditor's name and mailing address**
Daron L Walton
2409 N. Carroll Avenue
Southlake, TX 76092
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $620,193.80
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

**3.69** **Nonpriority creditor's name and mailing address**
David Brubaker
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $549,603.28
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.70** **Nonpriority creditor's name and mailing address**
David C Blatte
22 Woodhollow Road
Roslyn Heights, NY 11577
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $466,443.53
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.71** **Nonpriority creditor's name and mailing address**
David Chih-Wen Wang and Claudia Wang
1259 Autumn Wind Way
Henderson, NV 89052
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,298,092.26
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.72** **Nonpriority creditor's name and mailing address**
David Free Madison Trust Co
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $440,705.63
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.73** **Nonpriority creditor's name and mailing address**
David Hwang
309 Nancy Way
La Canada Flintridge, CA 91011
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $353,269.61
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.74** **Nonpriority creditor's name and mailing address**
David J. Choi Children
191 Starlight Crest Drive
La Canada Flintridge, CA 91011
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $34,213.17
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.75** **Nonpriority creditor's name and mailing address**
David J. Choi November 2020
191 Starlight Crest Drive
La Canada Flintridge, CA 91011
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,388,706.64
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.76** **Nonpriority creditor's name and mailing address**
David Lee
191 Starlight Crest Drive
Irvine, CA 92603
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $166,089.31
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.77 **Nonpriority creditor's name and mailing address**
David Lee
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $565,117.40
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.78 **Nonpriority creditor's name and mailing address**
David Madson
700 Broadway East, Unit 216
Seattle, WA 98102
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $605,440.47
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.79 **Nonpriority creditor's name and mailing address**
David Nadler
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $518,313.49
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.80 **Nonpriority creditor's name and mailing address**
David Van Sant
5061 Kings Close
Alpharetta, GA 30004
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,033,656.34
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.81 **Nonpriority creditor's name and mailing address**
David Wonkyu Choi
2785 W. Monroe Place
Anaheim, CA 92801
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $258,414.07
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.82 **Nonpriority creditor's name and mailing address**
DMT Retirement LLC - IRA
2149 Mooreview Street
Henderson, NV 89012
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $97,663.88
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.83 **Nonpriority creditor's name and mailing address**
DMT Retirement LLC - Roth IRA
2149 Mooreview Street
Henderson, NV 89012
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $151,921.60
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.84 **Nonpriority creditor's name and mailing address**
DripRock Holdings LLC
626 Wilshire Blvd, Suite 200
Attn: Michael Barker
Los Angeles, CA 90017
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $312,110.56
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

**3.85** **Nonpriority creditor's name and mailing address**
Dushyant Mehra
80 Riverside Blvd., Apt. 9M
New York, NY 10069

**As of the petition filing date, the claim is:** *Check all that apply.* $478,458.33

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.86** **Nonpriority creditor's name and mailing address**
Earl Jans
18252 Joel Brattain
Yorba Linda, CA 92886

**As of the petition filing date, the claim is:** *Check all that apply.* $337,347.36

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.87** **Nonpriority creditor's name and mailing address**
Edward Haddad
866 East 8th Street
Brooklyn, NY 11230

**As of the petition filing date, the claim is:** *Check all that apply.* $258,414.08

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.88** **Nonpriority creditor's name and mailing address**
Eelin Jans
2937 Black Pine Court
Yorba Linda, CA 92886

**As of the petition filing date, the claim is:** *Check all that apply.* $672,034.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.89** **Nonpriority creditor's name and mailing address**
Elite Henry Partners, LLC
16217 Kittridge St.
Van Nuys, CA 91406

**As of the petition filing date, the claim is:** *Check all that apply.* $516,434.86

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.90** **Nonpriority creditor's name and mailing address**
Ellen Li Legacy Trust
4349 20th Street
Attn: Min Lin
San Francisco, CA 94114

**As of the petition filing date, the claim is:** *Check all that apply.* $289,423.76

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.91** **Nonpriority creditor's name and mailing address**
Elliot Schildkrout Revocable Trust
11 Burning Tree Road
Great Barrington, MA 01230

**As of the petition filing date, the claim is:** *Check all that apply.* $579,553.77

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.92** **Nonpriority creditor's name and mailing address**
Elliot Totah
2942 Upton St. NW
Washington, DC 20008

**As of the petition filing date, the claim is:** *Check all that apply.* $566,098.54

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.93 **Nonpriority creditor's name and mailing address**
Elmer, LLC

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $11,695,289.99
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Limited Partner Claim

Is the claim subject to offset? ☒ No ☐ Yes

---

3.94 **Nonpriority creditor's name and mailing address**
Emagen Investment Group, Inc.
4001 Inglewood Avenue, Building 101 Offi
Redondo Beach, CA 90278

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $325,548.79
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Limited Partner Claim

Is the claim subject to offset? ☒ No ☐ Yes

---

3.95 **Nonpriority creditor's name and mailing address**
Equity Trust Company Custodian
FBO Joseph Hong IRA
3 Hillview Drive
Newtown, PA 18940

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $653,407.02
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Limited Partner Claim

Is the claim subject to offset? ☒ No ☐ Yes

---

3.96 **Nonpriority creditor's name and mailing address**
Erica R. Hermann
1070 Park Ave. Apt 4B
New York, NY 10128

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $5,614,403.75
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Limited Partner Claim

Is the claim subject to offset? ☒ No ☐ Yes

---

3.97 **Nonpriority creditor's name and mailing address**
Eunice Rhee and Michael Kim Family Trust
716 Palm Drive
Attn: Michael Kim
Glendale, CA 91202

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $154,698.54
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Limited Partner Claim

Is the claim subject to offset? ☒ No ☐ Yes

---

3.98 **Nonpriority creditor's name and mailing address**
Fabiano Silveira Aguilar
9935 NE 13 Avenue
Miami, FL 33138

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $423,781.07
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Limited Partner Claim

Is the claim subject to offset? ☒ No ☐ Yes

---

3.99 **Nonpriority creditor's name and mailing address**
FBO Kristina Demoura-Diaz RJM 069902
1835 High Trail
Atlanta, GA 30339

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $554,930.03
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Limited Partner Claim

Is the claim subject to offset? ☒ No ☐ Yes

---

3.100 **Nonpriority creditor's name and mailing address**
FMT Co as Cust FBO John S Lee
2150 Boardway, Apt 6F
New York, NY 10023

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,275,508.88
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Limited Partner Claim

Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

**3.101** **Nonpriority creditor's name and mailing address**
FMT Co as Cust FBO Steve Rasmussen
1717 Glenleven Terrace
West Des Moines, IA 50266

**As of the petition filing date, the claim is:** *Check all that apply.* $1,486,360.08

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.102** **Nonpriority creditor's name and mailing address**
FMT CO Cust Aria Irvani IRA 656459885
22 Cielo Prado
Mission Viejo, CA 92692

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.45

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.103** **Nonpriority creditor's name and mailing address**
FMT CO Cust FBO Aaron J Cregger IRA
12774 Wynfield Pines Ct
Saint Louis, MO 63131

**As of the petition filing date, the claim is:** *Check all that apply.* $129,529.18

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.104** **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Ahmad Reza Malekzadeh
2106 Windward Lane
Newport Beach, CA 92660

**As of the petition filing date, the claim is:** *Check all that apply.* $103,365.63

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.105** **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Ajay Patel IRA Rollover
108 Shady Arbor
Irvine, CA 92618

**As of the petition filing date, the claim is:** *Check all that apply.* $97,972.82

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.106** **Nonpriority creditor's name and mailing address**
FMT CO Cust FBO Alan Bastarache -IRA Reg
58 Harness Drive
Somers, CT 06071

**As of the petition filing date, the claim is:** *Check all that apply.* $126,204.43

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.107** **Nonpriority creditor's name and mailing address**
FMT Co Cust fbo Ali Rezaian IRA Regular
420 Lovell Avenue
Mill Valley, CA 94941

**As of the petition filing date, the claim is:** *Check all that apply.* $133,463.04

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.108** **Nonpriority creditor's name and mailing address**
FMT CO Cust FBO Amir Ali Monsefi
4173 Regal Oak Drive
Encino, CA 91436

**As of the petition filing date, the claim is:** *Check all that apply.* $25,841.41

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.109 **Nonpriority creditor's name and mailing address**
FMT CO Cust FBO Amir Ali Monsefi
4173 Regal Oak Drive
Encino, CA 91436
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $25,262.38
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.110 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Amy M Evans IRA Regular
2016 Heathermere Way
Roswell, GA 30075
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $117,712.79
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.111 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Balfoure Brenes
11893 Tiara Street
Valley Village, CA 91607
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $103,389.95
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.112 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Bonnie Wongtrakool
800 S Oakland Avenue
Pasadena, CA 91106
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $278,801.90
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.113 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Bradley A Levin IRA
2551 Prado de Oro
Calabasas, CA 91302
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $178,992.95
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.114 **Nonpriority creditor's name and mailing address**
FMT CO Cust FBO Brian A Niedzwiecki
103 Drew Ct.
Catlin, IL 61817
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $107,938.41
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.115 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Brian W Niehaus
8277 Possum Hill Road
Worden, IL 62097
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $274,767.73
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.116 **Nonpriority creditor's name and mailing address**
FMT Co cust fbo Carol A Kynion IRA
11033 Street Route 143
Marine, IL 62061
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $258,414.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP Case number (if known) 26-22287
Name

3.117 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Cheryl Donahue
950 Taft Street
Pismo Beach, CA 93449
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.45
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.118 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Clarice E Freeman
6740 Ashbrook Drive, Apt 209
Lincoln, NE 68516
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $124,038.77
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.119 **Nonpriority creditor's name and mailing address**
FMT CO Cust FBO Coleman Leviter IRA
30 Bayberry Court
Beacon Falls, CT 06403
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $206,731.28
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.120 **Nonpriority creditor's name and mailing address**
FMT CO Cust FBO Craig Keane IRA Regular
11990 Adoncia Way, Apt 1204
Fort Myers, FL 33912
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $258,414.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.121 **Nonpriority creditor's name and mailing address**
FMT CO Cust FBO Cynthia Astone IRA
155 Windermere Ave,Unit 82
Ellington, CT 06029
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.45
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.122 **Nonpriority creditor's name and mailing address**
FMT CO Cust FBO Dan Zuckerman
1343 Monument Street
Pacific Palisades, CA 90272
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $133,463.04
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.123 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Daniel R. Pauley IRA
729 Park Avenue
Belleville, IL 62220
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $52,062.70
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.124 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo David G Feldman IRA
2007 Thayer Avenue
Los Angeles, CA 90025
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $103,365.62
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP Case number (if known) 26-22287
Name

