**RIMON P.C.**
Counsel to Mars FX US LP,
the Chapter 11 Debtor
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300
Ronald J. Friedman
Brian Powers
Haley Trust
Courtney Roman

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re: Chapter 11

MARS FX US LP, Case No.: 26-22287 (KYP)

Debtor.
-----------------------------------------------------------------x

**SUPPLEMENT TO FIRST AMENDED PLAN OF LIQUIDATION**
**UNDER CHAPTER 11 OF THE BANKRUPTCY CODE OF MARS FX US LP**

Mars FX US LP (the "Debtor"), in the above-captioned chapter 11 case, submits this supplement (the "Plan Supplement") in support of confirmation of the *First Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code of Mars FX US LP* (ECF Doc. No. 65) (the "Plan"). Capitalized terms used but not defined herein have the meanings set forth in the Plan. The documents contained in the Plan Supplement are integral to, part of, and incorporated by reference into the Plan. These documents have not yet been approved by the Bankruptcy Court. If the Plan is confirmed, the documents contained in the Plan Supplement will be approved by the Bankruptcy Court pursuant to the Confirmation Order.

This Plan Supplement contains the following documents:

.

| EXHIBIT | DOCUMENT NAME |
|---|---|
| A | Litigation Trust Agreement |
| B | Exit Facility with Cigno Holding LLP |
| C | Exit Facility with various Limited Partners |
| D | Non-exhaustive list of Causes of Action |

Dated: Jericho, New York
August 26, 2026

**RIMÔN P.C.**
Attorneys for the Debtor

By: *s/ Brian Powers*
Brian Powers
Partner
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300