# Retained Causes of Action

This Schedule sets forth a non-exhaustive list of Entities that are party to or that the Debtor believes may become party to litigation, arbitration, or any other type of adversarial proceeding or dispute resolution proceeding, whether formal or informal or judicial or non-judicial. Unless otherwise expressly released or waived pursuant to the Plan, the Debtor and the Litigation Trust expressly reserve all claims and Causes of Action against or related to all Entities, regardless of whether such Entity is included on this Schedule. The claims and Causes of Action that will be retained as to the Entities include, but are not limited to, fraud, gross negligence, unjust enrichment, professional malpractice, professional negligence, avoidance, breach of contract, breach of fiduciary duties, breach of general partner duties, and accessory to and aiding and abetting all of the foregoing.

The Debtor (with the consent of the Committee) reserves all rights to amend, revise, or supplement this Schedule, and any of the documents and designations contained herein, at any time before the Effective Date, or any such other date as may be provided for by the Plan, the Litigation Trust Agreement or by order of the Bankruptcy Court, as applicable.

- Novus Capital Partners LLC
- David Choi
- Ashish Patel
- Patrick Hofmann
- Jae Choi
- Tech RealFX Ltd
- Tech RealFX Limited (Hong Kong) (No. 70040511)
- Treal Capital Ltd
- Treal Capital Limited (Hong Kong) (No. 70039083)
- 4XHUB
- Tee How Yee
- Tan Jit Chun
- Ing Yong Wee
- Chong Cheong Sin
- Elsa Dewi Santika
- Light Spectrum Execution Limited (Company No. 230700)
- Preeya Lakhani
- Spread Research & Trading Limited
- Spread Trading Limited
- Spread Analytics Limited
- Yeong Wai Cheong
- Krypton Fund Services (Bermuda) Ltd

- Krypton Fund Services (USA) Inc.
- Deloitte & Touche LLP
- Deloitte & Touche LLP, Cayman Islands
- Jay Monson
- Northern Trust
- Legacy Trust Company Limited (Hong Kong)
- Bank of Communications (Hong Kong) Limited
- Industrial and Commercial Bank of China (Asia)
- Equiti Capital UK Limited
- GO Markets Pty Ltd
- BTSE Commercial Brokers LLP
- Binance
- All parties controlled, related to, or affiliated with any of the Entities set forth on this Schedule
- All recipients of transfers from the Debtor which are avoidable pursuant to Bankruptcy Code §§ 544, *et. seq*.