3.125 **Nonpriority creditor's name and mailing address**
FMT CO Cust FBO David R Militello
1913 Leaders Lane
Leander, TX 78641
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $131,676.71
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.126 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Dev Kapadia IRA Rollover
150 East 72nd Street, Apt 4N
New York, NY 10021
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $441,867.71
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.127 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Eduardo Fernando Garcia
19608 Moorshire Drive
Cerritos, CA 90703
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $575,976.92
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.128 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Faryan Andrew Afifi
1378 Las Canoas Road
Pacific Palisades, CA 90272
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.45
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.129 **Nonpriority creditor's name and mailing address**
FMT CO Cust FBO Gail E Staron
179 Tryon Street
South Glastonbury, CT 06073
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $230,556.49
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.130 **Nonpriority creditor's name and mailing address**
FMT Co Cust fbo Gene S Han IRA
455 S Rossmore Avenue
Los Angeles, CA 90020
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.45
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.131 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Gina Chathaparampil IRA
9619 Woburn Road
Charlotte, NC 28277
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $128,251.16
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.132 **Nonpriority creditor's name and mailing address**
FMT CO Cust FBO Glenda Aye IRA Rollover
6005 Wolf Street
Belleville, IL 62223
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $103,365.62
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**3.133 Nonpriority creditor's name and mailing address**
FMT Co Cust fbo Gregory J Yim
1414 Lawrence Street
El Cerrito, CA 94530

**As of the petition filing date, the claim is:** *Check all that apply.* $103,365.63

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.134 Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Gregory P Labadie
305 Via Anita
Redondo Beach, CA 90277

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.45

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.135 Nonpriority creditor's name and mailing address**
FMT Co Cust fbo Hyun Woo Bae ROTH IRA
743 S. Burlingame
Los Angeles, CA 90049

**As of the petition filing date, the claim is:** *Check all that apply.* $1,251,057.95

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.136 Nonpriority creditor's name and mailing address**
FMT Co Cust fbo Jacquelyn A Mallmann
102 Fishermans Cove
Camdenton, MO 65020

**As of the petition filing date, the claim is:** *Check all that apply.* $103,365.63

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.137 Nonpriority creditor's name and mailing address**
FMT CO Cust FBO James C. Frasca
7924 N. Lane Avenue
Kansas City, MO 64158

**As of the petition filing date, the claim is:** *Check all that apply.* $181,340.86

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.138 Nonpriority creditor's name and mailing address**
FMT CO Cust FBO James G Holder ROTH IRA
1155 Red Hawk Ridge Lane
O Fallon, IL 62269

**As of the petition filing date, the claim is:** *Check all that apply.* $148,058.55

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.139 Nonpriority creditor's name and mailing address**
FMT Co Cust fbo James Michael Allen IRA
5125 Alta Canyada Road
La Canada Flintridge, CA 91011

**As of the petition filing date, the claim is:** *Check all that apply.* $103,365.63

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.140 Nonpriority creditor's name and mailing address**
FMT Co Cust fbo Jane M Baker
434 Lemonwood Drive
Fallbrook, CA 92028

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.46

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.141 **Nonpriority creditor's name and mailing address**
FMT CO Cust FBO Jatin Mehta Rollover IRA
9126 SVL Box
Victorville, CA 92395
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.45
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.142 **Nonpriority creditor's name and mailing address**
FMT CO Cust FBO John Tamashaitis IRA R/O
6 John Street
Enfield, CT 06082
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $183,381.16
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.143 **Nonpriority creditor's name and mailing address**
FMT Co Cust fbo Jonathan Park IRA
632 Loma Alta Drive
Flower Mound, TX 75022
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $293,078.69
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.144 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Joseph Harvier IRA
30 Fox Hill Drive
Little Silver, NJ 07739
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $140,685.97
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.145 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Judith A Schutzenhofer
20 Lindenwood Drive
Collinsville, IL 62234
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.45
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.146 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Julie Half IRA Rollover
349 Wind Grove Road
Saint Louis, MO 63122
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $258,414.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.147 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Justin Toby Noblin IRA
1406 W Meadow Loop Road
Park City, UT 84098
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.45
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.148 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Kathleen Parakilas IRA
12 Joseph Farm Road
Broad Brook, CT 06016
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $147,067.21
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

**3.149** **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Keith Perry ROTH IRA
297 Laurel Ridge Lane
North Kingstown, RI 02852

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.45

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.150** **Nonpriority creditor's name and mailing address**
FMT CO Cust FBO Kendall Burgdorf IRA
10215 Madison Oaks Road
Festus, MO 63028

**As of the petition filing date, the claim is:** *Check all that apply.* $105,970.27

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.151** **Nonpriority creditor's name and mailing address**
FMT CO Cust FBO Kristine E Holder
1155 Red Hawk Ridge Lane
O Fallon, IL 62269

**As of the petition filing date, the claim is:** *Check all that apply.* $129,529.18

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.152** **Nonpriority creditor's name and mailing address**
FMT CO cust fbo Kyung Ju Lee ROTH IRA
19608 Moorshire Drive
Cerritos, CA 90703

**As of the petition filing date, the claim is:** *Check all that apply.* $541,159.94

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.153** **Nonpriority creditor's name and mailing address**
FMT CO Cust FBO Ladimir J Aubrecht Jr
95 Burns Farm Blvd
Edwardsville, IL 62025

**As of the petition filing date, the claim is:** *Check all that apply.* $206,731.28

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.154** **Nonpriority creditor's name and mailing address**
FMT Co Cust fbo Leonie de Picciotto
11970 Modjeska Place
Los Angeles, CA 90066

**As of the petition filing date, the claim is:** *Check all that apply.* $103,365.63

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.155** **Nonpriority creditor's name and mailing address**
FMT Co Cust FBO Linda K Haas IRA
415 Kacey Lane
Ballwin, MO 63021

**As of the petition filing date, the claim is:** *Check all that apply.* $310,096.90

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.156** **Nonpriority creditor's name and mailing address**
FMT CO Cust FBO Lissette Cartagena IRA R
27 White Birch Road
East Hampton, CT 06424

**As of the petition filing date, the claim is:** *Check all that apply.* $157,585.79

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.157 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Melanie Blum IRA regular
349 Connecticut Street
San Francisco, CA 94107
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $124,621.02
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.158 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Michael A Janovicz
509 Clubside Drive
Venice, FL 34293
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $206,731.28
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.159 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Michael D Cok
3300 Harper Puckett Road
Bozeman, MT 59718
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.45
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.160 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Michael F Bieg - IRA
2527 Greenbriar Ridge Drive
Saint Louis, MO 63122
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $273,506.78
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.161 **Nonpriority creditor's name and mailing address**
FMT CO Cust FBO Omer Latif - IRA Regular
4859 Oakwood Avenue
La Canada Flintridge, CA 91011
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $134,740.86
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.162 **Nonpriority creditor's name and mailing address**
FMT CO Cust FBO Omer Latif - ROTH IRA
4859 Oakwood Avenue
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $73,479.61
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.163 **Nonpriority creditor's name and mailing address**
FMT CO Cust FBO Omer M Latif
4859 Oakwood Avenue
La Canada, CA 91011
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $153,152.01
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.164 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Paul Hoainhan M Truong
1293 Prince Court
Lake Mary, FL 32746
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $103,365.63
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.165 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Paul Vallina IRA Regular
101 Bittersweet Lane
Belleville, IL 62221
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $103,365.63
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.166 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Peter Marshall Rollover
46B Wiggin Farm Road
Moultonborough, NH 03254
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.46
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.167 **Nonpriority creditor's name and mailing address**
FMT CO Cust FBO Phillip Anderson ROTH IR
45 Revonah Circle
Stamford, CT 06905
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $124,014.17
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.168 **Nonpriority creditor's name and mailing address**
FMT CO Cust FBO Raymond A Renner Jr
P.O. Box 20216
Jasper, GA 30143
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $100,683.15
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.169 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Richard Fink IRA Regular
4990 Lake Pointe Circle
Santa Rosa, CA 95403
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.45
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.170 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Richard Vollaro IRA
59 Root Road
Somers, CT 06071
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $122,627.72
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.171 **Nonpriority creditor's name and mailing address**
FMT Co Cust fbo Robert Burns IRA
12 Sanfords Bridge Road
East Haddam, CT 06423
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $110,414.45
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.172 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Robert J LaDuca
1501 Angelus Avenue
Los Angeles, CA 90026
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.45
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.173 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Robert Mallman IRA
102 Fisherman's Cove
Camdenton, MO 65020
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $103,365.62
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.174 **Nonpriority creditor's name and mailing address**
FMT Co Cust FBO Roberta L Brookshire IRA
116 Grand Teton Drive
Saint Peters, MO 63376
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $206,731.28
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.175 **Nonpriority creditor's name and mailing address**
FMT CO Cust FBO Saadia R Chaudhary
4859 Oakwood Avenue
La Canada Flintridge, CA 91011
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $74,817.18
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.176 **Nonpriority creditor's name and mailing address**
FMT CO Cust FBO Saadia R Chaudhary
4859 Oakwood Avenue
La Canada Flintridge, CA 91011
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $131,346.32
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.177 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Scott Nelson IRA
282 The Prado NE
Atlanta, GA 30309
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $268,920.44
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.178 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Shanaz Azad Rollover
17224 Buck Drive
Orland Park, IL 60467
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.45
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.179 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Shari L Preiss
777 Georgian Road
La Canada Flintridge, CA 91011
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $350,442.17
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.180 **Nonpriority creditor's name and mailing address**
FMT Co Cust FBO Shelly J Niedzwiecki
103 Drew Ct
Catlin, IL 61817
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $131,676.71
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

**3.181** **Nonpriority creditor's name and mailing address**
FMT Co Cust fbo Stephanie S Malench IRA
1001 Saint Louis Street
Edwardsville, IL 62025
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $103,365.63
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.182** **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Stephen Buxbaum
4666 Sierra Tree Lane
Irvine, CA 92612
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.45
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.183** **Nonpriority creditor's name and mailing address**
FMT CO Cust FBO Steve Clark Jeffries
2 Brenton Court
Lake Saint Louis, MO 63367
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $200,194.56
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.184** **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Steven D Preiss
777 Georgian Road
La Canada Flintridge, CA 91011
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $242,210.19
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.185** **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Steven Fuhrman IRA
8159 Hutchinson Court
Delray Beach, FL 33446
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,211,050.94
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.186** **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Stevens A Carey
1901 Avenue of the Stars, Suite 1200
Los Angeles, CA 90067
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.45
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.187** **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Stuart Alan Levine IRA
3065 Danalda Drive
Los Angeles, CA 90064
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $103,365.63
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.188** **Nonpriority creditor's name and mailing address**
FMT Co Cust fbo Tammy Boyle
782 Shenipsit Lake Road
Tolland, CT 06084
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $127,347.33
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.189 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Tariq Jalil IRA SEPP
658 Santa Clara Avenue
Venice, CA 90291
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.45
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.190 **Nonpriority creditor's name and mailing address**
FMT Co cust fbo Te Hua Wang IRA Rollover
3306 Sage Street
Tustin, CA 92782
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.46
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.191 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Terry Beall IRA Regular
6967 Corte Lusso
Rancho Santa Fe, CA 92091
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.45
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.192 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Thomas M Pilla
12710 Dundee Lane
Naples, FL 34120
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $103,365.63
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.193 **Nonpriority creditor's name and mailing address**
FMT Co Cust FBO Timothy Thompson
1590 Norwood Circle
Saint Paul, MN 55122
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.46
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.194 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Vinod Srinivasan IRA
175 Kingswood Drive
Avon, CT 06001
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $107,568.18
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.195 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo William C Deckert Jr
1155 Red Hawk Ridge Lane
O Fallon, IL 62269
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $206,731.27
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.196 **Nonpriority creditor's name and mailing address**
FMT CO Cust fbo Zsuzsanna Polgar
1293 Prince Court
Lake Mary, FL 32746
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $103,365.63
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name
Case number (if known) 26-22287

3.197 **Nonpriority creditor's name and mailing address**
FMT CO Cust Philip Fessler IRA
1921 Havermeyer Lane, Unit B
Redondo Beach, CA 90278
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $51,682.81
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.198 **Nonpriority creditor's name and mailing address**
Forge Trust Services CFBO Scott Pickett
3211 N Poinsettia Avenue
Manhattan Beach, CA 90266
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $206,779.89
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.199 **Nonpriority creditor's name and mailing address**
Francine Frankel
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $191,111.07
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.200 **Nonpriority creditor's name and mailing address**
Frank E. Morgan II
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $258,414.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.201 **Nonpriority creditor's name and mailing address**
Frederick X Rescigno Jr Revoc Trust
4725 Virginia Street
Oakwood, GA 30566
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,744,892.15
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.202 **Nonpriority creditor's name and mailing address**
Friedman Family Trust
691 Allegro Court
Simi Valley, CA 93065
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $258,414.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.203 **Nonpriority creditor's name and mailing address**
Frisco County Inc
1500 Esperanza Street
Attn: Tom Kim
Los Angeles, CA 90023
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,493,429.09
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.204 **Nonpriority creditor's name and mailing address**
Fuyuki Fujiwara
Yoyogi 5-34-24-401, Shibuya
Tokyo, Japan, 151-0053
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,722,536.63
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.205 **Nonpriority creditor's name and mailing address**
G & O Management LLC
1520 Penmar Avenue
Attn: Elad Benisti
Venice, CA 90291

**As of the petition filing date, the claim is:** *Check all that apply.* $453,406.92

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

3.206 **Nonpriority creditor's name and mailing address**
Gary Lynn Madson
401 E 8th Street, Suite 200
Sioux Falls, SD 57103

**As of the petition filing date, the claim is:** *Check all that apply.* $1,374,437.92

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

3.207 **Nonpriority creditor's name and mailing address**
Gary Madson
1806 Bellevue Way N.E.
Bellevue, WA 98004

**As of the petition filing date, the claim is:** *Check all that apply.* $1,141,475.25

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

3.208 **Nonpriority creditor's name and mailing address**
Gateway Telnet Inc.
1212 Victory Blvd
Burbank, CA 91502

**As of the petition filing date, the claim is:** *Check all that apply.* $520,318.73

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

3.209 **Nonpriority creditor's name and mailing address**
Givens Family Trust
520 Newport Center Drive, 8th Floor,
Newport Beach, CA 92660

**As of the petition filing date, the claim is:** *Check all that apply.* $350,224.72

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

3.210 **Nonpriority creditor's name and mailing address**
Glenn Spitz
401 E 8th Street, Suite 200
Sioux Falls, SD 57103

**As of the petition filing date, the claim is:** *Check all that apply.* $756,060.76

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

3.211 **Nonpriority creditor's name and mailing address**
Goodin Trust
4316 Jerdon Court
Las Vegas, NV 89129

**As of the petition filing date, the claim is:** *Check all that apply.* $2,486,697.97

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

3.212 **Nonpriority creditor's name and mailing address**
Grace Pyun
401 E 8th Street, Suite 200
Sioux Falls, SD 57103

**As of the petition filing date, the claim is:** *Check all that apply.* $967,398.71

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

**3.213** **Nonpriority creditor's name and mailing address**
Greater Horizons
1055 Broadway Blvd, Suite 130
Attn: Katie Gray
Kansas, MO 64105

**As of the petition filing date, the claim is:** *Check all that apply.* $3,109,623.49

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.214** **Nonpriority creditor's name and mailing address**
Gregory & Kelly Dell
2625 Weston Road
Weston, FL 33331

**As of the petition filing date, the claim is:** *Check all that apply.* $5,460,539.16

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.215** **Nonpriority creditor's name and mailing address**
Gregory M Dell
2625 Weston Road
Weston, FL 33331

**As of the petition filing date, the claim is:** *Check all that apply.* $535,365.08

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.216** **Nonpriority creditor's name and mailing address**
Grouch Real Estate, LLC
2870 Peachtree Road NW, #885
Atlanta, GA 30305

**As of the petition filing date, the claim is:** *Check all that apply.* $156,331.33

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.217** **Nonpriority creditor's name and mailing address**
GST Exempt Trust FBO Axler Mylo Picache
The Tamara T. Picache 2019 Children's Grantor Trust
5901 Piedmont Drive
Englewood, CO 80111

**As of the petition filing date, the claim is:** *Check all that apply.* $96,904.35

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.218** **Nonpriority creditor's name and mailing address**
GST Exempt Trust FBO Axler Mylo Picache
The Tamara T. Picache 2019 Children's Grantor Trust
5901 Piedmont Drive
Englewood, CO 80111

**As of the petition filing date, the claim is:** *Check all that apply.* $109,671.97

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.219** **Nonpriority creditor's name and mailing address**
GST Exempt Trust FBO Raffi Sami Picache
The Tamara T. Picache 2019 Children's Grantor Trust
5901 Piedmont Drive
Englewood, CO 80111

**As of the petition filing date, the claim is:** *Check all that apply.* $122,863.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.220 **Nonpriority creditor's name and mailing address**
Gwynne Lee
401 E 8th Street, Suite 200
Sioux Falls, SD 57103

**As of the petition filing date, the claim is:** *Check all that apply.* $289,680.92

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

3.221 **Nonpriority creditor's name and mailing address**
Haber Survivor's Trust
12380 Ridge Circle
Attn: Sharon Haber
Los Angeles, CA 90049

**As of the petition filing date, the claim is:** *Check all that apply.* $311,800.44

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

3.222 **Nonpriority creditor's name and mailing address**
Hanami Holdings LLC
1-3-1-2205 Motoazabu
Minato-ku, Tokyo, Japan 106-0046

**As of the petition filing date, the claim is:** *Check all that apply.* $723,559.44

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

3.223 **Nonpriority creditor's name and mailing address**
Haoning Ding
401 E 8th Street, Suite 200
Sioux Falls, SD 57103

**As of the petition filing date, the claim is:** *Check all that apply.* $773,815.14

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

3.224 **Nonpriority creditor's name and mailing address**
Hinesh Patel
5330 Lennox Avenue
Van Nuys, CA 91401

**As of the petition filing date, the claim is:** *Check all that apply.* $743,042.48

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

3.225 **Nonpriority creditor's name and mailing address**
Hongtech Holdings LLC
30 N Gould Street, Suite R
Attn: Joseph Hong
Sheridan, WY 82801

**As of the petition filing date, the claim is:** *Check all that apply.* $3,539,672.53

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

3.226 **Nonpriority creditor's name and mailing address**
Hongtech Holdings LLC Distribution Acct
30 N Gould Street, Suite R
Attn: Joseph Hong
Sheridan, WY 82801

**As of the petition filing date, the claim is:** *Check all that apply.* $5,958,036.04

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.227 **Nonpriority creditor's name and mailing address**
Huong T. Khuu
26 Circle Drive
Greenwich, CT 06830
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,632,864.65
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.228 **Nonpriority creditor's name and mailing address**
Hyewon Choi
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $47,054.78
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.229 **Nonpriority creditor's name and mailing address**
Hyewon Kim Choi
191 Starlight Crest Drive
La Canada Flintridge, CA 91011
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $387,903.65
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.230 **Nonpriority creditor's name and mailing address**
Hyewon Kim Choi - Feb 2022
191 Starlight Crest Drive
La Canada Flintridge, CA 91011
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,114,397.13
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.231 **Nonpriority creditor's name and mailing address**
Hykeem Carter
16217 Kittridge Street
Van Nuys, CA 91406
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,607,475.25
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.232 **Nonpriority creditor's name and mailing address**
Hyun Bae
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $790,198.81
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.233 **Nonpriority creditor's name and mailing address**
Hyun Bae
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,197,075.06
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.234 **Nonpriority creditor's name and mailing address**
Ian Framson
24826 Earls Court
Calabasas, CA 91302
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $258,414.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP Case number (if known) 26-22287
Name

3.235 **Nonpriority creditor's name and mailing address**
INC Technologies, Inc., DBA INCTech
1212 S. Victory Blvd
Burbank, CA 91502
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $620,193.81
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.236 **Nonpriority creditor's name and mailing address**
IRA FTC CFBO Jeffrey Yim
1 Willow Place
Albertson, NY 11507
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,883,113.61
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.237 **Nonpriority creditor's name and mailing address**
Izabella Zerbinatti
6000 Collins Avenue, Apt 130
Miami Beach, FL 33140
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,705,489.06
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.238 **Nonpriority creditor's name and mailing address**
J & S Investments
16217 Kittridge Street
Van Nuys, CA 91406
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,033,656.34
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.239 **Nonpriority creditor's name and mailing address**
Jack H. Yannuzzi & Alice Siess
98 Southfield Avenue, Apt 203
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $310,096.90
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.240 **Nonpriority creditor's name and mailing address**
Jacob A Thomas and Karisma Thomas
354 Glenn Circle
Decatur, GA 30030
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $167,281.17
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.241 **Nonpriority creditor's name and mailing address**
Jacob Hadden
2495 Sharondale Drive NE
Atlanta, GA 30305
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $271,320.67
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.242 **Nonpriority creditor's name and mailing address**
Jae Choi
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,035,138.56
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP Case number (if known) 26-22287

3.243 **Nonpriority creditor's name and mailing address**
Jae Young Choi
26 Circle Drive
Greenwich, CT 06830
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $317,499.84
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.244 **Nonpriority creditor's name and mailing address**
James and Linda Lippman 1998 Trust
11766 Wilshire Blvd, #1500
Los Angeles, CA 90025
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $1,313,817.96
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.245 **Nonpriority creditor's name and mailing address**
James Keith Ennis
470 Prospect Terrace
Pasadena, CA 91103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $618,395.76
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.246 **Nonpriority creditor's name and mailing address**
James M Chen and Heather E W Chen
6017 Sleepy Hollow Lane
East Lansing, MI 48823
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $454,833.14
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.247 **Nonpriority creditor's name and mailing address**
James Paick & Alexis Hanalani Lee
1315 N Howard Street
Glendale, CA 91207
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $920,254.18
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.248 **Nonpriority creditor's name and mailing address**
Jamie B. Mandel
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $496,170.90
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.249 **Nonpriority creditor's name and mailing address**
Janat Ibraev
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $165,078.22
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.250 **Nonpriority creditor's name and mailing address**
Jason & Amanda Weiss Trust
4179 Prado de la Puma
Calabasas, CA 91302
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $365,365.68
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name
Case number (if known) 26-22287

3.251 **Nonpriority creditor's name and mailing address**
Jay Lloyd Brubaker 2016 Gift Trust
16217 Kittridge Street
Martha Duran
Van Nuys, CA 91406
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $811,758.83
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.252 **Nonpriority creditor's name and mailing address**
JH Realty Advisors Inc
277 Via Buena Ventura
Jae Yong Ho
Redondo Beach, CA 90277
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $7,929,137.97
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.253 **Nonpriority creditor's name and mailing address**
Jiayi Chen
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $659,413.59
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.254 **Nonpriority creditor's name and mailing address**
Jiayi Chen
19 Trinity Place
Warren, NJ 07059
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $5,273,958.79
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.255 **Nonpriority creditor's name and mailing address**
Jinhe You Revocable Trust
10335 Stern Avenue
Cupertino, CA 95014
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $258,414.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.256 **Nonpriority creditor's name and mailing address**
JLC FP, LLC
2870 Peachtree Road NW, #885
Atlanta, GA 30305
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $505,146.40
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.257 **Nonpriority creditor's name and mailing address**
JLC Investments, Inc.
2870 Peachtree Road NW, #885
Atlanta, GA 30305
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $672,620.51
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.258 **Nonpriority creditor's name and mailing address**
Joel Litvin
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $838,341.84
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name
Case number (if known) 26-22287

3.259 **Nonpriority creditor's name and mailing address**
John Chungsuk Kang
18153 Joel Brattain Drive
Yorba Linda, CA 92886
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $395,030.14
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.260 **Nonpriority creditor's name and mailing address**
John G. Bowen
7128 Lodgepole Court
Evergreen, CO 80439
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $258,414.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.261 **Nonpriority creditor's name and mailing address**
John Ho and Elizabeth Lee
8015 Oak Creek Dr.
Pleasanton, CA 94588
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $459,246.28
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.262 **Nonpriority creditor's name and mailing address**
John J Lee and Alaina H Lee Living Trust
4846 Yearling Glen Road
San Diego , CA 92130
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $581,880.70
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.263 **Nonpriority creditor's name and mailing address**
John Lee & Joy Lee
125 Hurlbut, Suite #103
Pasadena, CA 91105
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $640,104.38
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.264 **Nonpriority creditor's name and mailing address**
John Oswald
3732 Aspen Point
Park City, UT 84098
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,222,214.54
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.265 **Nonpriority creditor's name and mailing address**
John S Lee
2150 Broadway, Apt 6F
New York, NY 10023
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $785,437.83
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.266 **Nonpriority creditor's name and mailing address**
Johnny Heejoon Koo
20007 Villa Palazzo
Yorba Linda, CA 92886
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $626,209.52
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

**3.267** **Nonpriority creditor's name and mailing address**
Jonathan Lofton Clay Inherited IRA
2870 Peachtree Road NW, #885
Atlanta, GA 30305

**As of the petition filing date, the claim is:** *Check all that apply.* $105,970.27

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.268** **Nonpriority creditor's name and mailing address**
Jonathan Park
632 Loma Alta Drive
Flower Mound, TX 75022

**As of the petition filing date, the claim is:** *Check all that apply.* $260,641.65

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.269** **Nonpriority creditor's name and mailing address**
Jonathan Spitz
401 E 8th Street, Suite 200
Sioux Falls, SD 57103

**As of the petition filing date, the claim is:** *Check all that apply.* $770,724.93

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.270** **Nonpriority creditor's name and mailing address**
Jonathan Tran Revoc. Living Trust
Jonathan Tran Revocable Living Trust DTD
201 Mateo Street
San Francisco, CA 94131

**As of the petition filing date, the claim is:** *Check all that apply.* $821,046.54

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.271** **Nonpriority creditor's name and mailing address**
Joon Kim
125 East 84th Street, Apt 6A
New York, NY 10028

**As of the petition filing date, the claim is:** *Check all that apply.* $618,164.24

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.272** **Nonpriority creditor's name and mailing address**
Jorge A. Castellano
2448 SW 114th Avenue
Miami, FL 33165

**As of the petition filing date, the claim is:** *Check all that apply.* $1,653,366.59

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.273** **Nonpriority creditor's name and mailing address**
Joseph Edmund Daniel Jr
106 Victoria Drive
Lagrange, GA 30240

**As of the petition filing date, the claim is:** *Check all that apply.* $425,699.66

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.274** **Nonpriority creditor's name and mailing address**
Joseph Paul Young, Jr.
4725 Merlendale Drive
Atlanta, GA 30327

**As of the petition filing date, the claim is:** *Check all that apply.* $3,100,968.99

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.275 **Nonpriority creditor's name and mailing address**
Joseph Williams Daniel
5309 Garnaby Lane
Peachtree Corners , GA 30092
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $660,268.22
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.276 **Nonpriority creditor's name and mailing address**
Joshua Kaplan
920 S Plymouth Blvd.
Los Angeles, CA 90019
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,260,962.26
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.277 **Nonpriority creditor's name and mailing address**
Josie Toler Bilbo Trust
Jonathan L. Clay
2870 Peachtree Road NW, #885
Atlanta, GA 30305
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $215,136.37
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.278 **Nonpriority creditor's name and mailing address**
Joy Lee
125 Hurlbut, Unit 103
Pasadena, CA 91105
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $425,968.80
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.279 **Nonpriority creditor's name and mailing address**
Jung Il Choi and Soo Za Choi
18 Windward Way
Buena Park, CA 90621
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $104,086.85
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.280 **Nonpriority creditor's name and mailing address**
JVJ Holdings, LP
16217 Kittridge Street
Van Nuys, CA 91406
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,033,656.35
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.281 **Nonpriority creditor's name and mailing address**
Kalpana Singh Rhodes
1625 Clemson Circle
La Jolla, CA 92037
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $391,097.58
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.282 **Nonpriority creditor's name and mailing address**
Kapadia Private Investments LLC
150 East 72nd Street, Apt 4N
New York, NY 10021
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $782,449.75
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

**3.283** **Nonpriority creditor's name and mailing address**
Kaplan Family Trust
Joshua Kaplan
920 S Plymouth Blvd
Los Angeles, CA 90019
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,705,799.68
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.284** **Nonpriority creditor's name and mailing address**
Karen P. Zimmer
419 Boxwood Road
Bryn Mawr, PA 19010
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,109,623.49
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.285** **Nonpriority creditor's name and mailing address**
Kartik Shenoy
185 Arreton Road
Princeton, NJ 08540
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $431,706.59
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.286** **Nonpriority creditor's name and mailing address**
Katherine McChesney Smith Trust
93 Lenwood Blvd
Charleston, SC 29401
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $384,750.53
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.287** **Nonpriority creditor's name and mailing address**
Kathryn Garrett Rise Humphrey
19215 Castlebay Lane
Porter Ranch, CA 91326
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $268,920.44
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.288** **Nonpriority creditor's name and mailing address**
Kathryn Madson
654 West Olympic Place, #303
Seattle, WA 98119
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $307,407.88
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.289** **Nonpriority creditor's name and mailing address**
Kavita D Javer
121 Wesley Avenue NE
Atlanta, GA 30307
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $268,920.44
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.290** **Nonpriority creditor's name and mailing address**
Kenneth P Griggs
110 East 36th Street, Apt 9B
New York, NY 10016
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $413,142.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name
Case number (if known) 26-22287

3.291 **Nonpriority creditor's name and mailing address**
Kenneth Picache and Tamara Totah Picache
5901 Piedmont Drive
Englewood, CO 80111
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,863,155.42
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.292 **Nonpriority creditor's name and mailing address**
Kenny Li & Sanly Yuen
820 Mission St Unit 107
South Pasadena, CA 91030
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,549,716.55
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.293 **Nonpriority creditor's name and mailing address**
Kevin J Tobin
1140 N Wells St., Suite 2215
Chicago, IL 60610
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $723,559.44
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.294 **Nonpriority creditor's name and mailing address**
Kevin J Tobin
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $181,532.34
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.295 **Nonpriority creditor's name and mailing address**
Keystone Realty Firm
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $258,414.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.296 **Nonpriority creditor's name and mailing address**
KFW MARS, LP
c/o Bradley Stevens
12191 W. Linebaugh Avenue, Suite 769
Tampa, FL 33626
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $21,462,105.32
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.297 **Nonpriority creditor's name and mailing address**
Kim Family Trust
2430 Castro Street
San Francisco, CA 94131
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $518,270.58
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.298 **Nonpriority creditor's name and mailing address**
Kirit and Purnima Patel Family Trust
30138 Villa Alturas Drive
Temecula, CA 92592
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $748,154.90
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.299 **Nonpriority creditor's name and mailing address**
Kiritkumar Patel
9455 Sun Meadow Court
Rancho Cucamonga, CA 91730

**As of the petition filing date, the claim is:** *Check all that apply.* $1,204,973.82

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.300 **Nonpriority creditor's name and mailing address**
Koin Kapital LLC
Animesh Ravani
1016 W. Jackson Blvd, Suite 509
Chicago, IL 60607

**As of the petition filing date, the claim is:** *Check all that apply.* $568,095.59

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.301 **Nonpriority creditor's name and mailing address**
Kolson Family Trust
28 Merano
Mission Viejo, CA 92692

**As of the petition filing date, the claim is:** *Check all that apply.* $555,097.06

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.302 **Nonpriority creditor's name and mailing address**
KRAP Trust YJP LLC
David Park
6957 Niumalu Loop
Honolulu , HI 96825

**As of the petition filing date, the claim is:** *Check all that apply.* $1,036,541.15

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.303 **Nonpriority creditor's name and mailing address**
Krypton Fund Services (USA) Inc.
4555 Mansell Road, Suite 300
Alpharetta, GA 30022

**As of the petition filing date, the claim is:** *Check all that apply.* $78,432.75

☒ Contingent
☒ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.304 **Nonpriority creditor's name and mailing address**
Krystle Mobayeni Schildkrout 2022 Trust
11 N Moore Street, Apt 7A
New York, NY 10013

**As of the petition filing date, the claim is:** *Check all that apply.* $792,435.52

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.305 **Nonpriority creditor's name and mailing address**
L & L Lainer Revocable Trust
10788 Bellagio Road
Los Angeles, CA 90077

**As of the petition filing date, the claim is:** *Check all that apply.* $1,377,139.88

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.306 **Nonpriority creditor's name and mailing address**
Laager Holdings LLC
40 Hazel Road
Dover, DE 19901

**As of the petition filing date, the claim is:** *Check all that apply.* $1,345,547.15

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name
Case number (if known) 26-22287

**3.307** **Nonpriority creditor's name and mailing address**
Lavare Group Inc
209 Glen Cove Road, Ste. 410
Carle Place, NY 11514
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $931,226.52
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.308** **Nonpriority creditor's name and mailing address**
Lawrence Rhee
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $343,240.77
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.309** **Nonpriority creditor's name and mailing address**
Leo Chen
320 Harbor Blvd, #505
Destin, FL 32541
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $455,837.94
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.310** **Nonpriority creditor's name and mailing address**
Leonard Rhee and Catherine Rhee
3401 Hartford Lane
Frisco, TX 75033
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $103,654.11
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.311** **Nonpriority creditor's name and mailing address**
Lienau Family Trust
49925 Canyon View Drive
Palm Desert, CA 92260
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $939,216.05
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.312** **Nonpriority creditor's name and mailing address**
Life Jaunts Trust
Peak Trust Company, Trustee
1840 E Warm Springs Rd, Ste 105
Las Vegas, NV 89119
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $566,946.67
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.313** **Nonpriority creditor's name and mailing address**
Lindenberg Property LLC
Peleg Lindenberg
4921 Rubio Avenue
Encino, CA 91436
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $103,365.62
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.314** **Nonpriority creditor's name and mailing address**
Lippman SLAT Investments LLC
11766 Wilshire Blvd, #1500
Los Angeles, CA 90025
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $1,313,817.96
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.315 **Nonpriority creditor's name and mailing address**
Little Debs, Inc
Joseph Mizrahi
1803 E 2nd Avenue
Brooklyn, NY 11223
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $258,414.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.316 **Nonpriority creditor's name and mailing address**
LKS Trust
Lori Steinberg
20058 Ventura Blvd, #199,
Woodland Hills, CA 91364
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $516,828.16
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.317 **Nonpriority creditor's name and mailing address**
LNG Management Co LLC
Attn: Kenny Li
21 Miller Alley, Ste 210
Pasadena, CA 91103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,036,541.16
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.318 **Nonpriority creditor's name and mailing address**
Louis J.Berg
9313 SE 36th Street
Mercer Island, WA 98040
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $258,414.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.319 **Nonpriority creditor's name and mailing address**
Louis S. Cannataro
20 Morton Drive
Lavallette, NJ 08735
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $90,962.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.320 **Nonpriority creditor's name and mailing address**
Madison Trust Co Cust FBO Andrew
465 Winthrop Road
San Marion, CA 91108
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $325,914.65
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.321 **Nonpriority creditor's name and mailing address**
Madison Trust Company Custodian FBO
Huong Khuu
26 Circle Drive
Greenwich, CT 06830
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $578,194.26
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.322 **Nonpriority creditor's name and mailing address**
Madison Trust Custodian FBO D. Choi
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $500,451.01
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.323 **Nonpriority creditor's name and mailing address**
Mafatbhai H & Kirti M Patel
9455 Sun Meadow Court
Rancho Cucamonga, CA 91730
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $736,760.39
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.324 **Nonpriority creditor's name and mailing address**
Malora Prendiville
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $307,338.53
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.325 **Nonpriority creditor's name and mailing address**
Mark B. Kabins Nevada Irrevocable Trust
2008 Redbird Drive
Las Vegas, NV 89134
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,100,968.99
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.326 **Nonpriority creditor's name and mailing address**
Mark Chong Kim
846 S. Norton Avenue
Los Angeles, CA 90005
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,073,082.33
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.327 **Nonpriority creditor's name and mailing address**
Mars Weiss Investments, LLC
16217 Kittridge Street
Van Nuys, CA 91406
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $4,038,432.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.328 **Nonpriority creditor's name and mailing address**
Marshall H Mizrahi
2065 E 1st Street
Brooklyn, NY 11223
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $258,414.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.329 **Nonpriority creditor's name and mailing address**
Martin Basiri
31 Helen Avenue
Kitchener Ontario N2P2E7, Canada
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,033,656.34
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name
Case number (if known) 26-22287

3.330 **Nonpriority creditor's name and mailing address**
Mary B Matthews Revocable Trust
6306 Masters Blvd
Oralando, FL 32819
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $3,109,623.49
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.331 **Nonpriority creditor's name and mailing address**
Mary Elizabeth Madson
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $364,233.73
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.332 **Nonpriority creditor's name and mailing address**
Matthew & Christina Weiss
4933 Texhoma Ave.
Encino, CA 91316
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $699,485.49
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.333 **Nonpriority creditor's name and mailing address**
Matthew OLaughlin
2610 Oak Park Drive
Fort Lauderdale, FL 33330
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $479,214.91
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.334 **Nonpriority creditor's name and mailing address**
Maureen Miles
1050 Percy Warner Blvd.
Nashville, TN 37205
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $1,318,081.42
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.335 **Nonpriority creditor's name and mailing address**
Max and Carrie Haber Family Living Trust
Max Haber
1263 Woodruff Street
Los Angeles, CA 90024
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $510,910.23
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.336 **Nonpriority creditor's name and mailing address**
MFT MGR LLC
6306 Masters Blvd
Oralando, FL 32819
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $3,621,150.24
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.337 **Nonpriority creditor's name and mailing address**
Michael A. Sims Revocable Trust
10820 Blue Palm Street
Fort Lauderdale, FL 33324
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $258,414.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP Case number (if known) 26-22287
Name

3.338 **Nonpriority creditor's name and mailing address**
Michael Chapin
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $489,909.41
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.339 **Nonpriority creditor's name and mailing address**
Michael Lev
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $484,967.05
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.340 **Nonpriority creditor's name and mailing address**
Michael Min
2789 S Hillrise Drive
Walnut, CA 91789
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $298,321.55
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.341 **Nonpriority creditor's name and mailing address**
Michael Ursini
721 Thomas Street
Oak Park, IL 60302
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $259,135.30
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.342 **Nonpriority creditor's name and mailing address**
Michael Whang
2510 Via Artis Avenue
Los Angeles, CA 90039
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $106,492.19
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.343 **Nonpriority creditor's name and mailing address**
Minah Lee
6311 Stonehill Drive
Dallas , TX 75254
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $906,973.52
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.344 **Nonpriority creditor's name and mailing address**
Minjung Song
5048 Commonwealth Avenue
La Canada Flintridge , CA 91011
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $412,695.56
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.345 **Nonpriority creditor's name and mailing address**
Mitchell Spitz
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $2,257,636.44
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.346 **Nonpriority creditor's name and mailing address**
Mitchell Spitz
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $121,105.10
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.347 **Nonpriority creditor's name and mailing address**
Murthy Family Trust
1518 N Orange Grove Avenue
Los Angeles, CA 90046
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,122,368.68
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.348 **Nonpriority creditor's name and mailing address**
Muse Multi-Strat Fund LP
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,122,146.38
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.349 **Nonpriority creditor's name and mailing address**
Nancy Sutton Family 2019 Grantor Trust
Solomon A. Sutton
2036 E 5th Street
Brooklyn, NY 11223
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $258,414.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.350 **Nonpriority creditor's name and mailing address**
Neil B Hayes
1513 Asbury Avenue
Winnetka, IL 60093
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $119,329.14
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.351 **Nonpriority creditor's name and mailing address**
Neil Kumar
9338 Sawtooth Way
San Diego, CA 92129
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $748,978.60
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.352 **Nonpriority creditor's name and mailing address**
Nextech LLC
1100 Cool River Drive
Southlake, TX 76092
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $53,527.73
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.353 **Nonpriority creditor's name and mailing address**
NFS LLC FBO 1997 Fateh Family Trust
631 N La Jolla Avenue
Los Angeles, CA 90048
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $258,414.07
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.354 **Nonpriority creditor's name and mailing address**
NFS LLC fbo Arjun Batra and Nisha Batra

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $103,365.63
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.355 **Nonpriority creditor's name and mailing address**
NFS LLC fbo Babak Sheila Yaghmai Trust
428 16th Street
Santa Monica, CA 90402

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $258,414.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.356 **Nonpriority creditor's name and mailing address**
NFS LLC fbo Bradford L. Roller
18412 Wildblue Blvd.
Fort Myers, FL 33913

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $308,109.39
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.357 **Nonpriority creditor's name and mailing address**
NFS LLC FBO Camille PB
J. Matthew Wiley
82 Old Dike Rd.
Trumbull, CT 06611

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $299,605.29
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.358 **Nonpriority creditor's name and mailing address**
NFS LLC FBO Christos Christodoulou
2811 12th Avenue SE
Naples, CA 34117

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $129,529.18
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.359 **Nonpriority creditor's name and mailing address**
NFS LLC FBO CIG & RRG, LP
16816 Edgar Street
Pacific Palisades, CA 90272

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $103,365.62
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.360 **Nonpriority creditor's name and mailing address**
NFS LLC fbo Clyde Owen
12 Tinker Trail
North Granby, CT 06060

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $206,731.28
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.361 **Nonpriority creditor's name and mailing address**
NFS LLC fbo Corrao Family Living Trust
Robert Corrao Jr & Natalie J Corrao
10212 N 109th Place
Scottsdale, AZ 85259

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $153,901.37
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.362 **Nonpriority creditor's name and mailing address**
NFS LLC fbo Cynthia Hwang
595 Overlook Rim Drive
Henderson, NV 89012

**As of the petition filing date, the claim is:** *Check all that apply.* $206,731.28

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

3.363 **Nonpriority creditor's name and mailing address**
NFS LLC FBO David M Haas Trust
David Haas
2402 Country Club Court
High Ridge, MO 63049

**As of the petition filing date, the claim is:** *Check all that apply.* $127,724.47

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

3.364 **Nonpriority creditor's name and mailing address**
NFS LLC FBO David Stolze
16816 Edgar Street
Saint Louis, MO 63129

**As of the petition filing date, the claim is:** *Check all that apply.* $133,463.04

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

3.365 **Nonpriority creditor's name and mailing address**
NFS LLC fbo Dennis A Savat & Sara Savat
9878 Richmond Calvalry
Saint Louis, MO 63123

**As of the petition filing date, the claim is:** *Check all that apply.* $101,049.47

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

3.366 **Nonpriority creditor's name and mailing address**
NFS LLC FBO Dennis L. Fournie
115 Red Fox Road
Belleville, IL 62223

**As of the petition filing date, the claim is:** *Check all that apply.* $411,032.60

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

3.367 **Nonpriority creditor's name and mailing address**
NFS LLC FBO Diane E Ryll Trust
Trust for Christopher Blane Osman
12412 Powerscour
Saint Louis , MO 36131

**As of the petition filing date, the claim is:** *Check all that apply.* $1,018,559.44

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

3.368 **Nonpriority creditor's name and mailing address**
NFS LLC fbo Douglas Macleod
9002 259th Avenue
Salem , WI 53168

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.46

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

3.369 **Nonpriority creditor's name and mailing address**
NFS LLC fbo Dr J Von Gaddenschmidt
6180 Stormy Mountain Court
Parker, CO 80134

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.45

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

**3.370** **Nonpriority creditor's name and mailing address**
NFS LLC FBO E Stolze & J Kezele
2157 McGregor Circle
O Fallon, MO 63368

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $113,423.23

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Limited Partner Claim

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.371** **Nonpriority creditor's name and mailing address**
NFS LLC FBO George MT Ferrill
600 Mount Nebo Avenue
Greenville, IL 62246

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $103,365.63

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Limited Partner Claim

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.372** **Nonpriority creditor's name and mailing address**
NFS LLC fbo Golden Lion Grantor Trust
805 Cord Circle
Beverly Hills, CA 90210

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $516,828.16

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Limited Partner Claim

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.373** **Nonpriority creditor's name and mailing address**
NFS LLC fbo HGS Enterprises, Inc
Harry Spanos
24 Colonial Drive
Waterford, CT 06385

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $121,599.87

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Limited Partner Claim

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.374** **Nonpriority creditor's name and mailing address**
NFS LLC fbo Hunt Family Trust
17072 Baruna Lane
Huntington Beach, CA 92649

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.46

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Limited Partner Claim

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.375** **Nonpriority creditor's name and mailing address**
NFS LLC FBO Hyon Chough
3090 Hidden Valley Lane
Santa Barbara, CA 93108

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $537,840.88

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Limited Partner Claim

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.376** **Nonpriority creditor's name and mailing address**
NFS LLC fbo Janice Fischer
1622 SW Waterside Court
Oak Harbor, WA 98277

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.46

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Limited Partner Claim

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.377** **Nonpriority creditor's name and mailing address**
NFS LLC FBO JAR Venture Group LP

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $547,013.55

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Limited Partner Claim

Is the claim subject to offset? ☒ No ☐ Yes

---



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.378 **Nonpriority creditor's name and mailing address**
NFS LLC FBO Jaro Nowicki
179 Tryon Street
South Glastonbury, CT 06073

**As of the petition filing date, the claim is:** *Check all that apply.* $258,414.08

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.379 **Nonpriority creditor's name and mailing address**
NFS LLC fbo Jeffrey H Rush Jr
734 Champeix Lane
Saint Louis, MO 63141

**As of the petition filing date, the claim is:** *Check all that apply.* $206,731.28

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.380 **Nonpriority creditor's name and mailing address**
NFS LLC fbo Jeffrey Touchette
65 Apricot Hill Lane
West Springfield , MA 01089

**As of the petition filing date, the claim is:** *Check all that apply.* $109,181.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.381 **Nonpriority creditor's name and mailing address**
NFS LLC FBO Jo Ann Stolze
4589 Austin Knoll Court
Saint Charles, MO 63304

**As of the petition filing date, the claim is:** *Check all that apply.* $529,900.65

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.382 **Nonpriority creditor's name and mailing address**
NFS LLC FBO John S Falcetta
2053 Cedarwood Trail
Belleville, IL 62226

**As of the petition filing date, the claim is:** *Check all that apply.* $162,236.78

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.383 **Nonpriority creditor's name and mailing address**
NFS LLC FBO Julie A Mulford
2100 Park Avenue
PO Box 680160
Park City, UT 84068

**As of the petition filing date, the claim is:** *Check all that apply.* $310,096.90

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.384 **Nonpriority creditor's name and mailing address**
NFS LLC FBO K Bosma and J Bosma
585 Arrowhead Drive
Orange, CT 06477

**As of the petition filing date, the claim is:** *Check all that apply.* $163,651.54

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.385 **Nonpriority creditor's name and mailing address**
NFS LLC FBO K Bosma and J Bosma
585 Arrowhead Drive
Orange, CT 06477

**As of the petition filing date, the claim is:** *Check all that apply.* $163,651.54

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.386 **Nonpriority creditor's name and mailing address**
NFS LLC fbo Kanda Vallina
101 Bittersweet Lane
Belleville, IL 62221
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $231,712.76
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.387 **Nonpriority creditor's name and mailing address**
NFS LLC fbo Katherine H Schaeffer Trust
23 Castle Drive
Florissant , MO 63034
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $238,657.25
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.388 **Nonpriority creditor's name and mailing address**
NFS LLC FBO Martin T Hubbard
1311 Hartman Lane
Belleville, IL 62221
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $516,828.16
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.389 **Nonpriority creditor's name and mailing address**
NFS LLC FBO Maurice A. Singer
3090 Hidden Valley Lane
Santa Barbara, CA 93108
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $532,273.84
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.390 **Nonpriority creditor's name and mailing address**
NFS LLC FBO Maurice A. Singer
3090 Hidden Valley Lane
Santa Barbara, CA 93108
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $532,273.84
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.391 **Nonpriority creditor's name and mailing address**
NFS LLC FBO MHG QOZB LLC
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $775,242.26
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.392 **Nonpriority creditor's name and mailing address**
NFS LLC fbo Michael Bieg
2527 Greenbriar Ridge Drive
Saiint Louis, MO 63122
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $178,691.51
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.393 **Nonpriority creditor's name and mailing address**
NFS LLC FBO Michelle A. Millstone-Shroff
50 Colt Road
Summit, NJ 07901
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $360,244.10
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3.394 **Nonpriority creditor's name and mailing address**
NFS LLC fbo Mohsen Shabahang Trust
2220 Avenue of the Stars, Number 2005
Los Angeles, CA 90067
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.45
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.395 **Nonpriority creditor's name and mailing address**
NFS LLC FBO Nicole Schmitt
301 22nd Street NW
Austin, MN 55912
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.45
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.396 **Nonpriority creditor's name and mailing address**
NFS LLC fbo Niel Hutchinson
12324 Greenbrier Way
Bradenton, FL 34202
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $103,365.63
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.397 **Nonpriority creditor's name and mailing address**
NFS LLC fbo P McCall and V McCall
1908 Kimball Street
Philadelphia, PA 19146
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $180,889.85
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.398 **Nonpriority creditor's name and mailing address**
NFS LLC fbo Patrick Gogerchin
345 W. Channel Road
Santa Monica, CA 90402
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $516,828.16
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.399 **Nonpriority creditor's name and mailing address**
NFS LLC fbo Patrick J Northcutt
1112 Keats Way Court
O Fallon, IL 62269
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $543,714.44
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.400 **Nonpriority creditor's name and mailing address**
NFS LLC FBO Paul D Murphy
71 Josiah Lane
Millstadt, IL 62260
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $263,353.40
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.401 **Nonpriority creditor's name and mailing address**
NFS LLC FBO Paul D Murphy
71 Josiah Lane
Millstadt, IL 62260
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $263,353.40
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.402 **Nonpriority creditor's name and mailing address**
NFS LLC FBO Robert L Gold
16816 Edgar Street
Pacific Palisades, CA 90272
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $103,365.63
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.403 **Nonpriority creditor's name and mailing address**
NFS LLC fbo S & E Papahristou
116 Clearwood Place
Plantsville, CT 06479
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $149,880.17
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.404 **Nonpriority creditor's name and mailing address**
NFS LLC fbo Steven R Wolf
2752 Halsey Road
Topanga, CA 90290
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.45
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.405 **Nonpriority creditor's name and mailing address**
NFS LLC FBO Stoyan Konaktchiev
22 Aspenwood Drive
Weatogue, CT 06089
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $103,365.63
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.406 **Nonpriority creditor's name and mailing address**
NFS LLC FBO The Pilla Family Trust
12710 Dundee Lane
Naples, FL 34120
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $252,196.31
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.407 **Nonpriority creditor's name and mailing address**
NFS LLC fbo Wittig Mechanical LLC
David Wittig
95 Colton Road
Somers, CT 06071
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $155,739.66
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.408 **Nonpriority creditor's name and mailing address**
NFS LLC FBO Zannis Gazis
39 Hallie Lane
Somers, CT 06071
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $200,194.56
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

3.409 **Nonpriority creditor's name and mailing address**
Nick Skara
81 Havemeyer Place
Greenwich, CT 06830
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $936,614.40
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name
Case number (if known) 26-22287

**3.410** **Nonpriority creditor's name and mailing address**
Niemeyer Family Trust UA June 18, 2015

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $333,657.64
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.411** **Nonpriority creditor's name and mailing address**
Nivalis Capital, LLC
Hamlin Au
3773 Howard Huges Parkway, Suite 500S
Las Vegas, NV 89169

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,081,138.36
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.412** **Nonpriority creditor's name and mailing address**
Noel Diaz
401 E 8th Street, Suite 200
Sioux Falls, SD 57103

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $307,313.79
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.413** **Nonpriority creditor's name and mailing address**
Novus Capital Partners LLC
251 South Lake Avenue, 8th Floor
Pasadena, CA 91101

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $6,912,840.49
☒ Contingent
☒ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.414** **Nonpriority creditor's name and mailing address**
Orion Master Fund LP
777 East Wisconsin Avenue
MK-WI-J1S
Milwaukee, WI 53202

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $17,373,735.03
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.415** **Nonpriority creditor's name and mailing address**
Owen Chen Trust
19 Trinity Place
Warren , NJ 07059

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,445,988.51
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.416** **Nonpriority creditor's name and mailing address**
Pacific Trust Custodian J Dewanwala
517 Harbor PL
West New York, NJ 07093

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $378,698.09
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.417** **Nonpriority creditor's name and mailing address**
PacificTust Custodian R Diaz
1835 High Trail
Atlanta, GA 30339

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $167,564.05
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

**3.418** **Nonpriority creditor's name and mailing address**
Paola Sheth
1052 East Angeleno Avenue
Burbank, CA 91501
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $413,462.53
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.419** **Nonpriority creditor's name and mailing address**
Patricia Ann Smith
311 Camino Arroyo East
Danville, CA 94526
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $207,308.25
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.420** **Nonpriority creditor's name and mailing address**
Patrick Kelly
802 W Alfred Street
Tampa, FL 33603
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.45
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.421** **Nonpriority creditor's name and mailing address**
Perham Broumandfar
628 1/2 S Hill Street
Los Angeles, CA 90014
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $516,828.15
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.422** **Nonpriority creditor's name and mailing address**
Perpetual Love Alternatives, LLC
3921 Alton Road, # 465
Miami Beach, FL 33140
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $5,182,705.82
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.423** **Nonpriority creditor's name and mailing address**
Peter Park
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $518,270.58
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.424** **Nonpriority creditor's name and mailing address**
Philip Hermann
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,918,768.93
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.425** **Nonpriority creditor's name and mailing address**
Philip Hermann
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $354,833.69
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name
Case number (if known) 26-22287

3.426 **Nonpriority creditor's name and mailing address**
Philip S. Hermann Account ESH
1070 Park Avenue, Apt 4B
New York, NY 10128
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $115,195.40
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.427 **Nonpriority creditor's name and mailing address**
Plaza International L.P.
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $1,033,656.34
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.428 **Nonpriority creditor's name and mailing address**
Pollak Family Irrevocable Trust
460 Monroe Street
Denver, CO 80206
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $3,737,358.51
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.429 **Nonpriority creditor's name and mailing address**
Pollak Family Irrevocable Trust
460 Monroe Street
Denver, CO 80206
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $4,134,625.34
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.430 **Nonpriority creditor's name and mailing address**
Preiss Living Trust
777 Georgian Road
La Canada Flintridge, CA 91011
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $373,519.29
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.431 **Nonpriority creditor's name and mailing address**
Pretesh M. Patel
9455 Sun Meadow Court
Rancho Cucamonga, CA 91730
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $484,174.01
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.432 **Nonpriority creditor's name and mailing address**
Priya Patel & Samir Singh
6633 Avenida Mamana
La Jolla, CA 92037
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $1,997,201.92
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.433 **Nonpriority creditor's name and mailing address**
Purnima D Patel
2284 Praed Street
Riverside, CA 92503
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $461,354.53
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.434 **Nonpriority creditor's name and mailing address**
QTS Partners LP Ernest Chen
56 Niagara on the Green Blvd
Niagara on the Lake, ON L0S 1J0, Canada

**As of the petition filing date, the claim is:** *Check all that apply.* $2,768,896.32

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

3.435 **Nonpriority creditor's name and mailing address**
QTS Partners LP Ernest Chen
56 Niagara on the Green Blvd
Niagara on the Lake, ON L0S 1J0, Canada

**As of the petition filing date, the claim is:** *Check all that apply.* $288,237.16

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

3.436 **Nonpriority creditor's name and mailing address**
R.A. Ramnathsing
1375 Rachel Lane
Tallahassee, FL 32308

**As of the petition filing date, the claim is:** *Check all that apply.* $440,530.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

3.437 **Nonpriority creditor's name and mailing address**
Rahim & Sakinah Thobani
20440 W Albion Way
Northridge, CA 91326

**As of the petition filing date, the claim is:** *Check all that apply.* $4,689,310.93

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

3.438 **Nonpriority creditor's name and mailing address**
Rahul Mukhi
159 Hoyt Street
Brooklyn, NY 11217

**As of the petition filing date, the claim is:** *Check all that apply.* $597,070.55

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

3.439 **Nonpriority creditor's name and mailing address**
Rawinderkoemar Amarnath Ramnathsing
401 E 8th Street, Suite 200
Sioux Falls, SD 57103

**As of the petition filing date, the claim is:** *Check all that apply.* $174,490.24

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

3.440 **Nonpriority creditor's name and mailing address**
Raymond & Lara Costa
11861 Fox Hill Circle
Boynton Beach, FL 33473

**As of the petition filing date, the claim is:** *Check all that apply.* $1,280,984.83

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

3.441 **Nonpriority creditor's name and mailing address**
Raymond F. Gross
19222 SE 62nd Place
Issaquah, WA 98027

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.45

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.442 **Nonpriority creditor's name and mailing address**
Reed & Suzanne Astley
3413 17th Avenue S
Seattle, WA 98144

**As of the petition filing date, the claim is:** *Check all that apply.* $447,600.57

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

3.443 **Nonpriority creditor's name and mailing address**
Rich Rescigno

**As of the petition filing date, the claim is:** *Check all that apply.* $516,828.16

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

3.444 **Nonpriority creditor's name and mailing address**
Rich Rescigno IRA
4570 Powers Ferry Road
Atlanta, GA 30327

**As of the petition filing date, the claim is:** *Check all that apply.* $160,760.90

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

3.445 **Nonpriority creditor's name and mailing address**
Richard Lee
1107 Creekside Drive
Fullerton, CA 92833

**As of the petition filing date, the claim is:** *Check all that apply.* $525,108.13

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

3.446 **Nonpriority creditor's name and mailing address**
Richard Patrick Kincaid
1-3-1-2205 Motoazabu, Minato-ku
Tokyo 106-0046 JAPAN

**As of the petition filing date, the claim is:** *Check all that apply.* $723,559.44

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

3.447 **Nonpriority creditor's name and mailing address**
Richard Sung-Jin Hahn
4962 Paseo De Vega
Irvine, CA 92603

**As of the petition filing date, the claim is:** *Check all that apply.* $972,315.30

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

3.448 **Nonpriority creditor's name and mailing address**
Richard T. Grimm & Angie S Grimm
11 Lake Drive
Darien, CT 06820

**As of the petition filing date, the claim is:** *Check all that apply.* $519,947.44

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

3.449 **Nonpriority creditor's name and mailing address**
RJR Dynasty Trust
3060 Peachtree Road NW, Ste 1550
Atlanta, GA 30305

**As of the petition filing date, the claim is:** *Check all that apply.* $1,033,656.34

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP Case number (if known) 26-22287
Name

**3.450** **Nonpriority creditor's name and mailing address**
RM Investment Trust
Reiko Moriguchi
3 Sheldrake Road
Greenwich, CT 06830
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $128,565.73
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.451** **Nonpriority creditor's name and mailing address**
Robert and Catherine Lopez Family Trust
Catherine Lopez
16217 Kittridge Street
Van Nuys, CA 91406
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $372,524.11
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.452** **Nonpriority creditor's name and mailing address**
Robert Eugene Casal
3300 Piazzo Circle
Reno, NV 89502
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $667,315.29
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.453** **Nonpriority creditor's name and mailing address**
Robert Kraljevic
43 Coopers Pond Road
Stamford, CT 06905
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $117,864.31
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.454** **Nonpriority creditor's name and mailing address**
Rocksteady Electric Holdings LP
545 Dutch Valley Road NE, Suite A
Atlanta, GA 30324
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $757,204.83
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.455** **Nonpriority creditor's name and mailing address**
Roman Tsunder
3921 Alton Road, Suite 348
Miami Beach, FL 33140
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $513,086.02
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.456** **Nonpriority creditor's name and mailing address**
Ronald L Caporale Exempt Trust
4487 Alcala Way
Palm Springs, FL 92262
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $516,828.16
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.457** **Nonpriority creditor's name and mailing address**
Ruth Lipson Weintraub
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $365,365.68
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name
Case number (if known) 26-22287

3.458 **Nonpriority creditor's name and mailing address**
Safe Management LLC
Jochen Pelz
Daimlerweg 2, Geretsried Bavaria 82538
GERMANY
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $206,731.28
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.459 **Nonpriority creditor's name and mailing address**
Sagar Parikh
113 1/2 Fleet Street
Marina del Rey, CA 90292
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $455,468.26
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.460 **Nonpriority creditor's name and mailing address**
Samir I. Sheth
11512 La Maida Street
North Hollywood, CA 91601
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $775,242.26
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.461 **Nonpriority creditor's name and mailing address**
Sandeep and Anju Chhugani Revoc Trust
1000 Venetian Way, Unit 107
Miami Beach, FL 33139
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $2,430,954.54
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.462 **Nonpriority creditor's name and mailing address**
Sandeep Chhugani
1000 Venetian Way, #107
Miami Beach, FL 33139
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $1,344,790.99
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.463 **Nonpriority creditor's name and mailing address**
Sang Wuk Park and Jong Ae Park
18049 Joel Brattain Drive
Yorba Linda, CA 92886
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $156,517.72
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.464 **Nonpriority creditor's name and mailing address**
Sanja Lezaja
64 Pequot Lane
New Canaan, CT 06840
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $81,744.28
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.465 **Nonpriority creditor's name and mailing address**
Sanja Lezaja
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $202,229.55
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP Case number (if known) 26-22287
Name

3.466 **Nonpriority creditor's name and mailing address**
Sanjay Sheth
1052 E. Angeleno Ave.
Burbank, CA 91501
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $258,414.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.467 **Nonpriority creditor's name and mailing address**
Scott J. Weiss
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $908,710.01
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.468 **Nonpriority creditor's name and mailing address**
Scott Nelson and Starla Nelson
3 Demorest Avenue NE
Atlanta, GA 30305
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $344,284.95
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.469 **Nonpriority creditor's name and mailing address**
Sergio Kitchens
P.O. Box 20286
Atlanta, GA 30325
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $469,608.06
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.470 **Nonpriority creditor's name and mailing address**
Shalyn R. Hockey 2012 Revocable Trust
4 Gooseberry Lane
Englewood, CO 80113
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $259,135.30
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.471 **Nonpriority creditor's name and mailing address**
Shi Wu & Wei Jiang
19 Trinity Place
Warren, NJ 07059
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $863,771.60
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.472 **Nonpriority creditor's name and mailing address**
Shirish & Ramila Patel Family Trust
2659 Raven Circle
Corona, CA 92882
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $287,262.90
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.473 **Nonpriority creditor's name and mailing address**
Shonali Ramnathsing
1375 Rachel Lane
Tallahassee, FL 32308
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $984,714.11
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

**3.474** **Nonpriority creditor's name and mailing address**
Sidney Yu
401 E 8th Street, Suite 200
Sioux Falls, SD 57103

**As of the petition filing date, the claim is:** *Check all that apply.* $444,585.63

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.475** **Nonpriority creditor's name and mailing address**
Simon Chungwon Kim
4301 Los Feliz Blvd
Apt. #6
Los Angeles, CA 90027

**As of the petition filing date, the claim is:** *Check all that apply.* $1,955,713.85

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.476** **Nonpriority creditor's name and mailing address**
Sonny Koo, Trustee
2236 Watermarke Place
Ashland, IL 62612

**As of the petition filing date, the claim is:** *Check all that apply.* $117,231.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.477** **Nonpriority creditor's name and mailing address**
Stephen D. Varon
12308 235th Pl NE
Redmond, WA 98053

**As of the petition filing date, the claim is:** *Check all that apply.* $1,295,676.46

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.478** **Nonpriority creditor's name and mailing address**
Steve Koo
1042 S. Kingsley Drive
Unit 102
Los Angeles, CA 90006

**As of the petition filing date, the claim is:** *Check all that apply.* $743,337.31

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.479** **Nonpriority creditor's name and mailing address**
Steven Fuhrman
8159 Hutchinson Ct.
Delray Beach, FL 33446

**As of the petition filing date, the claim is:** *Check all that apply.* $725,578.84

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.480** **Nonpriority creditor's name and mailing address**
Stormy Weather Trust
Craig Tingey
12144 Dorada Coast Avenue
Las Vegas, NV 89138

**As of the petition filing date, the claim is:** *Check all that apply.* $427,909.77

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.481 **Nonpriority creditor's name and mailing address**
STRATA Trust Co FBO L J Ashenmil
7901 Woodway Drive
Suite 200
Woodway, TX 76712
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $155,048.46
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.482 **Nonpriority creditor's name and mailing address**
Sudesh Mukhi and Sudha Mukhi
150 Christopher Court
Woodbury, NY 11797
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $259,135.30
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.483 **Nonpriority creditor's name and mailing address**
Sujay Jhaveri
228 Cumberland Street
Brooklyn, NY 11205
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,247,114.25
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.484 **Nonpriority creditor's name and mailing address**
Susan M. Park
4512 Littleton Place
La Canada Flintridge, CA 91011
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,036,541.15
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.485 **Nonpriority creditor's name and mailing address**
Sydney Li Legacy Trust
Min Lin
4349 20th Street
San Francisco, CA 94114
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $258,414.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.486 **Nonpriority creditor's name and mailing address**
T & E Von Der Ahe Living Trust
4532 Ben Avenue
Valley Village, CA 91607
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $516,828.16
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.487 **Nonpriority creditor's name and mailing address**
TAGS 7, LLC
650 NE 32nd Street
#5001
Miami, FL 33137
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $362,129.11
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.488 **Nonpriority creditor's name and mailing address**
Tal and Rachel Goldhamer
45 S Eudora Street
Denver, CO 80246
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $476,866.19
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.489 **Nonpriority creditor's name and mailing address**
TAR Irrevocable Trust
Kathy Goldstein
5301 Tay Court
Melbourne Beach, FL 32951

**As of the petition filing date, the claim is:** *Check all that apply.* $2,584,140.84

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.490 **Nonpriority creditor's name and mailing address**
The Ajay and Anjana Patel Living Trust
Ajay Patel
108 Shady Arbor
Irvine, CA 92618

**As of the petition filing date, the claim is:** *Check all that apply.* $103,680.03

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.491 **Nonpriority creditor's name and mailing address**
The Benzaken-Koosed Family Trust
Philip Koosed
15737 Royal Ridge Road
Sherman Oaks, CA 91403

**As of the petition filing date, the claim is:** *Check all that apply.* $206,731.27

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.492 **Nonpriority creditor's name and mailing address**
The Brian and Diane Weisman Family Trust
109 Eldridge Avenue
Mill Valley, CA 94941

**As of the petition filing date, the claim is:** *Check all that apply.* $376,488.62

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.493 **Nonpriority creditor's name and mailing address**
The Brian Andrew Toll Living Trust
101 N Woodburn Drive
Los Angeles, CA 90049

**As of the petition filing date, the claim is:** *Check all that apply.* $589,123.02

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.494 **Nonpriority creditor's name and mailing address**
The Diaz Family Trust
Noel Diaz
18776 Maplewood Lane
Porter Ranch, CA 91326

**As of the petition filing date, the claim is:** *Check all that apply.* $2,895,106.64

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.495 **Nonpriority creditor's name and mailing address**
The Entrust Group - E. Schildkrout
11 Burning Tree Road
Great Barrington, MA 01230

**As of the petition filing date, the claim is:** *Check all that apply.* $1,574,999.15

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** Limited Partner Claim

**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name
Case number (if known) 26-22287

3.496 **Nonpriority creditor's name and mailing address**
The Entrust Group FBO Alan Robert McClym
281 West Hills Road
New Canaan, CT 06840
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $352,836.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.497 **Nonpriority creditor's name and mailing address**
The Entrust Group, Inc. FBO T. Rosenberg
11 Burning Tree Road
Great Barrington, MA 01230
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $195,793.70
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.498 **Nonpriority creditor's name and mailing address**
The Foundation for Spinal Restoration
Hyun Bae
2811 Wilshire Blvd
Suite 850
Santa Monica, CA 90403
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $2,775,777.16
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.499 **Nonpriority creditor's name and mailing address**
The Himelstein Family Trust
Jake Himelstein
3013 S Beverly Drive
Los Angeles, CA 90034
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $111,520.77
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.500 **Nonpriority creditor's name and mailing address**
The Jeffrey Yim Living Trust
Jeffrey Yim
442 Clermont Ave
Apt E
Brooklyn, NY 11238
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $1,040,473.29
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.501 **Nonpriority creditor's name and mailing address**
The Lee Whang Trust
Robert Lee
13510 Lucca Dr
Pacific Palisades, CA 90272
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $518,270.58
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.502 **Nonpriority creditor's name and mailing address**
The Louis and Sandra Berkman Foundation
Stephen E. Paul
600 Grant Street
Suite 3230
Pittsburgh, PA 15219
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* $6,011,938.75
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.503 **Nonpriority creditor's name and mailing address**
The MJT Living Trust
40 Hazel Road
Dover, DE 19901
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $151,709.16
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.504 **Nonpriority creditor's name and mailing address**
The MJT Living Trust dated May 6, 2022
40 Hazel Road
Dover, DE 19901
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $276,730.99
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.505 **Nonpriority creditor's name and mailing address**
The Paul Makarechian Revocable Trust
100 Gibson Drive
Bozeman, MT 59718
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $402,542.61
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.506 **Nonpriority creditor's name and mailing address**
The Scott and Debra Weiss Family Trust
Scott J. Weiss
16217 Kittridge Street
Van Nuys, CA 91406
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $516,828.16
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.507 **Nonpriority creditor's name and mailing address**
The Silver Family Trust
9537 Texhoma Avenue
Northridge, CA 91325
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $310,096.90
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.508 **Nonpriority creditor's name and mailing address**
The Simon G Atik Trust
12325 Gorham Avenue
Los Angeles, CA 90049
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $413,462.54
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.509 **Nonpriority creditor's name and mailing address**
The Simon Vine Revocable Trust
52 Hendrie Avenue
Riverside, CT 06878
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $481,998.92
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.510 **Nonpriority creditor's name and mailing address**
The Steven and Melanie Post Trust
Steven Post
12502 Milbank
Studio City, CA 91604
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $126,791.53
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.511 **Nonpriority creditor's name and mailing address**
The Tom Kim Trust
Tom Kim
1500 Esperanza Street
Los Angeles, CA 90006

**As of the petition filing date, the claim is:** *Check all that apply.* $1,358,778.51

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.512 **Nonpriority creditor's name and mailing address**
The Woo Revocable Trust
Moon Sook Woo
917 S. New Hampshire Avenue
#401
Los Angeles, CA 90006

**As of the petition filing date, the claim is:** *Check all that apply.* $310,169.42

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.513 **Nonpriority creditor's name and mailing address**
Thomas & Julie Light
13 Arrow Mountain Drive SE
Cartersville, GA 30121

**As of the petition filing date, the claim is:** *Check all that apply.* $206,731.27

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.514 **Nonpriority creditor's name and mailing address**
Thomas Lee Gegax
401 E 8th Street, Suite 200
Sioux Falls, SD 57103

**As of the petition filing date, the claim is:** *Check all that apply.* $245,926.31

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.515 **Nonpriority creditor's name and mailing address**
Titan Equity Group LLC
Michael Lehrer
551 5th Avenue
Suite 2500
Philadelphia, PA 19176

**As of the petition filing date, the claim is:** *Check all that apply.* $1,590,276.95

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.516 **Nonpriority creditor's name and mailing address**
TMC Marketing, Inc
Shay Tzur
4924 Balboa Blvd
Suite 385
Encino, CA 91316

**As of the petition filing date, the claim is:** *Check all that apply.* $206,731.27

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.517 **Nonpriority creditor's name and mailing address**
TRV Capital Partners LLC
1000 Venetian Way
Miami Beach, FL 33139

**As of the petition filing date, the claim is:** *Check all that apply.* $849,319.08

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

3.518 **Nonpriority creditor's name and mailing address**
Tudor McLeod Income Fund LLC
2810 N Church Street
Wilmington, DE 19802
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,024,769.20
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.519 **Nonpriority creditor's name and mailing address**
Tudor McLeod Preferred Access Fund LLC
281 N. Church Street
Wilmington, DE 19802
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $5,274,506.34
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.520 **Nonpriority creditor's name and mailing address**
Tutera Family Trust
Carol Ann Tutera
18975 North 101st Street
Scottsdale, AZ 85255
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $111,520.77
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.521 **Nonpriority creditor's name and mailing address**
Tyrrell L Horibe Trust
P.O. Box 983
Hermosa Beach, CA 90254
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $520,778.44
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.522 **Nonpriority creditor's name and mailing address**
Tyrrell L Horibe Trust fbo J L Horibe
433 Marine Avenue
Unit A
Manhattan Beach, CA 90266
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $393,140.88
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.523 **Nonpriority creditor's name and mailing address**
USA Aadhyatma Vignan Foundation
Anil Patel
2164 Rocky View Road
Diamond Bar, CA 91765
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $51,827.05
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.524 **Nonpriority creditor's name and mailing address**
Vernika Shukla
517 Harbor Place
West New York, NJ 07093
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $81,947.51
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name
Case number (if known) 26-22287

**3.525 Nonpriority creditor's name and mailing address**
Victoria Chen Trust
Shi Wu
19 Trinity Place
Warren, NJ 07059
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,445,988.51
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.526 Nonpriority creditor's name and mailing address**
Vinaben Patel
77 Wiltshire Drive
Avondale Estates, GA 30002
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $258,414.08
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.527 Nonpriority creditor's name and mailing address**
Vinesh M. Patel
11933 Sagemont Drive
Rancho Cucamonga, CA 91739
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $427,320.76
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.528 Nonpriority creditor's name and mailing address**
Vision Trust Co CFBO Nicholas Cianci
135 Broad Street
Asheville, NC 28801
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $97,565.09
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.529 Nonpriority creditor's name and mailing address**
Vision Trust Co Nicholas Cianci Bene
135 Broad Street
Asheville, NC 28801
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $105,970.27
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.530 Nonpriority creditor's name and mailing address**
Vivek V Mahtani
3265 Caney Creek Lane
Cumming, GA 30041
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $309,925.66
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.531 Nonpriority creditor's name and mailing address**
Volkan Polatol
5 Nicholas Lane
Southampton, MA 01073
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $189,377.25
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

**3.532 Nonpriority creditor's name and mailing address**
Wei Jiang
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $691,506.27
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name
Case number (if known) 26-22287

3.533 **Nonpriority creditor's name and mailing address**
WGH Family I, LLLP
6300 Powers Ferry Road
Suite 600-329
Atlanta, GA 30339
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,732,089.84
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.534 **Nonpriority creditor's name and mailing address**
WGH Family I, LLLP
6300 Powers Ferry Road
Suite 600-329
Atlanta, GA 30339
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $796,887.35
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.535 **Nonpriority creditor's name and mailing address**
William De La Pena, Trustee
111 South LaSenda Drive
Laguna Beach, CA 92651
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,550,484.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.536 **Nonpriority creditor's name and mailing address**
William Maslovsky
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $299,454.77
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.537 **Nonpriority creditor's name and mailing address**
Woo Jae Lee
401 E 8th Street, Suite 200
Sioux Falls, SD 57103
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,403,513.61
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.538 **Nonpriority creditor's name and mailing address**
Yair Esrubilsky
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $171,144.39
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.539 **Nonpriority creditor's name and mailing address**
Yao Heng and Jon Levine
791 12th Avenu
San Francisco, CA 94118
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $319,841.30
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes

3.540 **Nonpriority creditor's name and mailing address**
Yoo Family Trust
Bryan Yoo
1647 Morgan Lane
Redondo Beach, CA 90278
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $294,326.80
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Limited Partner Claim
Is the claim subject to offset? ☒ No ☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor Mars FX US LP
Name

Case number (if known) 26-22287

| | | | |
|---|---|---|---|
| 3.541 | **Nonpriority creditor's name and mailing address**<br>Yusef M Kassim<br>37 Regency Place<br>Weehawken, NJ 07086<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Limited Partner Claim<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,295,676.45 |
| 3.542 | **Nonpriority creditor's name and mailing address**<br>Zachary Lainer Property Trust<br>9101 David Avenue<br>Los Angeles, CA 90034<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Limited Partner Claim<br>Is the claim subject to offset? ☒ No ☐ Yes | $193,127.35 |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. | + | $ 438,182,821.75 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 438,182,821.75 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy